RECEIVED
MAR 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al. )
Plaintiff )
)
v. ) C.A. No. 05-0106/ML
)
MIKOHN GAMING CORP., )
Defendant )

**STIPULATION**

Plaintiffs and defendant agree that the defendant Mikohn Gaming Corp. may have up to and including April 15, 2005 to respond to the complaint.

Todd D. White
Todd White, Esq. #5943
Adler Pollock & Sheehan, P.C.
Attorneys for Plaintiff
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-2700
(401) 751-0604 FAX

Brooks R. Magratten
Brooks R. Magratten, Esq. #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: March 18, 2005

Enter:
Mary M. Lisi
USDJ 3/28/05

2