UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al.<br>Plaintiffs<br><br>v.<br><br>MIKOHN GAMING CORP.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0106/ML |

**PLAINTIFFS' AND DEFENDANT'S JOINT**
**MOTION FOR THE ENTRY OF A PROTECTIVE ORDER**

Plaintiffs Hasbro, Inc. and Hasbro International, Inc. and defendant Mikohn Gaming Corporation jointly move pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and facilitate discovery.

The parties file herewith a proposed protective order and a supporting memorandum of law.


Todd White, Esq., #5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX


Date: April 19, 2005

4

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Plaintiffs' and Defendant's Joint Motion For The Entry of a Protective Order by mailing first class mail, postage prepaid, on the 19th day of April, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS' AND DEFENDANT'S JOINT**
**MOTION FOR THE ENTRY OF A PROTECTIVE ORDER**

Plaintiffs Hasbro, Inc. and Hasbro International, Inc. and defendant Mikohn Gaming Corporation jointly move pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and help facilitate discovery.

Plaintiffs claim, in part, that defendant breached certain license agreements by failing to make royalty payments when due. Defendant disagrees with the plaintiffs' interpretation of the agreements and maintains that plaintiffs have been paid all royalties due under the agreements.

Discovery between the parties and of third-parties may involve confidential and commercially sensitive information, trade secrets and information that, in the hands of competing firms, could result in a competitive disadvantage. For example, the parties may seek production of non-public agreements with third-parties, confidential financial information and information about the parties' respective methods of doing business.

Rule 26(c) provides that upon motion a party may move for the entry of an order that will protect the party from "annoyance, embarrassment, oppression, or undue burden or

expense, including...(7) that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way."

The entry of such an order is not uncommon and is appropriate in a case involving commercially sensitive information. See e.g., Foster-Miller, Inc. v. Babcock & Wilcox Canada, 210 F.3d 1, 15 (1st Cir. 200))("The documents in question were all initially marked confidential by FMI and produced under an agreed-to protective order which limited the parties' availability to use materials so marked."); IMAX Corp. v. Cinema Technologies, Inc., 152 F.3d 1161, 1168 n.9 (9th Cir. 1998); Allstate Ins. Co. v. Receivable Finance Co., 2003 WL 22220670 (N.D.Tx. 2003); In re: Inter-Op Hip Prosthesis Liability Litigation, 2001 WL 34131989 (N.D. Oh. 2001).

For these reasons the parties have agreed on the form of order filed with this motion which permits the parties and third-parties to designate materials "Confidential" and "Confidential-Attorney's Eyes Only" and limit the distribution of those materials accordingly. The parties now respectfully request the Court to enter the same.

Todd White, Esq., #5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX

Date: April 19 , 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Memorandum In Support Of Plaintiffs' and Defendant's Joint Motion For The Entry Of a Protective Order by mailing first class mail, postage prepaid, on the 19th day of April, 2005.

Melaine Gouetto