UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC. and<br>HASBRO INTERNATIONAL, INC.,<br>Plaintiffs,<br><br>v.<br><br>MIKOHN GAMING CORPORATION,<br>Defendant. | Civil Action No. : 05-106 ML |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Lawrence C. Ruhe

DATE: June 16, 2005

TIME: 9:00 A.M.

LOCATION: The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of **LAWRENCE C. RUHE**, at The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103. The deposition will commence at 9:00 a.m. on Thursday, June 16, 2005 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

7

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Esquire Deposition Services
3900 South Paradise Road
Suite 156
Las Vegas, NV 89109

*333950_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC. and<br>HASBRO INTERNATIONAL, INC.,<br>Plaintiffs,<br><br>v.<br><br>MIKOHN GAMING CORPORATION,<br>Defendant. | Civil Action No. : 05-106 ML |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Dennis Van Hook

DATE: June 16, 2005

TIME: 12:00 P.M.

LOCATION: The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of **DENNIS VAN HOOK**, at The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103. The deposition will commence at 12:00 p.m. on Thursday, June 16, 2005 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Esquire Deposition Services
3900 South Paradise Road
Suite 156
Las Vegas, NV 89109

*333972_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and<br>HASBRO INTERNATIONAL, INC.,<br>Plaintiffs, | : | |
| v. | : | Civil Action No. : 05-106 ML |
| MIKOHN GAMING CORPORATION,<br>Defendant. | : | |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: John M. Garner

DATE: June 16, 2005

TIME: 3:00 P.M.

LOCATION: The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of **JOHN M. GARNER**, at The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103. The deposition will commence at 3:00 p.m. on Thursday, June 16, 2005 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of MAY, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Esquire Deposition Services
3900 South Paradise Road
Suite 156
Las Vegas, NV 89109

*333992_1.doc*