UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**STIPULATION**

Defendant's time to respond to plaintiffs' interrogatories and requests to produce is hereby enlarged to and including July 5, 2005.

Todd D. White, No. 5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: May 24 , 2005

Enter:
Mary M. Lisi
USDJ 5/27/05

8

CERTIFICATE OF SERVICE

To:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 25th day of May, 2005.

Lisa A. Laurence