UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v.

MIKOHN GAMING CORPORATION,
Defendant.

Civil Action No. : 05-106 ML

**STIPULATION**

It is hereby agreed and stipulated by both Plaintiffs and Defendant that Plaintiffs have an additional forty-five (45) days to respond to Document Requests and Answers to Interrogatories. Plaintiff's Answers and Responses will now be due on Monday, July 11, 2005.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

MIKOHN GAMING CORPORATION
By their Attorneys,

Gordon P. Cleary

Gordon P. Cleary, Esq.
Brooks R. Magratten, Esq.
VETTER & WHITE LLP
20 Washington Place
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604 or 351-4607

Enter:
Mary M. Lisi
May 31, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of May, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Gordon P. Cleary, Esq.
Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

[signature]

*333214_1.doc*