UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v.

MIKOHN GAMING CORPORATION,
Defendant.

Civil Action No. : 05-106 ML

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Tom Haas

DATE: June 17, 2005

TIME: 9:00 A.M.

LOCATION: Esquire Deposition Services, 3900 South Paradise Road, Suite 156, Las Vegas Nevada 89103

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of TOM HAAS, at The Orleans Hotel, 4500 West Tropicana, Las Vegas Nevada 89103. The deposition will commence at 9:00 a.m. on Thursday, June 17, 2005 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 1 day of June 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

Todd D. White

*334683_1.doc*