May 31, 2005

Todd D. White, Esq.
Adler Pollock & Sheehan
One Citizens Plaza
Providence, RI 02903-1345

Re: Hasbro, Inc.
vs. Mikohn Gaming Corp.

Dear Todd:

I have the notices of the depositions of Larry Rhue, Dennis Van Hook and John Garner. None are current officers, directors or managing agents of Mikohn. We will ask if Garner and Van Hook will appear voluntarily at a mutually agreeable time and place. I suspect you will need to subpoena Rhue.

It may make sense to conduct these depositions after the parties have at least exchanged initial rounds of discovery responses. Let's discuss mutually available dates in August or September.

In our last conversation I mentioned mediation. I enclose a brochure for Northeast Mediation & Arbitration, Inc. We propose that the parties retain this firm jointly to mediate this matter, possibly in August. Please let me know your thoughts.

Sincerely,

Brooks Magratten

BRM/mjg