ADLER POLLOCK & SHEEHAN P.C.

June 1, 2005

RECEIVED

VETTER & WHITE

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**Re:** **<u>Hasbro, Inc., et al. v. Mikohn Gaming Corporation</u>**
**C.A. No. 05-106 ML**

Dear Brooks:

Thank you for your letter of May 31, 2005. I appreciate the heads up on Larry Ruhe. I am attempting to have all three individuals served with subpoenas for their respective depositions.

At this time Hasbro is concerned about waiting to conduct depositions in this case. Therefore, I have been instructed to take depositions as soon as individuals can be subpoenaed. I will contact you if I receive any other instructions.

Thank you for the enclosures you sent for Northeast Mediation Arbitration. I will provide this information to Hasbro for their review.

Very truly yours,

Todd D. White

TODD D. WHITE
TDW:sjt

*334625_1.doc*