JENNIFER M. GRANHOLM
GOVERNOR

STATE OF MICHIGAN
MICHIGAN GAMING CONTROL BOARD
EAST LANSING

DANIEL J. GUSTAFSON
EXECUTIVE DIRECTOR

June 8, 2005

Bo Townsend, Compliance Administrator via facsimile: 702-263-1681
Mikohn Corporation
d/b/a Progressive Gaming International
920 Pilot Road
Las Vegas, NV 89119

*Re: Verification of Current Supplier License Status (Tracking #000006)*

Dear Ms Townsend;

As of this date, Mikohn Corporation d/b/a Progressive Gaming International ("PGI") has filed the required fees, renewal application, and appropriate disclosures according to the Board's Administrative Rule 330(3).

Pursuant to Rule 330(9), if the licensee files an annual renewal report, then the licensee's previous existing supplier license does not expire until the board issues its final decision and order on the renewal. Therefore, PGI's supplier license is valid as of this date.

Please contact the Michigan Gaming Control Board for any future validations of PGI's supplier license.

If you need any further assistance, please contact my office at 517/241-1165.

Sincerely,

Carol A. Flores, Manager
Casino & Service Industry Section

CAF/mmp

MGCB-LC-3133 (Rev. 11-04)

1500 ABBOTT ROAD • SUITE 400 • EAST LANSING, MICHIGAN 48823-1956
www.michigan.gov • Phone (517) 241-0040 • Fax (517) 241-0510