## AFFIDAVIT OF BO TOWNSEND

1. I am Bo Townsend, a person over the age of 18-years. I am competent to testify to the matters herein. Except where stated on information and belief, I have personal knowledge of the matters herein.
2. I am currently an employee of Mikohn Gaming Corporation d/b/a Progressive Gaming International Corporation (hereinafter "Mikohn").
3. I have held the position of Compliance Administrator with Mikohn for over 1 and ½ years.
3. As Compliance Administrator my job duties include the processing of renewal applications for Mikohn's gaming licenses. In the processing of renewal applications for Mikohn's gaming licenses, it is part of my job to know which applications are routine renewal applications. In the processing of renewal applications for Mikohn's gaming licenses, it is part of my job to know the status of any gaming licenses.
4. Currently, with the State of Michigan, Mikohn is undergoing a routine renewal process. We do not yet have an official license certificate for the time period from April 13, 2005 to April 12, 2006. My understanding is that Mikohn has a license with the State of Michigan during this renewal process.

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

COMES NOW, Bo Townsend, being duly sworn states that she, Bo Townsend, has read the foregoing Affidavit and that the same is true to the best of her knowledge and belief.

Bo Townsend

**BO TOWNSEND**

SUBSCRIBED AND SWORN to before me this 8 day of June, 2005.

Paulette D. Olson

NOTARY PUBLIC in and for said County and State

Notary Public - State of Nevada
County of Clark
PAULETTE D. OLSON
My Appointment Expires
No: 04-89293-1 December 15, 2007