10kWIZARD
SEC POWER SEARCH

# FORM 10–K

## MIKOHN GAMING CORP – PGIC

**Filed: March 15, 2005 (period: December 31, 2004)**

Annual report which provides a comprehensive overview of the company for the past year

Table of Contents

**Item 6. Selected Financial Data**

The table below sets forth a summary of our selected financial data for each of the years ended December 31, (*amounts in thousands except per share amounts*):

| | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| **Statement of Operations Data:** | | | | | |
| Total Revenue | $ 96,374 | $ 91,803 | $109,371 | $104,740 | $ 88,441 |
| Cost of Revenue | 42,882 | 46,849 | 58,591 | 47,932 | 44,337 |
| Gross profit | 53,492 | 44,954 | 50,780 | 56,808 | 44,104 |
| Selling, general and administrative expenses | 43,245 | 49,615 | 53,247 | 49,125 | 44,108 |
| Other expense / asset write-downs | 564 | 5,807 | 16,653 | 1,656 | 9,852 |
| Operating income (loss) | 9,683 | (10,468) | (19,120) | 6,027 | (9,856) |
| Interest expense | (9,684) | (14,324) | (15,689) | (11,720) | (10,498) |
| Loss on early retirement of debt | — | (9,524) | — | (3,135) | — |
| Other income, net | 195 | 87 | 375 | 1,620 | (62) |
| Income (loss) from continuing operations before income taxes | 194 | (34,229) | (34,434) | (7,208) | (20,416) |
| Income tax (provision) benefit | 65 | 13 | (1,480) | (847) | (574) |
| Income (loss) from continuing operations | 259 | (34,216) | (35,914) | (8,055) | (20,990) |
| Income (loss) from discontinued operations (net of taxes) | — | — | (1,989) | (1,645) | (1,115) |
| Net income (loss) | $ 259 | $ (34,216) | $ (37,903) | $ (9,700) | $ (22,105) |
| **Weighted average common shares outstanding:** | | | | | |
| Basic | 21,884 | 14,689 | 12,843 | 11,750 | 10,968 |
| Diluted | 22,359 | 14,689 | 12,843 | 11,750 | 10,968 |
| **Basic and diluted income (loss) per share:** | | | | | |
| Income (loss) from continuing operations | $ 0.01 | $ (2.33) | $ (2.80) | $ (0.69) | $ (1.92) |
| Income (loss) from discontinued operations | — | — | (0.15) | (0.14) | (0.10) |
| Net income (loss) | $ 0.01 | $ (2.33) | $ (2.95) | $ (0.83) | $ (2.02) |
| **Balance Sheet Data:** | | | | | |
| Total assets | $117,520 | $109,172 | $141,993 | $175,587 | $166,746 |
| Total debt / obligations | $ 81,662 | $ 82,903 | $123,967 | $124,982 | $113,488 |
| Stockholders' equity (deficit) | $ 10,241 | $ 7,389 | $ (6,912) | $ 28,654 | $ 29,205 |