Tuesday, June 7, 2005, 12:57PM ET - U.S. Markets close in 3 hours and 3 minutes.



## Quotes & Info

**Enter Symbol(s):** e.g. YHOO, ^DJI GO **Symbol Lookup | Finance Searc**

## Mikohn Gaming Corp (PGIC)

At 12:42PM ET: **13.75** ↑

$7 Scottrade $7 Online Trades
No Inactivity Fees!
Fidelity
Active Trader
Waterhouse
Free Trades
50 free trades. $100 cash. AMERITRADE
$100 Cash Bonus

## Basic Chart

Get **Basic Chart(s)** for: GO

**MIKOHN GAMING CORP** (NasdaqNM) Edit

Range: 1d 5d 3m 6m 1y 2y 5y **max** Type: Bar | **Line** | Cdl Scale: Linear | **Log** Size: **M** | L

Compare: PGIC vs S&P Nasdaq Dow Compare




Splits:none

| | | | |
|---|---|---|---|
| Last Trade: | **13.75** | Day's Range: | 13.33 - 13.96 |
| Trade Time: | 12:42PM ET | 52wk Range: | 4.25 - 14.82 |
| Change: | ↑ **0.29 (2.15%)** | Volume: | 377,630 |
| Prev Close: | 13.46 | Avg Vol (3m): | 298,450 |
| Open: | 13.50 | Market Cap: | 315.59M |
| Bid: | 13.72 x 100 | P/E (ttm): | 89.87 |
| Ask: | 13.75 x 600 | EPS (ttm): | 0.15 |
| 1y Target Est: | 16.75 | Div Yield | |