UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S FILING OF ORIGINAL AFFIDAVIT IN SUPPORT OF ITS EMERGENCY MOTION FOR A PROTECTIVE ORDER**

Defendant Mikohn Gaming Corp. hereby files the attached June 8, 2005 affidavit of Bo Townsend in support of its emergency motion for a protective order. A photocopy of the affidavit is appended to Defendant's Reply Memorandum in Support of Its Motion for a Protective Order as Exhibit B.

Michael J. Daly

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: June 9, 2005

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant's Filing of Original Affidavit in Support of Its Emergency Motion for a Protective Order by hand delivery on the 9 day of June, 2005.

**AFFIDAVIT OF BO TOWNSEND**

1. I am Bo Townsend, a person over the age of 18-years. I am competent to testify to the matters herein. Except where stated on information and belief, I have personal knowledge of the matters herein.

2. I am currently an employee of Mikohn Gaming Corporation d/b/a Progressive Gaming International Corporation (hereinafter "Mikohn").

3. I have held the position of Compliance Administrator with Mikohn for over 1 and ½ years.

3. As Compliance Administrator my job duties include the processing of renewal applications for Mikohn's gaming licenses. In the processing of renewal applications for Mikohn's gaming licenses, it is part of my job to know which applications are routine renewal applications. In the processing of renewal applications for Mikohn's gaming licenses, it is part of my job to know the status of any gaming licenses.

4. Currently, with the State of Michigan, Mikohn is undergoing a routine renewal process. We do not yet have an official license certificate for the time period from April 13, 2005 to April 12, 2006. My understanding is that Mikohn has a license with the State of Michigan during this renewal process.

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

COMES NOW, Bo Townsend, being duly sworn states that she, Bo Townsend, has read the foregoing Affidavit and that the same is true to the best of her knowledge and belief.

Bo Townsend

**BO TOWNSEND**

SUBSCRIBED AND SWORN to before me this 8 day of June, 2005.

Paulette D. Olson

NOTARY PUBLIC in and for said County and State

Notary Public - State of Nevada
County of Clark
PAULETTE D. OLSON
My Appointment Expires
No: 04-89293-1 December 15, 2007