**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-106ML** **DATE: June 13, 2005**

**TITLE: HASBRO v. MIKOHN GAMING CORP.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK**: **Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT**:

---

**COUNSEL PRESENT:** Todd White, Esq.
Brooks Magratten, Esq.

**PROCEEDING:** Defendant's Emergency Motion for Protective Order

Attorneys argue.

**RULING:** MOTION DENIED.