UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al., Plaintiffs

v.

MIKOHN GAMING CORP., Defendant

C.A. No. 05-0106/ML

**DEFENDANT'S EMERGENCY MOTION FOR A PROTECTIVE ORDER**

Defendant Mikohn Gaming Corp. ("Mikohn") moves pursuant to Fed. R. Civ. P. 26(c) for a protective order postponing depositions of four non-party witnesses, Lawrence Rhue, Dennis Van Hook, John Garner and Tom Haas, noticed by plaintiffs Hasbro, Inc. and Hasbro International, Inc. ("Hasbro"), until 30 days following Mikohn's receipt of Hasbro's complete discovery responses.

Mikohn certifies that it has conferred with Hasbro in an effort to resolve the dispute without court action. Mikohn submits herewith a supporting memorandum of law.

Because Hasbro insists on conducting these depositions on June 16th and 17th, defendant must request an expedited ruling on this motion.

6/13/05: DENIED. DEFENDANT HAS FAILED TO ESTABLISH GOOD CAUSE UNDER F.R.C.P. 26(c).
USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
Mary M. Lisi, U.S. District Judge
Date: 6/6/05

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: June 6, 2005