AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Read Instructions on Back:*

| | | | |
|---|---|---|---|
| 1. NAME Mike J. Daly, Esq. | | 2. PHONE NUMBER 401-421-3060 | 3. DATE 6/14/05 |
| 4. MAILING ADDRESS Vetter & White, 20 Washington Place | | 5. CITY Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER 05-0106 | 9. JUDICIAL OFFICIAL Magistrate Almond | DATES OF PROCEEDINGS: 10. FROM 6/13/05 | 11. TO |
| 12. CASE NAME Hasbro, Inc. v. Mikohn Gaming Corp. | | LOCATION OF PROCEEDINGS: 13. CITY Providence | 14. STATE RI |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (*Specify*)

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Defendant's Emergency | |
| [ ] BAIL HEARING | | Motion for Protective Order | 6/13/05 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | [illegible] |
|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | |
| DAILY | [ ] | [ ] | NO. OF COPIES | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE Michael J. Daly

19. DATE 6/14/05

[illegible]

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY