UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| | ) | C.A. No. 05-0106/ML |
| v. | ) | |
| | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL INTERROGATORIES

Pursuant to F.R.C.P. 33(a), defendant Mikohn Gaming Corporation moves for leave to serve on plaintiffs eleven interrogatories beyond the twenty-five interrogatories already served. As grounds for this motion, Mikohn attaches the additional interrogatories sought to be propounded and files its supporting memorandum herewith.

Defendant hereby certifies that a request was made to plaintiffs about the necessity for this motion, but there was no reply.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: July 1, 2005

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Motion To File Supplemental Interrogatories by mailing first class mail, postage prepaid, on the 1St day of July, 2005.

Lisa A. Lorusso

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE SUPPLEMENTAL INTERROGATORIES

This is an action by Hasbro to recover more than six million dollars ($6,000,000) from Mikohn. The complaint is based on trademark license agreements between Hasbro and Mikohn, and asserts counts for fraud, breach of contract and unjust enrichment. The transactions at issue, centering on calculation, payment and receipt of royalties under the license agreements, span the better part of five years. In short, the case involves substantial sums, portends numerous potential witnesses, and presents a number of intricate legal issues.

Because of this, Mikohn requests leave to propound eleven interrogatories to Hasbro beyond the twenty-five permitted by F.R.C.P. 33(a) as a matter of right. The proposed additional interrogatories are attached to the motion. In the main the additional interrogatories seek the identity of Hasbro employees involved in the transactions with Mikohn; otherwise, they center on crucial fact issues.

Hasbro is a large company, employing at least six thousand people according to the latest available information. With answers to the additional interrogatories, Mikohn can learn which of Hasbro's employees were involved in the acts, processes and determinations at issue in this suit, saving both parties the burden and expense of other means of discovery, such as

depositions, that would be required simply to identify which of plaintiffs' employees has relevant information.

The additional interrogatories Hasbro proposes are not unduly burdensome. There is good cause, and good reason, for Mikohn to be permitted to propound them. On these grounds, Mikohn respectfully requests that its motion be granted.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: July 1, 2005

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Motion To File Supplemental Interrogatories by mailing first class mail, postage prepaid, on the 1st day of July, 2005.

Lisa A. Laruvere