UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al., Plaintiffs

v. C.A. No. 05-0106/M

MIKOHN GAMING CORP., Defendant

FILED JUL 05 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

7/14/05: GRANTED, [signature] USMJ

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL INTERROGATORIES

Pursuant to F.R.C.P. 33(a), defendant Mikohn Gaming Corporation moves for leave to serve on plaintiffs eleven interrogatories beyond the twenty-five interrogatories already served. As grounds for this motion, Mikohn attaches the additional interrogatories sought to be propounded and files its supporting memorandum herewith.

Defendant hereby certifies that a request was made to plaintiffs about the necessity for this motion, but there was no reply.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
Mary M. Lisi, U.S. District Judge
Date: 7/11/05

[signature]

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: July 1, 2005