FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al. )
Plaintiffs )
)
v. ) C.A. No. 05-0106/ML
)
MIKOHN GAMING CORP., )
Defendant )

**DEFENDANT'S MOTION TO SEAL**
**<u>DEPOSITION TRANSCRIPT</u>**

Defendant Mikohn Gaming Corporation moves pursuant to Amended General Order #2002-01 to file under seal the transcript and exhibits of the deposition of Dennis Van Hook, attached hereto.

Defendant files herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: July 15, 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Seal Deposition Transcript by mailing first class mail, postage prepaid, on the 15th day of July, 2005.

Melaine Sisetti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al.
Plaintiffs

v. C.A. No. 05-0106/ML

MIKOHN GAMING CORP.,
Defendant

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**
**<u>MOTION TO SEAL DEPOSITION TRANSCRIPT</u>**

Defendant Mikohn Gaming Corporation moves pursuant to Amended General Order #2002-01 to file under seal the transcript and exhibits of the deposition of Dennis Van Hook, attached to this motion.

Pursuant to the stipulation and protective order entered on April 22, 2005 (the "Order"), Mikohn designated the majority of this transcript and exhibits "Confidential." Plaintiffs ("Hasbro") on July 8th moved to strike the designation. With this motion Mikohn files its objection to Hasbro's motion to strike, in which Mikohn explains why its designation is appropriate under the Order and controlling agreements.

In short, at his deposition the witness, Mr. Van Hook, was compelled by Hasbro's subpoena to testify about various aspects of Mikohn's business, which information is protected from disclosure under Mr. Van Hook's employment agreement with Mikohn. Hasbro's counsel also questioned Mr. Van Hook extensively about license agreements between Hasbro and Mikohn, each of which contain provisions obligating Hasbro and Mikohn to keep the terms of those agreements confidential.

Oddly, Hasbro did not seek to provide the Court with a copy of the deposition transcript that it now wants de-classified. Mikohn believes the Court should have the transcript when adjudicating Hasbro's motion. For this reason, Mikohn seeks to file the transcript and exhibits under seal. Mikohn further asks that those portions of the transcript and exhibits that remain "Confidential" following the Court's ruling on Hasbro's motion remain under seal until further order of the Court.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: July 15 , 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Memorandum In Support Of Defendant's Motion To Seal Deposition Transcript by mailing first class mail, postage prepaid, on the 15th day of July, 2005.