ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

July 5, 2005

**VIA FACSIMILE** **(401) 272-6803**

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**Re:** **<u>Hasbro, Inc., et al. v. Mikohn Gaming Corporation</u>**
**C.A. No. 05-106 ML**

Dear Brooks:

Thank you for your letter of July 1, 2005. In reviewing the deposition transcript of Dennis van Hook, I would request that the following lines of testimony be <u>declassified</u>:

1. P. 5, L. 1 – P. 21, L. 9;
2. P. 21, L. 23 – P. 25, L. 9;
3. P. 25, L. 25 – P. 26, L. 23;
4. P. 27, L. 2 – P. 44, L. 14;
5. P. 47, L. 10 – P. 51, L. 6;
6. P. 52, L.13 – P.60, L. 10; and
7. P. 63, L. 1 – P. 75, L. 18.

I actually believe there are only a few lines of testimony that fall within the parameters of the Confidentiality Order. Please let me know your thoughts so that I can determine how to proceed.

Very truly yours,

Todd D. White

TODD D. WHITE
TDW:sjt

*337988_1.doc*