July 6, 2005

Todd D. White, Esq.
Adler Pollock & Sheehan
One Citizens Plaza
Providence, RI 02903-1345

Re: Hasbro, Inc.
vs. Mikohn Gaming Corp.

Dear Todd:

Thank you for your letter of July 5th. With respect to Mr. Van Hook's deposition transcript Mikohn will rescind its confidentiality designation for the following pages: p. 5, L.1- p. 10, L.17.

Mikohn must deny Hasbro's request to de-classify the remaining portions of Mr. Van Hook's testimony because they relate to confidential commercial information. We are mindful of the provisions of paragraph three of the confidentiality order. You should be aware that Mr. Van Hook's employment agreement with Mikohn contains covenants of confidentiality and non-disclosure that protect information Mr. Van Hook learned in the course of his employment. He is not, therefore, a "non-party in lawful possession of such information and under no obligation to the owner or the information to keep it confidential." Information provided to regulatory bodies may also be subject to statutory protections.

Sincerely,

Brooks Magratten

BRM/mjg