**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-106ML** **DATE: August 2, 2005**

**TITLE:** **Hasbro, Inc., et al. v. Mikohn Gaming Corporation**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Linda Mayer, Esq.
Mike Daly, Esq.

**PROCEEDING:** Plaintiffs' Motion to Strike the "Confidential" Designation of Certain Information
Defendant's Motion to Seal Deposition Transcript

Attorneys argue.

**RULING:** **Motion to Seal - Granted**
**Motion to Strike - taken under advisement.**
**Orders to follow.**