UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al.
Plaintiffs

v. C.A. No. 05-0106/ML

MIKOHN GAMING CORP.,
Defendant

8/2/05: GRANTED ABSENT OPPOSITION.

**DEFENDANT'S MOTION TO SEAL**
**DEPOSITION TRANSCRIPT**

Defendant Mikohn Gaming Corporation moves pursuant to Amended General Order #2002-01 to file under seal the transcript and exhibits of the deposition of Dennis Van Hook, attached hereto.

Defendant files herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: July 15, 2005

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
Mary M. Lisi, U.S. District Judge
Date: 7/18/05