UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITS**

Defendant Mikohn Gaming Corp. ("Mikohn") moves for relief from page limits imposed by Amended General Order #2002-01. Mikohn respectfully requests permission to file a memorandum in support of a Rule 12 motion to dismiss of up to twenty eight pages in length and to append up to seventy five pages of documents.

Mikohn submits herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: August 3 , 2005

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Exceed Page Limits by mailing first class mail, postage prepaid, on the 3rd day of August, 2005.

Melaine Fosetti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITS**

Defendant Mikohn Gaming Corp. ("Mikohn") submits this memorandum in support of its motion for relief from page limits imposed by Amended General Order #2002-01. Mikohn intends to move to dismiss all of Hasbro's claims pursuant to Rule 12(b)(6). For the reasons set forth below, Mikohn submits there is good cause to allow it to submit a supporting memorandum of up to twenty eight pages and append thereto up to seventy five pages of documents.

Plaintiffs Hasbro, Inc. and Hasbro International, Inc. (collectively "Hasbro") filed a three count complaint against Mikohn alleging breach of contract, unjust enrichment, fraud and misrepresentation. Hasbro seeks in excess of $6 million in damages.

Mikohn bases its motion to dismiss on affirmative defenses and legal doctrines that preclude Hasbro from recovering under the facts alleged. There is little overlap in the arguments. Because of the amount of damages Hasbro seeks and because of the breadth of issues Mikohn will cover in its supporting memorandum, Mikohn anticipates that it will require up to twenty eight pages to adequately address the issues.

Mikohn also requests permission to exceed page limits with respect to exhibits appended to the supporting memorandum. This dispute focuses on two royalty agreements. Mikohn intends to append the governing agreements, agreement summaries and agreement

Mikohn's defenses thereto.

For the foregoing reasons, Mikohn respectfully requests permission to file a memorandum of up to twenty eight pages and to append up to seventy five pages of documents.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 3 , 2005

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Memorandum In Support Of Its Motion To Exceed Page Limits by mailing first class mail, postage prepaid, on the 3rd day of August, 2005.

Melaine Fossetti