UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITS**

Defendant Mikohn Gaming Corp. ("Mikohn") moves for relief from page limits imposed by Amended General Order #2002-01. Mikohn respectfully requests permission to file a memorandum in support of a Rule 12 motion to dismiss of up to twenty eight pages in length and to append up to seventy five pages of documents.

Mikohn submits herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: August 3, 2005

Granted.
Mary M. Lisi
USDJ 8/9/05

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Exceed Page Limits by mailing first class mail, postage prepaid, on the 3rd day of August, 2005.

Melaine Gosetti