UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO DISMISS**
**PURSUANT TO RULE 12(b)(6)**

Defendant Mikohn Gaming Corp. ("Mikohn") moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiffs', Hasbro, Inc.'s and Hasbro International, Inc.'s, complaint with prejudice.

Mikohn submits herewith a supporting memorandum of law and a motion to file the same under seal.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 10, 2005

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant's Motion To Dismiss Pursuant To Rule 12(b)(6) by hand delivery on the 10th day of August, 2005.

Melanie [signature]