UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER SEAL**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 to file under seal its Memorandum in Support of its Motion to Dismiss and accompanying exhibits. The memorandum and exhibits are attached hereto.

Mikohn files herewith a memorandum in support of this motion to seal, the memorandum in support of its motion to dismiss and accompanying exhibits.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: August 10, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO SEAL ITS MEMORANDUM AND EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 to file under seal its Memorandum in Support of its Motion to Dismiss ("Memorandum") and accompanying exhibits. The memorandum and exhibits are attached to this motion.

Plaintiffs ("Hasbro") filed a three-count complaint alleging that they are entitled to an additional $6 million in royalty payments under the terms of certain licensing agreements. The dispute focuses primarily on the interpretation of the royalty provisions in the agreements. Each agreement, however, expressly provides that its terms, particularly the royalty provisions, shall remain confidential. See Confidentiality provisions appearing in ¶ 26 of Exhibits A and B attached to the Memorandum.

With this motion to seal, Mikohn moves to dismiss Hasbro's complaint pursuant to Rule 12(b)(6). Mikohn's Memorandum discusses at length and in detail the royalty arrangements between the parties. Because public disclosure of the terms of the agreements could place both Mikohn and Hasbro in a competitive disadvantage in their respective markets

and because the parties are contractually obligated to not disclose the terms of the agreements, Mikohn asks that the attached memorandum and exhibits be placed under seal.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: August 10 , 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Memorandum In Support Of Defendant's Motion To Seal its Memorandum And Exhibits In Support Of It's Motion To Dismiss by hand on the 10th day of August, 2005.

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To File Memorandum In Support Of Motion To Dismiss Under Seal by hand on the 10th day of August, 2005.

Melaine Goetter