UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and<br>HASBRO INTERNATIONAL, INC.,<br>Plaintiffs, | : | |
| v. | : | Civil Action No. : 05-106 ML |
| MIKOHN GAMING CORPORATION,<br>Defendant. | : | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, Hasbro, Inc. and Hasbro International, Inc., hereby move for a thirty (30) day extension of time, up to and including September 23, 2005, to respond to Defendant's Motion to Dismiss that was filed on August 10, 2005. Pursuant to Local Rule 12(a)(1), a memorandum in support of this motion is not required. For the reasons set forth below, Plaintiffs request that their motion be granted.

On March 7, 2005, Plaintiffs initiated the instant litigation by filing their complaint. Nearly five months later, on August 3, 2005, Defendant filed a motion to exceed page limits and requested Court permission to file a memorandum in support of a Rule 12 motion to dismiss of up to twenty-eight pages and to append up to seventy five pages of documents thereto. In support of its motion, Defendant stated, inter alia, that "because of the breadth of issues Mikohn will cover in its supporting memorandum, Mikohn anticipates that it will require up to twenty-eight pages to adequately address the issues." Absent any objection by Plaintiffs, the Court granted Mikohn's motion on August 9, 2005 and, the next day, Mikohn filed a twenty-eight (28) page motion to dismiss all counts of Plaintiffs' complaint and approximately seventy-five (75) pages of appendix materials.

Granted. Mary M. Lisi USDJ 8/12/05

Under the Court's Local Rules, Plaintiffs have ten (10) days to respond to Defendant's Motion to Dismiss. In order to adequately address the "breadth of issues" raised in Mikohn's dispositive motion on all counts of Plaintiffs' complaint, Plaintiffs seek an additional thirty (30) days, up to and including September 23, 2005, to respond.

WHEREFORE, Plaintiffs respectfully request that its motion for a thirty (30) day extension of time, up to and including September 23, 2005, to respond to Defendant's Motion to Dismiss be granted.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Linda A. Mayer (# 6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604/ 351-4607
Date: August 11, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to Gordon P. Cleary, Esq. and Brooks R. Magratten, Esq. of Vetter & White, 20 Washington Place, Providence, RI 02903

*341703_1.doc*