UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/T |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' ANSWERS TO SUPPLEMENTAL INTERROGATORRIES**

Defendant Mikohn Gaming Corp. ("Mikohn") moves pursuant to F.R.C.P. 37(a) to compel plaintiffs Hasbro, Inc. and Hasbro International, Inc. (collectively "Hasbro") to respond to Mikohn's supplemental interrogatories on or before September 16, 2005. Hasbro's answers were due by August 17, 2005.

Mikohn certifies that it has in good faith conferred or attempted to confer with Hasbro in an effort to secure its responses without court action.

Pursuant to local rule 12(a) Mikohn has not filed herewith a supporting memorandum of law.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 22, 2005

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant's Motion To Compel Plaintiffs' Answers to Supplemental Interrogatories by hand delivery on the 22nd day of August, 2005.

Lisa A. Lariviere