FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al., Plaintiffs

v.

MIKOHN GAMING CORP., Defendant

C.A. No. 05-0106/T

9/8/05: GRANTED ABSENT OPPOSITION. LOCAL RULE 12(a)(2). USMJ

## DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' ANSWERS TO SUPPLEMENTAL INTERROGATORRIES

Defendant Mikohn Gaming Corp. ("Mikohn") moves pursuant to F.R.C.P. 37(a) to compel plaintiffs Hasbro, Inc. and Hasbro International, Inc. (collectively "Hasbro") to respond to Mikohn's supplemental interrogatories on or before September 16, 2005. Hasbro's answers were due by August 17, 2005.

Mikohn certifies that it has in good faith conferred or attempted to confer with Hasbro in an effort to secure its responses without court action.

Pursuant to local rule 12(a) Mikohn has not filed herewith a supporting memorandum of law.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 9/7/05

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 22, 2005