UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-106 T |
| MIKOHN GAMING CORPORATION, Defendant. | : | |

**PLAINTIFFS' ASSENTED TO MOTION TO SEAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Pursuant to Amended General Order 2002-01, Plaintiffs Hasbro, Inc., and Hasbro International, Inc., (collectively "Hasbro") hereby move to seal their Memorandum of Law in Opposition to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) ("Opposition Brief") that was filed with the Court on Friday, September 23, 2005. Undersigned counsel has spoken with counsel for Defendant, and Defendant Mikohn both assents to and requests this motion be filed.

Because Hasbro's Opposition Brief was already filed on Friday afternoon, September 23, 2005, Hasbro has not filed a second copy with this motion. Hasbro simply requests that the Opposition Brief be sealed and treated as such henceforth.

For the reasons set forth in the accompanying memorandum of law, Hasbro requests that this motion be granted.

For the Plaintiffs
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Date: September 27, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*346975_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | |
| v. | Civil Action No.: 05-106 T |
| MIKOHN GAMING CORPORATION, Defendant. | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF ASSENTED TO MOTION TO SEAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Plaintiffs Hasbro, Inc., and Hasbro International, Inc., (collectively "Hasbro") submit this memorandum in support of their assented to motion to seal their Memorandum of Law in Opposition to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) ("Hasbro's Opposition Brief") that was filed with the Court on Friday, September 23, 2005.

After receiving Hasbro's Opposition Brief, counsel for Defendant Mikohn contacted counsel for Hasbro and questioned whether Hasbro's Opposition Brief should have been filed under seal. Although counsel for Hasbro believes that there are arguments on both sides of this issue, Hasbro agreed to file the instant motion to seal based upon the confidentiality provision contained in the underlying licensing agreements at issue. Defendant Mikohn both assents to and requests Hasbro's motion to seal be filed.

Because Hasbro's Opposition Brief was already filed on Friday afternoon, September 23, 2005, Hasbro has not filed a second copy with this motion. Hasbro simply requests that the Opposition Brief be sealed and treated as such henceforth.

For the foregoing reasons, Hasbro requests that the motion to seal be granted.

For the Plaintiffs
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Linda A. Mayer (#6482)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Date: September 27, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*346975_1.doc*