**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC.,
ET AL.,
Plaintiffs

v.                              CA05-~~310~~ 106 T

MIKOHN GAMING CORPORATION,
Defendant

### ORDER

The plaintiff has filed an assented to motion to seal its memorandum in opposition to defendant's motion to dismiss but has failed to provide a sufficient explanation as to why the memorandum should be sealed. Therefore, it is hereby ordered that the memorandum shall be sealed until October 4, 2005, at which time it will be unsealed unless the plaintiff has filed a supplemental memorandum further explaining why the memorandum in opposition to the motion to dismiss should remain sealed.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 9/28/05

SCANNED