UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v.

MIKOHN GAMING CORPORATION,
Defendant.

Civil Action No.: 05-106 T

**WITHDRAWAL OF APPEARANCE**

I, Linda A. Mayer, of Adler Pollock & Sheehan P.C., hereby withdraw my appearance as counsel for Plaintiffs, Hasbro, Inc. and Hasbro International, Inc.

Dated: September 30, 2005

PLAINTIFF,
HASBRO, INC. AND HASBRO
INTERNATIONAL, INC.

By its attorney,

Linda A. Mayer, #6482
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Valerie Lamotte

347346_1.doc