UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | |
| v. | Civil Action No.: 05-106 T |
| MIKOHN GAMING CORPORATION, Defendant. | |

**ENTRY OF APPEARANCE**

I, Jeffrey K. Techentin, of Adler Pollock & Sheehan P.C., hereby enter my appearance as counsel for Plaintiffs, Hasbro, Inc. and Hasbro International, Inc.

Dated: October 5, 2005

PLAINTIFF,
HASBRO, INC. AND HASBRO
INTERNATIONAL, INC.

By its attorney,

Jeffrey K. Techentin, Esq. #6651
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Kathleen A. Mooney

*356855_1.doc*