UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al.
Plaintiffs

v. C.A. No. 05-0106/T

MIKOHN GAMING CORP.,
Defendant

**DEFENDANT'S MOTION TO EXCEED**
**PAGE LIMITATIONS**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 for leave to file a reply memorandum exceeding five pages -- to wit, eight pages. Mikohn files herewith a supporting memorandum pursuant to local rule 12(a)(1).

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: October 5, 2005

# CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Exceed Page Limitations by mailing first class mail, postage prepaid, on the 5th day of October, 2005.

Melanie Gosetti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 05-0106/T |
| | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXCEED PAGE LIMITATIONS**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 for leave to file a reply memorandum exceeding five pages -- to wit, eight pages.

Mikohn on August 10, 2005 filed a rule 12(b)(6) motion to dismiss to which plaintiffs responded on September 23, 2005 with a twenty page objecting memorandum. Mikohn requires eight pages in order to adequately address the points plaintiffs raised; hence this request to exceed the limit by three pages.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: October 5 , 2005

## CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Memorandum In Support Of Defendant's Motion To Exceed Page Limitations by mailing first class mail, postage prepaid, on the 5th day of October, 2005.

Melaine Gosetti