UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al.
Plaintiffs

v. C.A. No. 05-0106/T

MIKOHN GAMING CORP.,
Defendant

**DEFENDANT'S MOTION TO EXCEED**
**PAGE LIMITATIONS**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 for leave to file a reply memorandum exceeding five pages -- to wit, eight pages. Mikohn files herewith a supporting memorandum pursuant to local rule 12(a)(1).

GRANTED
Ernest C. Torres
Chief, US District Judge
10/11/05

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: October 5, 2005

## CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Exceed Page Limitations by mailing first class mail, postage prepaid, on the 5th day of October, 2005.

Melanie Gorretti