UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 05-0106/T |
| | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO EXCEED**
**PAGE LIMITS FOR EXHIBITS**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 for leave to file a motion to amend its answer and assert counterclaims with an exhibit of more than five pages. Mikohn files herewith a supporting memorandum pursuant to local rule 12(a)(1).

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: October 18, 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Exceed Page Limitations by mailing first class mail, postage prepaid, on the 18th day of October, 2005.

/Melanie Losetti

FILED
OCT 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MEMORANDUN IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITS FOR EXHIBITS**

Defendant Mikohn Gaming Corp. ("Mikohn") submits this memorandum in support of its motion for relief from page limits imposed by Amended General Order #2002-01. Mikohn intends to move to amend its answer to assert additional affirmative defenses and counterclaims against plaintiffs Hasbro, Inc. and Hasbro International, Inc. (collectively "Hasbro"). Mikohn seeks to append the proposed answer and counterclaims to the motion to amend to allow the Court to examine the proposed amended pleading.

Generally, Mikohn's counterclaims deal with Hasbro's unauthorized use of Mikohn's trademarks and protected intellectual property. It is anticipated that the proposed amended answer and counterclaims will exceed the five page limitation.

For the foregoing reasons, Mikohn respectfully requests permission to file a motion to amend its answer with more than five pages appended thereto.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: October 18, 2005

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Memorandum In Support Of Its Motion To Exceed Page Limits by mailing first class mail, postage prepaid, on the 18th day of October, 2005.

Melanie Goetti