# PRIVILEGE LOG

A/C = attorney client privilege
WPD = work product doctrine
SEP = self evaluative privilege

| Document No. | Date | Author | Recipient | Subject | Privilege |
|---|---|---|---|---|---|
| MIK 1588-89 | 2/19/2003 | C. McRea, Jr. | M. Dreitzer | legal advice | A/C; WPD; SEP |
| MIK 2459-65 | 2/15/2003 | M. Collins<br>J. Kloosterman | P. Boynton<br>T. Oliver<br>D. Todoroff<br>D. Arrajj<br>J. Meyer | legal advice | A/C; WPD; SEP |
| MIK 2466-69 | 2/12/2003 | M. Dreitzer | M. Collins<br>D. Arrajj<br>J. Kloosterman<br>P. Boynton<br>R. McMeekin | info pertaining to legal advice | A/C; SEP |
| MIK 2662 | 3/18/2002 | L. Ruhe | D. Stevens<br>M. Dreitzer | info pertaining to legal advice | A/C |
| MIK 2662 | 3/18/2002 | D. Stevens | L. Ruhe<br>M. Dreitzer | info pertaining to legal advice | A/C |
| MIK 2662 | 3/18/2002 | M. Dreitzer | L. Ruhe<br>D. Stevens | legal advice | A/C; WPD |
| MIK 2662, 2664-65 | 3/18/2002 | D. Stevens | L. Ruhe<br>M. Dreitzer | info pertaining to legal advice | A/C |
| MIK 2590 | 2/15/2003 | L. Ruhe | M. Dreitzer<br>J. Garner | info pertaining to legal advice | A/C |
| MIK 2591 | 2/17/2003 | L. Ruhe | M. Dreitzer<br>J. Garner | info pertaining to legal advice | A/C |

PRIVILEGE LOG (cont.)

| Document No. | Date | Author | Recipient | Subject | Privilege |
|---|---|---|---|---|---|
| MIK 940-60 | 9/9/1998 | C. McRea, Jr. | D. Thompson<br>R. Irvine<br>D. Stevens<br>T. Oliver<br>O. Vancura<br>J. Rolston<br>C. Pepin | legal advice | A/C |
| MIK 961-82 | 9/9/1998 | C. McRea, Jr. | O. Vancura | legal advice | A/C |
| MIK 2660 | 2/10/2001 | D. Stevens | D. Thompson<br>C. McRea, Jr. | request for legal advice | A/C |
| MIK 2598 | 1/23/2003 | M. Dreitzer | C. McRea, Jr. | legal advice | A/C; WPD |
| MIK 2688 | 3/18/2002 | L. Ruhe | D. Stevens<br>M. Dreitzer | info pertaining to legal advice | A/C |
| MIK 2596 | 3/22/2002 | C. McRea, Jr. | D. Stevens<br>D. Thompson<br>M. Dreitzer | legal advice | A/C; WPD |
| MIK 2611 | 4/30/2001 | C. McRea, Jr. | D. Stevens<br>D. Thompson | legal advice | A/C; WPD |
| MIK 2611 | 4/30/2001 | D. Stevens | C. McRea, Jr.<br>D. Thompson | info pertaining to legal advice | A/C |
| MIK 1028 | 7/13/1998 | C. McRea, Jr. | R. Irvine | legal advice | A/C; WPD |