**VETTER & WHITE**
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

**VETTER & WHITE**

September 2, 2005

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.
C.A. No. 05-0106/ML

Dear Todd:

Thank you for your letter of August 29th. Mikohn has been searching for additional documents responsive to plaintiffs' second set of document requests and has uncovered the enclosed spreadsheet, bates-stamped MIK 03551.

Mikohn is withholding from production on grounds of attorney-client and work product privileges an eight-page memorandum dated February 21, 2003 prepared by John Garner and addressed to Michael Dreitzer (then Assistant General Counsel) and Russell McMeekin (CEO). This memorandum has been bates-stamped MIK 03553-60. Mr. Garner appears to have written this memorandum to in-house counsel to provide information relating to the Michigan Gaming Control Board investigation.

Mikohn is continuing its search and will update its response in the event additional responsive documents surface.

Sincerely,

Brooks R. Magratten

BRM/lal
Enclosure

cc: Eric L. Abbott, Esq.