UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v. : Civil Action No. : 05-106/T

MIKOHN GAMING CORPORATION,
Defendant.

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. (collectively "Hasbro") hereby oppose Defendant's Motion to Compel Production of Documents. In support of Plaintiffs' Opposition, please refer to the attached Memorandum.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 18 day of October, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Todd D. White [signature]

*358039_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v. Civil Action No. : 05-106/T

MIKOHN GAMING CORPORATION,
Defendant.

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant is seeking the production of documents contained within the file of Hasbro's in-house counsel, Bruce Kelly to, from and concerning Attorney Greg Venturi (HA 108-320). Hasbro has objected to producing said documents which are both protected by the attorney-client privilege and the work-product doctrine.

Attorney Venturi is a non-testifying consultant to Hasbro. Because of his particular role, he has requested and received information concerning aspects of Hasbro's pre-litigation and litigation strategies. Attorney Bruce Kelly, a member of Hasbro's legal department, has maintained a file concerning his communications to, from and about Greg Venturi and the information he has provided to Hasbro. Mr. Kelly's file not only contains communications with Mr. Venturi but notes and summaries which evidence attorney work-product. His file also contains communications to other attorneys and executives at Hasbro assessing the underlying issues in this case and the best means of proceeding forward.

In early March, 2005, Hasbro filed its Complaint in this matter. Prior to filing its Complaint, Mr. Kelly had certain communications with Attorney Greg Venturi. The matters

about which these individuals communicated prior to drafting and filing the Complaint dealt with discovering and quantifying Mikohn's miscalculation of royalty payments. This is the issue which forms the Plaintiffs' Complaint.

Consultation with Mr. Venturi allowed Hasbro to identify the problem. After the problem was identified, Hasbro conducted an audit in 2004. The results of that audit and the conclusion emanating therefrom have all been provided to Mikohn.

In addition to the communications to and from Mr. Venturi, either prior to or subsequent to litigation, much of Mr. Kelly's file contains communications with Hasbro legal personnel focusing on strategic considerations. These communications, which have not been provided to any third-party, are both protected by the work-product doctrine and the attorney-client privilege. The disclosure of these documents should not be ordered.

Notwithstanding Mr. Venturi's role as a consultant, Hasbro will voluntarily provide Defendant with all communications to and from Mr. Venturi prior to Hasbro's drafting its Complaint. Hasbro does continue to maintain as protected under the attorney-client privilege and/or work-product doctrine all Hasbro's legal department's intra-company communications regarding Mr. Venturi and the consultation he provided.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 18 day of October, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred D. White

*358313_1.doc*