***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# ***NOTICE***

***HASBRO, INC., et al.***

***v.*** ***CA05-106T***

***MIKOHN GAMING CORPORATION***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***
Defendant's Motion to Compel Production of Documents
Plaintiff, Hasbro, Inc.'s Motion to Compel Production of Documents

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***NOVEMBER 8, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall
Jeannine Theall
Deputy Clerk
Date: October 31, 2005

**NOTICE SENT TO:** **CLEARY, DALY, MAGRATTEN, TECHENTIN, WHITE**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.