


## IMPORTANT

- If this game malfunctions or "locks up," press the **ON/OFF** button a few times or use a ballpoint pen to press the **RESET** button on the back of the game unit. If the game still doesn't function, remove and replace the batteries with fresh ones.
- Please keep these instructions for future reference.

## [illegible] Unit




Some of these images appear on screen at all times. Others appear during gameplay as needed.




1. GAME - Identifies Game 1, 2, 3 and 4.
2. PLAYER - Identifies Player(s), and each player's turn in a two-player game.
3. TOTAL SCORE OF PLAYER(S) - "PLAYER 1" "PLAYER 2".
4. COMPUTER DEALER'S HAND
5. PLAYER'S HAND
6. CASINO CHIPS - White casino chip indicates a minimum bet of 10. Black chip indicates a maximum bet of 20.
7. COMPUTER DEALER CARDS
8. PLAYER CARDS
9. WIN / LOSE - Appears if you win or lose the game.
10. BET - Prompts you to place a bet.
11. PULL BET - Prompts you to keep or pull back (remove) a bet in Let It Ride.
12. ANTE BET - Prompts you to make initial bet in Caribbean Stud Poker.

**ON/OFF** - Press to turn the game **ON** and **OFF**.

**SELECT** - Press to select Game 1 - Let It Ride (one player against the computer dealer).
Press again to select Game 2 - Let It Ride (two players against the computer dealer).
Press again to select Game 3 - Caribbean Stud Poker (one player against the computer dealer).
Press again to select Game 4 - Caribbean Stud Poker (two players against the computer dealer).

**START/SOUND** - Press to begin play. This button may also be pressed during the game to turn the sound off and on.

## [illegible] Summary

Following are brief descriptions of the buttons used to play the game. Further explanations appear later in the instructions.

### Let It Ride Game

**BET/MAX BET** - Press to place the minimum of 10 points for each of your three cards before they are dealt. Press and hold for one second to bet the maximum of 20 points for each of your three cards before they are dealt. (Press a third time to go back to 10.) A white casino chip above your card indicates a bet of 10. A black chip indicates a bet of 20.

**ENTER** - After placing your bet, press **ENTER** to deal three cards face up to you and two cards face down to the computer dealer.

**PULL BET YES** - Press after you are dealt your hand to pull your bet back (withdraw it) from a card.

**PULL BET NO** - Press after you are dealt your hand if you do not want to pull your bet back on a card.

### Caribbean Stud Poker

**ANTE BET** - Press to place your initial bet before the cards are dealt. Press once to bet 10 points on your hand, or press twice to bid a maximum of 20 points on your hand. (Press a third time to go back to 10.)

**ENTER** - Press to enter the bid and to deal the cards.

**FOLD** - After you are dealt your hand, press this button if you wish to fold. Your cards will disappear, you will lose your ante bet, and the words "PLAYER 1" and "LOSE" will flash on the screen.

**BET/MAX BET** - After you are dealt your hand, press this button to raise your bid (double the Ante bid).

Poker originated over five hundred years ago in Europe. By the 18th century, the game was known in France as "Poque," which means "to bluff." The betting game was later brought to North America by French colonists settling in the Louisiana territory. "Over time, "Poque" came to be called "Poker."

Legend has it that Caribbean Stud Poker was popularized on Caribbean Island cruise ships. It is standard Five-Card Stud Poker with a slight twist: One of the dealer's cards is always displayed. Players compete against the dealer, not each other.

Let it Ride is a Poker variation that first caught on in the Nevada casinos about 1993. In this game, three cards are dealt face up to you, and two cards face down to the dealer. Your winnings are based on your hand plus the dealer's two cards. Players do not compete against each other.

Let It Ride and Caribbean Stud Poker may be played as one-player or two-player games.

## [illegible] Ride

### Object of the Game

Try to complete a hand with a pair of 10s or better.

### Game Summary

Three cards are dealt face up to you. Two cards are dealt face down to the computer dealer. Your winnings are based on the strength of your hand combined the dealer's two cards.

With one push of the **BET/MAX BET** button, you place three equal bets (one on each card) before the cards are dealt. After the cards are dealt, you may pull a bet back (withdraw it) from a card. One of the computer dealer's cards is then turned face up. You now have the opportunity to pull a bet back from another card. When the computer dealer's second card is then revealed, you will have one, two or three bets remaining.

After the dealer's second card is exposed, one of the following happens:

- If your three cards, along with the computer dealer's two cards, do not form a Pair of 10s or better, you lose your remaining bet(s).
- If your three cards, along with the computer dealer's two cards, form a Pair of 10s or better, you are paid winnings based on the strength of the total hand.

Complete instructions follow below.

## [illegible]

Do the following:

1. Press the **ON** button.
   (Your game will shut off automatically after 3 minutes of non-use. Simply press any button to return to where you left off.)
2. Press the **SELECT** button to choose a game. Game 1 is one-player Let it Ride (you against the computer dealer). Game 2 is two-player Let It Ride (you and a friend against the computer dealer).
3. Press the **START** button to begin playing. **You begin with 200 points.** As you place your bets, you will see you total point score go down. If you drop below zero points, you'll see a negative sign in front of your score.

## [illegible]

The directions below are for a one-player game, but they also apply to a two-player game. Simply watch the screen for prompts that indicate Player 1 and Player 2.

At the start of your turn, do the following:

1. Press **BET/MAX BET** to place three equal bets of 10 points on your three cards before they are dealt.
   **OR**
   Press and hold **BET/MAX BET** for one second to place three equal maximum bets of 20 points on each of your three cards before they are dealt (Press a third time to go back to 10.) A white casino chip above a card indicates a bet of 10. A black chip indicates a bet of 20. Your total bet (30 or 60) is automatically subtracted from your running total.
2. After placing your bet, press **ENTER** to deal three cards face up to you and two cards face down to the computer dealer.
3. After you are dealt your hand, "PULL BET" will appear on the screen. This prompts you to do one of the following:
   - Press **PULL BET YES** if you want to pull a bet back (withdraw it) from a card.
   - Press **PULL BET NO** if you do not want to pull a bet back from a card.

   NOTE: Pull Bet strategies are discussed later in the instructions.
4. The computer dealer will then turn its first card face up.
5. "PULL BET" will again appear on the screen. This prompts you to do one of the following:
   - Press **PULL BET YES** if you want to pull a bet back from a card.
   - Press **PULL BET NO** if you do not want to pull a bet back from a card.
6. The computer dealer's second card is then revealed. If your three cards, combined with the computer dealer's two cards, form a Pair of 10's or better, "WIN" appears on the screen. You are paid winnings based on your bet(s) and the strength of the total hand. Your bet(s) and all winnings are added to your running total. If all five cards do not form a Pair of 10s or better, "LOSE" appears on the screen. Your bet is subtracted from your running total.
7. Press **BET/MAX BET** to begin the next hand.

| Let It Ride Payout | |
|---|---|
| Pair of 10s or better | 1 to 1 |
| Two Pairs | 2 to 1 |
| Three of a Kind | 3 to 1 |
| Straight (five sequential cards) | 5 to 1 |
| Flush (any five cards of same suit) | 8 to 1 |
| Full House (three cards of same number with two cards of another number) | 11 to 1 |
| Four of a Kind | 50 to 1 |
| Straight Flush (five cards of same suit in sequence) | 200 to 1 |
| Royal Flush (A, K, Q, J, 10 of same suit) | 1000 to 1 |

### Let It Ride Strategy

After you receive your three cards, consider pulling back a bet unless you have the following in your hand:

- Pair of 10s or better
- Three of a kind
- Three cards toward a Flush with a 10 or better
- Three cards toward a Straight Flush or a Royal Flush

After the computer dealer's first card is turned face up, consider pulling back a bet unless you have the following among the four cards:

- Pair of 10s or better
- Two pair
- Flush
- Four cards toward a Straight Flush or Royal Flush

### Gameplay Example 1

(Assume you have 200.)

1. You are dealt three cards face up and the computer dealer gets two cards face down.
   (Your score = 170, your bet on table = 30)
2. You are holding the 2 of Spades, 8 of Spades and 10 of Spades. With a bit of luck you may end up with a Flush, but you play it safe and pull one of your bets back.
   (Your score = 180, your bet on table = 20)
3. One of the computer dealer's cards is then turned face up. It is the 7 of Spades.
4. You realize that if the computer dealer's remaining card is a Spade, then the combined hand gives you a Flush.
5. You decide to leave your remaining two bets on the cards.
6. The computer dealer's second cards is then turned face up. It is an Ace of Spades, giving you a Flush. You win 8 to 1.
   (The dealer pays you 8 to 1 on your bet, which equals160 points. Also you get your 20 point bet back, so your score becomes 360.)

### Gameplay Example 2

(Assume you have 200 and Craig has 200.)

1. You place a 10-point bet on each of your three cards.
   (Your score = 170, Your bet on the table = 30)
   Your friend Craig places a 20-point bet on each of his three cards.
   (Craig's score = 140, Craig' bet on the table = 60)
   You have the following: Q of Diamonds, K of Hearts, 10 of Spades
   Craig has the following: 2 of Spades, 2 of Hearts, 8 of Clubs
2. Your hand is not very encouraging, so you pull a bet back.
   (Your score = 180, Your bet on the table = 20)
   Craig has a Pair of 2s. Even though a Pair of 10s or better are needed to win, Craig decides to gamble and does not pull a bet back.
3. The computer dealer's first card is turned face up. It is the Q of Hearts.
4. Since you now have a combined hand that includes a Pair of Qs, you do not pull another bet back.
   Craig still has a poor hand and decides to pull a bet back.
   (Craig's score = 160, Craig's bet on the table = 40)
5. The computer dealer's second card is turned face up. It is the 2 of Diamonds.
6. You finish the hand with a Pair of Qs. You win on your two remaining bets for a total of 20 points.
   (The Dealer pays you 1 to 1 on your bet, which equals 20 points. Also you get your 20 point bet back, so your score becomes 220.)
   Craig is a lucky guy with Three of a Kind. He wins on his two remaining bets for a total of 40 points
   (The Dealer pays Craig 3 to 1 on his bet, which equals 120. Also, Craig gets his 40 point bet back, so his score becomes 320.)

## Ho[illegible]oker

### Object of the Game

Try to beat the computer dealer's hand.

### Game Summary

You must place an Ante bet on your cards before they are dealt. Then, you and the computer dealer each receive five cards. All five of your cards are face up. Four of the five cards in the computer dealer's hand are face down.

After reviewing your hand and the computer dealer's face-up card, you must raise your bid or fold. If you fold, the hand is over and you lose your Ante. If you raise your bid (must be twice the Ante), all of the computer dealer's cards are then revealed. If your hand is stronger than the computer dealer's hand, you win. If your hand is weaker than the computer dealer's hand, you lose your Ante bet as well as your Raised bet.

Complete instructions follow:

## [illegible]

Do the following:

1. Press the **ON** button.
   (Your game will shut off automatically after 3 minutes of non-use. Simply press any button to return to where you left off.)
2. Press the **SELECT** button to choose a game. Game 3 is one-player Caribbean (you against the computer dealer). Game 4 is two-player Caribbean (you and a friend against the computer dealer).

3. Press the **START** button to begin playing. **You begin with 200 points.** As you place your bets, you will see you total score go down. If you drop below zero points, you'll see a negative sign in front of your score.

The directions below are for a one-player game, but they also apply to a two-player game. Simply watch the screen for prompts that indicate Player 1 and Player 2.

At the start of your turn, do the following:

1. Press **ANTE** to place a minimum bet of 10 points on your hand before your five cards are dealt.
   OR
   Press **ANTE** twice to place a maximum bet of 20 points on your hand before your five cards are dealt. (Press a third time to go back to 10.)
   A white casino chip above the empty card boxes indicates a bet of 10. A black chip indicates a bet of 20. Your Ante bet is automatically subtracted from your score total.
2. After placing your Ante bet, press **ENTER** to deal five cards (all face up) to you, and five cards (four of the five are face down) to the computer dealer.
3. After you are dealt your hand, study it for a moment. Also look at the computer dealer's face-up card.
   - If you do not think you can beat the dealer's hand, you may press **FOLD** and lose your Ante bet. The hand is then over.
   - If you think you can beat the dealer's hand, you may raise the stakes with another bet. The screen will prompt you to press **BET**.
4. Press **BET** to raise your bet. Your Raised bet will always be twice the amount of the Ante bet. This bet is automatically subtracted from your score total.
5. The computer dealer's other four cards are then automatically revealed. You do not get to draw any additional cards.
6. Before the winner is determined, the computer dealer's hand must "qualify" with an Ace and a King, or with a Pair or better.
   - If the computer dealer's hand does not qualify, you win 1 to 1 on the Ante bet even if your hand is less than the dealer's hand.
     You also "push" the Raised bet. That means you get the Raised bet added back into your total score without winning or losing.
   - If the computer dealer's hand does qualify, then the best ranking hand wins as follows:
     a. If the computer dealer's hand is higher, you lose both the Ante bet and the Raised bet.
     b. If your hand is higher, you win 1 to 1 on the Ante bet and win the Raised bet as shown in the Raised Bet Payout chart below.
     c. If your hand and the computer dealer's hand have the same rank, then the player with the highest ranking card win.
     d. If your high card and the computer dealer's high card are equal, both the Ante bet and the Raised bet are "pushed" back to you and added back into your total score.
7. The screen will then prompt you to press **ANTE** to begin the next hand.

| **Raised Bet Payout** | |
|---|---|
| High Card | 1 to 1 |
| One Pair | 1 to 1 |
| Two Pairs | 2 to 1 |
| Three of a Kind | 3 to 1 |
| Straight (five sequential cards) | 4 to 1 |
| Flush (any five cards of same suit) | 5 to 1 |
| Full House (three cards of same number with two cards of another number) | 7 to 1 |
| Four of a Kind | 20 to 1 |
| Straight Flush (five cards of same suit in sequence) | 50 to 1 |
| Royal Flush (A, K, Q, J, 10 of same suit) | 100 to 1 |

**Caribbean Stud Poker Strategy**

Follow these suggestions to increase your chances of winning:

- Fold when you have nothing in your hand.
- Make your bet if you hold a Pair or better.
- Make your bet if you hold an Ace or King, and one of your remaining three cards matches the computer dealer's face-up card.
- Make your bet if you hold an Ace or King, along with a Jack, 8 and 3 or better.

**Gameplay Example 1**

(Assume you start with 200 points.)



1. You place an Ante bet of 10 points. You are then dealt five cards as follows: A of Spades, K of Hearts, 7 of Spades, 7 of Clubs, 4 of Hearts.
   (Your score = 190, Ante bet = 10)
   
2. The computer dealer's face up card is a 5 of Hearts.
3. With your Pair of 7s, you decide to raise your bet (double your Ante). All of the computer dealer's cards are then revealed as follows: Q of Clubs, J of Hearts, 5 of Spades, 5 of Hearts, 2 of Clubs.
   (Your score = 170, Ante bet = 10, Raised bet = 20)
   
4. Your Pair of 7s beats the computer dealer's Pair of 5s. You win 10 points on the Ante bet and 20 points on your Raised bet.
   (The Dealer pays 1 to 1 on Ante bet = 10, and pays 1 to 1 on Raised bet = 20. You also get your Ante bet (10) and Raised bet (20) back. Your score is 230)
   

**Gameplay Example 2**

(Assume you get 200 points and Karl gets 200 points.)




1. You place an Ante bet of 10 points. Karl places an Ante bet of 20 points.
   (Your score = 190,
   Your Ante bet = 10)
   (Karl's score = 180,
   Karl's Ante bet = 20)
   
   
2. You and Karl are each dealt 5 cards.
3. Your hand is: A of Spades, K of Hearts, 10 of Clubs, 9 of Spades, 7 of Diamonds.
4. Karl's hand is: Q of Diamonds, Q of Hearts, 3 of Clubs, 3 of Spades, 4 of Hearts.
5. The computer dealer's face-up card is a 10 of Hearts.
6. There is nothing promising in your hand, but you raise your bet an additional 20 points (double the Ante), gambling that the computer dealer also has a weak hand.
   (Your score = 170,
   Your Ante bet = 10,
   Your Raised bet = 20)
   
7. Karl has Two Pair, so he raises his bet an additional 40 points (double the Ante).
   (Karl's score = 140,
   Karl's Ante bet = 20,
   Karl's Raised bet = 40)
   
8. All of the computer dealer's cards are then revealed as follows: 10 of Diamonds, 10 of Hearts, 7 of Clubs, 3 of Diamonds, 2 of Spades.
9. The computer dealer's hand "qualifies" with has a Pair of 10s. Because you have nothing useful in your hand, you lose your Ante and Raised bet (30 total points).
   (Your final score is 170)
   
10. Karl has Two Pair, beating the computer dealer's Pair of 10s. Karl gets paid 1 to 1 on his Ante and 2 to 1 on his Raised bet.
   (The Dealer pays 1 to 1 on Karl's Ante bet = 20, and pays 2 to 1 on his Raised bet = 80. Karl also gets his Ante bet (20) and Raised bet (40) back. Karl's score is 300)
   

Your game unit will shut off automatically after three minutes of non-use. However, it will "remember" where you left off in the game. Press any button for play to resume. All of the icons will remain in the last playing location and your score will be retained.

- Handle the game carefully.
- Store the game away from dusty or dirty areas.
- Keep the game away from moisture or temperature extremes.
- Do not disassemble the game. If a problem occurs, remove and replace the batteries to reset the computer, or push in the **RESET** button.

**3 "AAA/LR03" BATTERIES REQUIRED (INCLUDED).**




To replace the batteries, do the following:

1. Use a Phillips head screwdriver to loosen the screw on the battery compartment on the back of the unit and open the door.
2. Carefully remove the old batteries. (Do NOT use a metallic object to do this.)
3. Insert 3 "AAA/LR03" BATTERIES, making sure to align the "+" and "-" as shown.
4. Replace the battery compartment door and tighten the screw.
5. In case the game malfunctions or "locks up", press RESET button to initialize the unit.

## *IMPORTANT: BATTERY INFORMATION*

Please retain this information for future reference. Batteries should be replaced by an adult.

### ⚠ *CAUTION:*

1. Always follow the instructions carefully. Use only batteries specified and be sure to insert them correctly by matching the + and – polarity markings.
2. Do not mix old batteries and new batteries, or standard (carbon-zinc) with alkaline batteries.
3. Remove exhausted or dead batteries from the product.
4. Remove batteries if product is not to be played with for a long time.
5. Do not short-circuit the supply terminals.
6. Should this product cause, or be affected by, local electrical interference, move it away from other electrical equipment. Reset (switching off and back on again or removing and re-inserting batteries) if necessary.
7. RECHARGEABLE BATTERIES: Do not mix these with any other types of battery. Always remove from the product before recharging. Recharge batteries under adult supervision. DO NOT RECHARGE OTHER TYPES OF BATTERY.
8. As with all small items, these batteries should be kept away from children. If swallowed, seek medical attention immediately.
9. Do not dispose of batteries in fire. Battery may explode or leak.
10. As with all small batteries, the batteries used with this toy should be kept away from small children who still put things in their mouths. If they are swallowed, promptly see a doctor and have the US doctor phone (202) 625-3333 collect.
11. Make sure the batteries are inserted correctly and follow the toy and battery manufacturer's instructions.


High temperature will destroy the unit. Do not leave unit in direct sunlight.


Do not use a pencil or pin to press the RESET switch. Use a ball-point pen.


Do not press the liquid crystal display and avoid heavy shock or the display may fail.


Clean only with a piece of soft dry cloth.

If Casino Game is damaged or something has been left out, DO NOT RETURN IT TO THE STORE. The store doesn't have replacement parts. Instead, write to us at:

Hasbro Inc.
PO Box 200, Pawtucket, RI 02862

In your note, mention the name of your game, its model number, and tell us briefly what the problem is. Also include sales slip, date, place of purchase and price paid. We will do our best to help.

Hasbro Inc. warrants to the original consumer purchaser of this product that the product will be free from defects in materials or workmanship for 90 days from the date of original purchase. This warranty does not cover damages resulting from accident, negligence, improper service or use or other causes not arising out of defects in materials or workmanship.

During this 90-day warranty period, the product will either be repaired or replaced (at Hasbro's option) without charge to the purchaser, when returned with proof of the date of purchase to either the dealer or to Hasbro. Product returned to Hasbro without proof of the date of purchase or after the 90-day warranty period has expired, but prior to one year from the original date of purchase, will be repaired or replaced (at Hasbro's option) for a service fee of U.S.$4.99. Payments must be by check or money order payable to Hasbro Inc.

**The foregoing states the purchaser's sole and exclusive remedy for any breach of warranty with respect to the product.**

**All product returned must be shipped prepaid and insured for loss or damage to:**

Hasbro Inc.
Consumer Returns A-847
1027 Newport Ave.
Pawtucket, RI 02862

The product should be carefully packed in the original box or other packing materials sufficient to avoid damage during shipment. Include a complete written description of the defect, a check if product is beyond the 90-day warranty period, and your printed name, address and telephone number.

**THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES AND NO OTHER REPRESENTATIONS OR CLAIMS OF ANY NATURE SHALL BE BINDING ON OR OBLIGATE HASBRO IN ANY WAY. ANY IMPLIED WARRANTIES APPLICABLE TO THIS PRODUCT, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE NINETY (90) DAY PERIOD DESCRIBED ABOVE. IN NO EVENT WILL HASBRO BE LIABLE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES RESULTING FROM POSSESSION, USE, OR MALFUNCTION OF THIS PRODUCT.**

Some states do not allow limitations as to how long an implied warranty lasts and/or exclusions or limitations of incidental or consequential damages, so the above limitations and/or exclusions of liability may not apply to you. This warranty gives you specific rights, and you may also have other rights, which vary, from state to state.

For more information about Hasbro Inc., our products and special promotions, please visit our web site at: www.hasbro.com

This device complies with Part 15 of the FCC Rules.
Operation is subject to the following two conditions :
(1) this device may not cause harmful interference, and
(2) this device must accept any interference received, including interference that may cause undesired operation.

**WARNING:** Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio TV technician for help.

We will be happy to hear your questions or comments about this game. Write to: Hasbro Games, Consumer Affairs Dept., P.O. Box 200, Pawtucket, RI 02862. Tel: 888-836-7025 (toll-free). Customers in Canada may call 450-670-9820.

**PROOF OF PURCHASE**
**Poker Casino Game**

TIGER™ Games

The HASBRO and TIGER names and logos, and this game's shape and graphics are ™, ® & © 2003 Hasbro, Pawtucket, RI 02862
All Rights Reserved.

HASBRO.COM
FOR NEW PRODUCTS AND OFFERS

200210130IWHB-02

customer service: Product Instructions

ask a question / FAQ
product instructions
replacement parts
recall information
contact Hasbro

Hasbro Game and Toy Instructions

All instructions are in Adobe PDF format. You must have Adobe Ac installed to view these files. Please choose the first letter from the titl from the list below or enter a keyword to search.

Get Acrobat Reader

poker Search for Name

Caesars Palace POKER LCD Game

Caesars Palace Video Bonus Poker LCD Game

Cribbage, Chess, Checkers, Dominoes, Card Games, Poker

Poker Bingo

Poker Casino Let it Ride & Caribbean Stud Poker



© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.