SUPPLEMENTAL PRIVILEGE LOG

A/C = attorney client privilege
WPD = work product doctrine
SEP = self evaluative privilege

| Document No. | Date | Author | Author's Position at Time of Communication | Recipient | Recipient's Position at Time of Communication | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| MIK 1588-89 | 2/19/2003 | C. McCrea, Jr. | General Counsel and Secretary | M. Dreitzer | assistant general counsel | legal analysis in response to administrative investigation | A/C; WPD; SEP |
| MIK 2459-65 | 2/15/2003 | M. Collins<br>J. Kloosterman | outside counsel for Mikohn<br>outside counsel for Mikohn | P. Boynton<br>T. Oliver<br>D. Todoroff<br>D. Arrajj<br>J. Meyer | Chairman of the Board<br>Director<br>Director<br>outisde counsel for Mikohn<br>Director | legal guidance on an ongoing administrative investigation | A/C; WPD; SEP |
| MIK 2466-69 | 2/12/2003 | M. Dreitzer | assistant general counsel | M. Collins<br>D. Arrajj<br>J. Kloosterman<br>P. Boynton<br>R. McMeekin | outside counsel for Mikohn<br>outside counsel for Mikohn<br>outside counsel for Mikohn<br>Chairman of the Board<br>Mikohn CEO | info pertaining to legal advice | A/C; SEP |
| MIK 2662 | 3/18/2002 | L. Ruhe | credit and collections manager | D. Stevens<br>M. Dreitzer | Mikohn CFO<br>assistant general counsel | info pertaining to legal advice | A/C |
| MIK 2662 | 3/18/2002 | D. Stevens | Mikohn CFO | L. Ruhe<br>M. Dreitzer | credit and collections manager<br>assistant general counsel | info pertaining to legal advice | A/C |
| MIK 2662 | 3/18/2002 | M. Dreitzer | assistant general counsel | L. Ruhe<br>D. Stevens | credit and collections manager<br>Mikohn CFO | legal advice | A/C; WPD |
| MIK 2662, 2664-65 | 3/18/2002 | D. Stevens | Mikohn CFO | L. Ruhe<br>M. Dreitzer | credit and collections manager<br>assistant general counsel | info pertaining to legal advice | A/C |
| MIK 2590 | 2/15/2003 | L. Ruhe | credit and collections manager | M. Dreitzer<br>J. Garner | assistant general counsel<br>Mikohn CFO | info pertaining to legal advice | A/C |
| MIK 2591 | 2/17/2003 | L. Ruhe | credit and collections manager | M. Dreitzer<br>J. Garner | assistant general counsel<br>Mikohn CFO | info pertaining to legal advice | A/C |
| MIK 940-60 | 9/9/1998 | C. McCrea, Jr. | general counsel & secretary | D. Thompson<br>R. Irvine<br>D. Stevens<br>T. Oliver<br>O. Vancura | Director<br>President<br>CFO<br>Director<br>V.P. Games Development | legal advice | A/C |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | J. Rolston<br>C. Pepin | in-house counsel<br>investor relations / press advisor | | |
| MIK 961-82 | 9/9/1998 | C. McCrea, Jr. | general counsel & secretary | O. Vancura | V.P. Games Development | legal advice | A/C |
| MIK 2660 | 2/10/2001 | D. Stevens | Mikohn CFO | D. Thompson<br>C. McCrea, Jr. | Director & CEO<br>general counsel and secretary | request for legal advice | A/C |
| MIK 2598 | 1/23/2003 | M. Dreitzer | assistant general counsel | C. McCrea, Jr. | general counsel | legal advice | A/C; WPD |
| MIK 2688 | 3/18/2002 | L. Ruhe | credit and collections manager | D. Stevens<br>M. Dreitzer | CFO<br>assistant general counsel | info pertaining to legal advice | A/C |
| MIK 2596 | 3/22/2002 | C. McCrea, Jr. | general counsel and secretary | D. Stevens<br>D. Thompson<br>M. Dreitzer | CFO<br>Director and CEO<br>assistant general counsel | legal advice | A/C; WPD |
| MIK 2611 | 4/30/2001 | C. McCrea, Jr. | general counsel and secretary | D. Stevens<br>D. Thompson | CFO<br>former President, CEO & Chairman of the Board | legal advice | A/C; WPD |
| MIK 2611 | 4/30/2001 | D. Stevens | CFO | C. McCrea, Jr.<br>D. Thompson | general counsel<br>President, CEO & Chairman of the Board | info pertaining to legal advice | A/C |
| MIK 1028 | 7/13/1998 | C. McCrea, Jr. | general counsel and secretary | R. Irvine | President | legal advice | A/C; WPD |
| MIK 2026 | 3/21/2003 | M. Collins | outside counsel to Mikohn | R. Stocker, II | CFO | legal advice | A/C; WPD; SEP |
| MIK 3553-60 | 2/21/2003 | John Garner | CFO | M. Dreitzer<br>R. McMeekin | assistant general counsel<br>Mikohn CEO | Memo to facilitate understanding of administrative investigation | A/C; WPD |