UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S MOTION TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER SEAL**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to Amended General Order #2002-01 to file under seal its Memorandum in Support of its Motion to Dismiss and accompanying exhibits. The memorandum and exhibits are attached hereto.

Mikohn files herewith a memorandum in support of this motion to seal, the memorandum in support of its motion to dismiss and accompanying exhibits.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: August 10, 2005

GRANTED
Ernest C. Torres
Chief, US District Judge
Nov. 4, 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To File Memorandum In Support Of Motion To Dismiss Under Seal by hand on the 10th day of August, 2005.

/Melaine Sgoetto/