UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC., HASBRO INTL.,
INC.

        v.                  CA No. 05-106-T

MIKOHN GAMING CORP.

### ORDER OF RECUSAL

I hereby recuse myself from participation in this case.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: November 16, 2005