UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HASBRO,INC., HASBRO INTL.,
INC.

v. CA No. 05-106-T

MIKOHN GAMING CORP.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this case.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 16 , 2005