UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al., )
Plaintiffs )
)
v. ) C.A. No. 05-0106/T
)
MIKOHN GAMING CORP., )
Defendant )

**DEFENDANT'S MOTION TO AMEND**

Defendant Mikohn Gaming Corp. ("Mikohn") moves pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure to amend its answer to raise additional affirmative defenses and assert counterclaims against plaintiffs Hasbro, Inc. and Hasbro International, Inc. (collectively "Hasbro"). The proposed "Second Amended Answer With Counterclaims" is attached hereto as Exhibit 1.

Mikohn submits a supporting memorandum of law herewith.

Michael J. Daly

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: October 28, 2005

GRANTED
WEM
William E. Smith
U.S. District Judge
11/18/05