UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., | ) | |
| Plaintiffs | ) | C.A. No. 05-0106/S |
| | ) | |
| v. | ) | |
| | ) | |
| MIKOHN GAMING CORP., | ) | NOTICE TO TAKE DEPOSITION |
| Defendant | ) | |

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30, defendant Mikohn Gaming Corp. will take the deposition upon oral examination of Bruce Kelley, Esq. of Hasbro, Inc. on the 19th day of December, 2005, at 1:00 p.m. before a notary public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. You are invited to attend and cross-examine.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: November 21 , 2005

cc: Allied Court Reporters

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Deposition by mailing first class mail, postage prepaid, on the 21st day of November, 2005.

Cynthia Dragon