UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al.<br>Plaintiffs<br><br>v.<br><br>MIKOHN GAMING CORP.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0106/S |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO VIDEOTAPE DEPOSITION**

Defendant Mikohn Gaming Corporation moves pursuant to Local Rule 14(c) to videotape the deposition of Charles McCrae, now scheduled for December 1, 2005 at 9:30 PST. Plaintiffs have indicated that they have no objection to this motion. Defendant files herewith a memorandum in support.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: November 23, 2005

CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within motion by first class mail, postage prepaid, on the 23rd day of November, 2005.

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al.<br>Plaintiffs<br><br>v.<br><br>MIKOHN GAMING CORP.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0106/T3 |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO VIDEOTAPE DEPOSITION**

Defendant Mikohn Gaming Corporation moves pursuant to Local Rule 14(c) to videotape the deposition of Charles McCrae, now scheduled for December 1, 2005 at 9:30 PST.

Because Mr. McCrae is a resident of Nevada and therefore beyond the subpoena range of this Court, defendant wishes to preserve his testimony by videotape as well as written transcript. Plaintiffs have indicated that they have no objection to this motion.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: November 23, 2005

## CERTIFICATE OF SERVICE

TO:

Todd White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within memorandum by first class mail, postage prepaid, on this 23rd day of November, 2005.