# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**HASBRO, INCORPORATED, ET AL**
**Plaintiff(s)**

**vs** **CA 05-CV-106S**

**MIKOHN GAMING CORPORATION**
**Defendant**

## ORDER
## REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

The parties in this case have indicated their agreement to pursue alternative dispute resolution and have selected **William A. Poore** as mediator. The Court finds that this case is appropriate for referral to ADR. Mediation in this matter is scheduled to occur on **February 27, 2006 at 9:30 AM** at the law offices of Mediator Poore, located at 30 Exchange Terrace, Providence, Rhode Island.

**IT IS HEREBY ORDERED THAT:**

1. William A. Poore is appointed mediator in this case.
2. The mediator shall be compensated at the rate of $150.00 per hour, equally split between the parties
3. Mediation proceedings in this matter shall be deemed confidential. Rule 408 of the Federal Rules of Evidence shall apply to information, statements and evidence generated in the course of the mediation and shall make inadmissible evidence of conduct or statements made unless otherwise discoverable. Moreover, all memoranda and other work products, including but not limited to, files, reports, interviews, case summaries and notes, prepared by the appointed neutral assigned to the case, shall not be subject to disclosure in any subsequent civil proceeding involving any of the parties participating in the ADR option, nor shall the mediator be compelled to disclose in any subsequent civil proceeding any communication made to him or her in the course of, or relating to the subject matter of any case referred to ADR and in which a party or other persons took part in ADR proceedings before the assigned neutral. The mediator shall not communicate any confidential information, nor discuss ADR proceedings with any judicial officer, employees of the court, or other third party, other than to report the status of ADR proceedings.
4. All parties and lead counsel of record having full authority to bind and settle this case, shall attend the mediation. "Settlement Authority" means the individual with control of the full financial settlement resources involved in the case, including the full financial authority and ability to agree to a binding settlement agreement.
5. Parties and their counsel shall participate in the mediation in good faith.

**SO ORDERED** this the 23 Day of November, 2005.

WESm

**WILLIAM E. SMITH**
United States District Court Judge