Product Search Shop Play Customer Service Corporate Info My Hasbro sear

Check Out All TIG
Choose One

## POKER HAND HELD CASINO Game





Click an Image to Enlarge

Play Stud Poker and Let it Ride for fun on the run! You've got it in your hands!

- Play against the dealer and another player -- anytime, anywhere!
- It's like having your own personal casino.
- Large, easy-view screen!
- Realistic sound effects!
- 1or 2 players!
- Step-by-step instructions inside.
- 3 "AA" Batteries (Included)

**ITEM #:** 59976
**APPROX. RETAIL:** $ 9.99
**AGES:** 8 & Up

LEARN MC
Customer
Sign Up

WISH LIST
Add to Wis
View My V

Tools
Printer Fri
Email a Fr
Bookmark

Previous Pa

Home | Electronics | Games | What's Hot | Where to Buy | Sign Up | Questions

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.