UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

HASBRO, INC., et al.
Plaintiffs

v. C.A. No. 05-0106/S

MIKOHN GAMING CORP.,
Defendant

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO VIDEOTAPE DEPOSITION

Defendant Mikohn Gaming Corporation moves pursuant to Local Rule 14(c) to videotape the deposition of Charles McCrae, now scheduled for December 1, 2005 at 9:30 PST. Plaintiffs have indicated that they have no objection to this motion. Defendant files herewith a memorandum in support.

11/29/05: GRANTED. [signature] USMJ

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Date: November 23, 2005

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
William E. Smith, U.S. District Judge
Date 11/28/05