UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED DEC 01 2005 DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**STIPULATION**

Plaintiffs and defendant agree that each side may propound an additional twenty-five (25) interrogatories relative to defendant's counterclaims against plaintiffs. Additional interrogatories may be served either by further agreement or by leave of Court.

Todd D. White, No. 5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza – 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: November 30 , 2005

SCANNED