UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

FEB 16 2006

Property of U.S. District Court
District of Rhode Island

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v.

MIKOHN GAMING CORPORATION,
Defendant.

Civil Action No. : 05-106 S

**STIPULATION OF EXTENSION OF TIME**

It is hereby stipulated that Hasbro's Answers to Mikohn's Trademark Interrogatories and Hasbro's Responses to Mikohn's Trademark Request for Production of Documents, which had been due on February 18, 2006, will now be due on March 18, 2006.

For the Plaintiffs
HASBRO, INC.,
By their Attorneys

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 831-0700
Fax: (401) 751-0602

February 15, 2006

For the Defendants
MIKOHN GAMING CORPORATION,
By their Attorneys

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
(401) ___________
Fax: (401) 272-6803

February 15, 2006