UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO INC., and :
HASBRO INTERNATIONAL, INC. :
:
VS. : C.A. NO. 05-106T
:
MIKOHN GAMING CORPORATION :

*** CONFIDENTIAL ***

DEPOSITION of KRISTIE LEBRECHE, in the above-entitled cause, taken on behalf of the Defendant before Melanie M. Chace, RPR, Notary Public, in and for the State of Rhode Island, at the offices of Vetter & White, 20 Washington Plaza, Providence, Rhode Island on October 7, 2005 at 10:00 a.m.

PRESENT:
FOR THE PLAINTIFF: ...... ADLER POLLOCK & SHEEHAN, P.C.
BY: TODD D. WHITE, ESQ.

FOR THE DEFENDANT: ...... VETTER & WHITE
BY: MICHAEL J. DALY, ESQ.

CONFIDENTIAL

FOR ATTORNEY'S EYES ONLY

A. Incorrect payment, yes, because the payment just came in short of what they did report.

Q. I do just want to make sure the record is clear on this. You described Hasbro's system for checking royalty payments; is that correct?

A. Yes.

Q. That system is designed to tell Hasbro whether or not it receives correct royalty payments?

A. Whether or not the royalty percent reported on the sales number, its total sales number is correct, correctly reported per the contract.

Q. But you also said that that system can be tailored if a contract calculates royalties on a different basis?

A. The only other basis could be a per-unit and it would be a total per unit input into the system and one rate per unit.

Q. So the system is designed to calculate royalties based on the particular contract; is that correct?

A. Yes, with two bases.

Q. And somebody within Hasbro determines how the system should calculate royalties; is that correct?

A. Someone within Hasbro determines the percent, determines how to populate the system with a percent for the contract or per unit per the contract.

Q. So they determine how to set up the system based on

the contract?
A. Yes.
Q. This system, again, allows Hasbro to know if a licensee is correctly paying royalties?
MR. WHITE: Objection. You can answer.
A. The system allows us to know if the sale number they report to us times the percentage rate equates the correct royalty due. It doesn't validate, it doesn't verify the sales number, the unit number.
Q. It doesn't verify the underlying numbers, but it makes sure that the licensee is applying the proper formula?
A. Yes, the proper percent for the contract.
Q. Or if you're not dealing with percentages, would it allow you to determine the correct formula?
A. No, unless it was a rare circumstance or a total per-unit royalty due, but every contract that I've ever encountered has been a flat royalty rate, maybe with an increase of a percent or two for FOB sales or something.
Q. So Hasbro is able to determine how royalties -- strike that. Hasbro's system allows it to determine whether or not the licensee is correctly applying a royalty formula; is that true?
MR. WHITE: Objection. You can answer.
A. It allows, it verifies the licensee is reporting

the correct royalty rate formula to calculate royalties due.

Q. I'm going to rephrase the question. What is the purpose of Hasbro's use of the royalty reporting system, the royalty calculation system that you just described?

A. The purpose is to verify the royalty rate reported on their quarterly reports matches the royalty rate per the contract, and the royalty due is calculated correctly from the royalty rate.

Q. Is it the system that allows you to determine the correct calculation?

A. Yes.

MR. DALY: I don't think I have anything else.

MR. WHITE: If you would just get a copy of this for me and I'll just look -- remember I gave you B back, then I'll decide if I have anything to add to this.

MR. DALY: We'll take a quick break.

(BRIEF RECESS, 12:27 - 12:29)

MR. DALY:

Q. I'm showing you Exhibit G. Would you read the title of this report?

A. Yahtzee Stepper EOM date 3/31/02.