UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | NOTICE TO TAKE DEPOSITION |

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30, defendant Mikohn Gaming Corp. will take the deposition upon oral examination of Greg Venturi on the 7th day of March, 2006, at 1:00 p.m. before a notary public or other qualified officer at the offices of Meserve Mumper & Hughes, LLP, 300 South Grand Avenue, Los Angeles, California 90071 and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. The deposition will be videotaped and recorded by stenographer.

Designation of the materials to be produced is attached to this notice as Schedule A.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: March 21 , 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

Greg J. Venturi, Esq.
1533 ½ Centinela Avenue
Santa Monica, CA 90404-3206

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Deposition by mailing first class mail, postage prepaid, on the 21st day of March, 2006.

Melaine Sosetti

## SCHEDULE A

Any and all documents related to Hasbro, Inc., Hasbro International Inc. and Mikohn Gaming Corporation including but not limited to:

1. Any and all fee agreements between Hasbro, Inc. and Greg Venturi and/or John Ferl or any other person or persons related to Hasbro, Inc. and Hasbro International Inc. or Mikohn Gaming Corporation.

2. Any and all correspondence, faxes, handwritten notes, memoranda related to Hasbro, Inc., Hasbro International Inc. and Mikohn Gaming Corporation.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | NOTICE TO TAKE DEPOSITION |

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30, defendant Mikohn Gaming Corp. will take the deposition upon oral examination of John Ferl on the 7th day of March, 2006, at 9:00 a.m. before a notary public or other qualified officer at the offices of Meserve Mumper & Hughes, LLP, 300 South Grand Avenue, Los Angeles, California 90071 and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. The deposition will be videotaped and recorded by stenographer.

Designation of the materials to be produced is attached to this notice as Schedule A.

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: March 21, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

Mr. John Ferl
802 1st Street
Manhatten Beach, CA 90266

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Deposition by mailing first class mail, postage prepaid, on the 21st day of March, 2006.

Melaine Gotti

# SCHEDULE A

Any and all documents related to Hasbro, Inc., Hasbro International Inc. and Mikohn Gaming Corporation including but not limited to:

1. Any and all fee agreements between Hasbro, Inc. and Greg Venturi and/or John Ferl or any other person or persons related to Hasbro, Inc. and Hasbro International Inc. or Mikohn Gaming Corporation.

2. Any and all correspondence, faxes, handwritten notes, memoranda related to Hasbro, Inc., Hasbro International Inc. and Mikohn Gaming Corporation.