DICKINSON WRIGHT PLLC

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

ROBERT W. STOCKER II
RStocker@dickinsonwright.com
(517) 487-4715

RECEIVED SEP 12 AM 9:1 ... BOARD

September 9, 2005

**Via Hand Delivery**

Mr. Ben McMakin, Deputy Director
Licensing Division
Michigan Gaming Control Board
1500 Abbott Road, Suite 400
East Lansing, Michigan 48823

**Re: Mikohn Gaming Corporation d/b/a Progressive Gaming International Corporation**

Dear Mr. McMakin:

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

The Hasbro Litigation

Finally, given the context within which Mr. Van Hook's deposition was taken, it is appropriate to comment briefly on the Hasbro litigation. The litigation is a commercial dispute between two corporations. Mr. Van Hook's testimony regarding the intent of the parties in connection with the implementation of the provisions of the Hasbro contract is pure speculation. He did not negotiate the contract. He is not a lawyer. He is not qualified to testify regarding the intent of Mikohn in negotiating the contract. His opinion is not supported by any judgment of any court. It is just speculation by a disgruntled former employee. In point of fact, the Hasbro contract does not on its face support the position that Hasbro has taken in its lawsuit against Mikohn. It is a classic contract language dispute that will be fought out in the courts. Nothing more. Nothing less.

REDACTED

Very truly yours,

DICKINSON WRIGHT PLLC

Robert W. Stocker II

RWS/amb
Enclosures
cc: Michael Dreitzer
Eric Abbott
Lloyd Levenson

LANSING 34777-1 363777