ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401·274·7200
Fax 401·751·0604 / 351·4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617·482·0600
Fax 617·482·0604

www.apslaw.com

January 9, 2006

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**Re: HASBRO, INC. v. MIKOHN GAMING CORPORATION
CA NO. 05-106/S**

Dear Brooks and Gordon:

In reviewing Mikohn's responses to Hasbro's Fourth Request for Production of Documents, I have two concerns.

Mikohn objected to Request No. 1 and then produced a Supplemental Privilege Log. Because the single-spaced letter from Robert Stocker to Ben McMakin was largely redacted, it is impossible to ascertain its contents. However, the unredacted portion which begins "finally, given the context within which Mr. Van Hook's deposition was taken it is appropriate to comment on the Hasbro litigation . . ." makes it appear that there was some previous discussion of Mr. van Hook's deposition. Because you have the protection of the confidentiality order, I would ask that you reconsider your position concerning the vast majority of redacted information.

With respect to Response No. 2, you have simply provided an objection. I would ask that you reconsider that objection because I believe that any communications relating to licensing agreements between Hasbro and Mikohn are certainly relevant.

I look forward to hearing from you.

Very truly yours,

TODD D. WHITE

TDW/amh
*367274_1.doc*

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

January 13, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

I have your January 9, 2006 letter about Mikohn's responses to Hasbro's fourth request for documents. As to Request No. 1, we have produced as much of the Stocker letter as speaks to any aspect of the licensing agreements between Hasbro and Mikohn. While the Stocker letter may discuss other aspects of the Van Hook deposition, there is no other discussion of the Hasbro-Mikohn relationship. For that reason, we believe our position is correct.

As to Request No. 2, the sweep of the request is inappropriately vast, and materials submitted to administrative agencies as part of the game and contract approval process will hardly lead to the discovery of evidence admissible on the issues in the litigation. The age, volume and tangential connection of such documents to the issues of the case support our objection.

Sincerely,

Gordon P. Cleary

GPC/lal