ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, [illegible]
Providence, RI 0290[illegible]
Telephone 401-274-7[illegible]
Fax 401-751-0604 [illegible]

175 Federal Street
Boston, MA 02110-[illegible]
Telephone 617-482-[illegible]
Fax 617-482-0604

www.apslaw.com

RECEIVED

February 22, 2006

Gordon P. Cleary, Esq.
Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Re: Hasbro, Inc., et al. v. Mikohn Gaming Corporation
C.A. No. 05-106S

Dear Gordon:

Please allow me to respond to your February 20, 2006 letter.

As you know, in response to Mikohn's Motion to Dismiss the fraud and misrepresentation count on the basis that Hasbro had not pled the factual allegations with sufficient specificity, the Court invited Hasbro to amend its Complaint to provide that specificity. As I interpret the Stipulation and Protective Order concerning confidentiality of discovery materials, the designation of material as confidential are for things which are: "trade secrets, confidential research and/or confidential commercial information." The designation of material as "confidential – attorney eyes only" covers information which "could reasonably surrender a competitive advantage or foster competitive disadvantage, such as secret product formula or secret manufacturing processes."

I don't believe that any of the information contained in the fraud and misrepresentation counts include information which are trade secret, confidential research or confidential commercial information likely to surrender a competitive advantage or foster a competitive disadvantage against Mikohn.

Very truly yours,

*[signature]*
TODD D. WHITE
TDW:sjt

*372565_1.doc*