FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,
Plaintiffs

v.

MIKOHN GAMING CORP.,
Defendant

C.A. No. 05-0106/S

MOTION TO SEAL COMMUNICATIONS WITH THE STATE OF NEVADA ATTORNEY GENERAL, NEVADA DEPARTMENT OF JUSTICE

Pursuant to Local Rule 102(a), defendant Mikohn Gaming Corporation moves for an order sealing:

a. March 3, 2006 letter from Derek Harmer to Dennis K. Neilander, Chairman, State of Nevada Gaming Control Board;

b. March 15, 2006 letter from Keith E. Kizer, Chief Deputy Attorney General, Gaming Division, State of Nevada, to Derek Harmer; and

c. March 7, 2002 Memorandum from Michael E. Wilson, Assistant Chief Deputy Attorney General, Gaming Division, State of Nevada, to Scott Scherer, Member, State of Nevada Gaming Control Board.

Copies of the three documents requested to be sealed are attached hereto.

Defendant's supporting memorandum is filed herewith.

GRANTED

William E. Smith
U.S. District Judge
3/17/06