FI[illegible]

MAR 0

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs

v.

MIKOHN GAMING CORP., Defendant

C.A. No. 05-0106/S

3/27/06: DEFENDANT'S MOTION TO SEAL IS GRANTED ABSENT OPPOSITION, AND ITS MOTION FOR SANCTIONS IS DENIED FOR LACK OF GOOD CAUSE SHOWN, USMJ

# DEFENDANT MIKOHN GAMING CORPORATION'S MOTION TO SEAL

Defendant Mikohn Gaming Corp. ("Mikohn") moves, pursuant to Local Rule General 102 and the April 22, 2005 Stipulation and Protective Order entered in this matter, for an order sealing Count III of plaintiffs' Amended Complaint. As shown more fully in Mikohn's supporting memorandum filed herewith, the substance of the allegations made in Count III are derived from deposition testimony which Mikohn designated as Confidential under the Stipulation and Protective Order. Mikohn also requests sanctions for Hasbro's deliberate and repeated violations of the Stipulation and Protective Order.

Referred to U.S.M.J. [illegible]
for findings & recommended disposition.
for determination.
[illegible], U.S. District Judge
3/23/06

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: March 3, 2006

65