RECEIVED
MAR 23 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al.,
Plaintiffs

v.

MIKOHN GAMING CORP.,
Defendant.

C.A. No. 05-0106/S

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S CONFIDENTIALITY DESIGNATIONS**

Pursuant to the Stipulation and Protective Order Concerning Confidentiality of Discovery Materials ("Protective Order"), the Defendant Mikohn Gaming Corp. has designated as "confidential" certain deposition portions of present or former Hasbro employees. These employees include: Stephen Finelli, Krisitie LeBreche, Paul Kehoe, Pat Schmidt and Bruce Kelly. Hasbro has attached as Exhibit A the designations it received from Mikohn's counsel for each witness. In accord with the "Protective Order", Plaintiffs hereby object to the designations as confidential.

Pursuant to the Protective Order, the designation of 'Confidential' is for "trade secrets, confidential research and/or confidential commercial information." Defendants have designated as "confidential" vast portions of each present or former Hasbro employee's deposition transcripts which do not fit within any of the aforementioned categories.

In order not to inadvertently divulge confidential information in providing this objection, Plaintiffs have not attached the transcripts in question but do request a hearing on this matter. If acceptable, Plaintiffs suggest that this matter be scheduled heard at 10:00 a.m. on Monday, March 27, 2006, in conjunction with the hearing for discovery motions each side is pressing.

HASBRO, INC. and HASBRO

INTERNATIONAL, INC.
By their Attorneys,

Todd D. White
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: March 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of March 2006, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Todd D. White

*374933_1.doc*