VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

January 11, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

**Re: Hasbro, Inc., et al.**
**vs. Mikohn Gaming Corp.**

Dear Todd:

Here are our confidentiality order designations for the Bruce Kelly deposition:

<u>Confidential</u>
P. 84, L. 4 - 8
P. 85, L. 19-24
P. 88, L. 3-8
Exhibit 24

Please call me if you have any questions.

Sincerely,

Michael J. Daly

MJD/cld

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

March 9, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are our confidentiality designations for Volume II of the Bruce Kelly deposition:

Confidential

P. 116, L. 24 – P. 117, L. 1
P. 117, L. 18 – P. 118, L. 15
P. 118, L. 24 – P. 119, L. 16
P. 119, L. 24 – P. 120, L. 9
P. 121, L. 4 – P. 122, L. 6
P. 122, L. 14-19
P. 124, L. 10 – P. 126, L. 13
P. 131, L. 7 – P. 133, L. 1
P. 133, L. 9-25
P. 135, L. 1 – P. 136, L. 1
P. 137, L. 18 – P. 138, L. 17
P. 143, L. 25 – P. 144, L. 6
P. 155, L. 8-22
P. 159, L. 5 – P. 160, L. 2
P. 160, L. 8-12
P. 160, L. 15 – P. 162, L. 6
P. 165, L. 8-12
P. 183, L. 12 – P. 185, L. 16

Exhibit 36
Exhibit 37
Exhibit 40

Please call if you have any questions.

Sincerely,

Gordon P. Cleary

GPC/lal

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

January 25, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are the confidentiality designations for the Finelli transcript:

<u>Confidential</u>

P. 8 L. 5 – P. 9 L. 9
P. 11 L. 2 – P. 12 L. 12
P. 15 L. 18 – P. 19 L. 12
P. 21 L. 9 – P. 37 L. 3
P. 37 L. 15 – P. 79 L. 11
P. 79 L. 19 – P. 92 L. 18
P. 93 L. 16 – P. 93 L. 25
P. 94 L. 9 – P. 104 L. 9
P. 105 L. 9 – P. 107 L. 12

Additionally, we are designating all exhibits Confidential, to the extent not already designated.

Sincerely,

Gordon P. Cleary

GPC/lal

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

Providence, RI

JAN 6 2006

VETTER & WHITE

January 5, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are the confidentiality order designations for the Paul Kehoe deposition:

<u>Confidential</u>

Page 8, Line 20 to Page 9, Line 3
Page 9, Line 20 to Page 25, Line 3
Page 25, Line 22 to Page 26, Line 18
Page 27, Line 4 to Page 46, Line 2
Page 47, Line 12 to Page 49, Line 3
Page 50, Line 4 to Page 77, Line 10
Page 78, Line 19 to Page 98, Line 15

To the extent not already designated, Exhibits A, B, C, E, E1, G, G1, H, I, J, K, L, M, N and P are "Confidential."

Sincerely,

Gordon P. Cleary

GPC/lal

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

October 25, 2005

Todd D. White, Esq.
Adler Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Pursuant to the confidentiality order, Mikohn designates the following pages and exhibits from Kristie Lebreche's deposition as "confidential":

1) p. 26, line 8 through p. 29, line 8;
2) p. 30, line 25 through p. 32, line 10;
3) p. 34, line 8 through line 24;
4) p. 35, lines 14 and 15;
5) p. 38, line 1 through line 22;
6) p. 65, line 7 through page 68, line 16; and
7) Exhibits B, C, D, G, J, K and L (all exhibits except Exhibit A).

Feel free to call me if you have any questions.

Sincerely,

Michael J. Daly

MJD/

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

March 9, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are our confidentiality designations for the 30(b)(6)-Schmidt deposition:

<u>Confidential</u>

P. 58, L. 7-11
P. 58, L. 23 – P. 59, L. 6
P. 60, L. 17 – P. 62, L. 7
P. 64, L. 14 – P. 65, L. 8
P. 67, L. 22 – P. 68, L. 9
P. 72, L. 20 – P. 73, L. 6
P. 77, L. 23 – P. 78, L. 6
P. 84, L. 18-24
P. 85, L. 9-18

Exhibits F through L are designated Confidential, to the extent not already designated.

Please call if you have any questions.

Sincerely,

Gordon P. Cleary

GPC/lal