UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 23 2006
Property of U.S. District Court
District of Rhode Island

HASBRO, INC., et al.,
Plaintiffs

v.

MIKOHN GAMING CORP.,
Defendant.

C.A. No. 05-0106/S

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S CONFIDENTIALITY DESIGNATIONS**

Pursuant to the Stipulation and Protective Order Concerning Confidentiality of Discovery Materials ("Protective Order"), the Defendant Mikohn Gaming Corp. has designated as "confidential" certain deposition portions of present or former Hasbro employees. These employees include: Stephen Finelli, Krisitie LeBreche, Paul Kehoe, Pat Schmidt and Bruce Kelly. Hasbro has attached as Exhibit A the designations it received from Mikohn's counsel for each witness. In accord with the "Protective Order", Plaintiffs hereby object to the designations as confidential.

Pursuant to the Protective Order, the designation of 'Confidential' is for "trade secrets, confidential research and/or confidential commercial information." Defendants have designated as "confidential" vast portions of each present or former Hasbro employee's deposition transcripts which do not fit within any of the aforementioned categories.

In order not to inadvertently divulge confidential information in providing this objection, Plaintiffs have not attached the transcripts in question but do request a hearing on this matter. If acceptable, Plaintiffs suggest that this matter be scheduled heard at 10:00 a.m. on Monday, March 27, 2006, in conjunction with the hearing for discovery motions each side is pressing.

HASBRO, INC. and HASBRO

INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: March 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of March 2006, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*374933_1.doc*

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

January 11, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

**Re: Hasbro, Inc., et al.**
**vs. Mikohn Gaming Corp.**

Dear Todd:

Here are our confidentiality order designations for the Bruce Kelly deposition:

<u>Confidential</u>
P. 84, L. 4 - 8
P. 85, L. 19-24
P. 88, L. 3-8
Exhibit 24

Please call me if you have any questions.

Sincerely,

Michael J. Daly

MJD/cld

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

March 9, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are our confidentiality designations for Volume II of the Bruce Kelly deposition:

<u>Confidential</u>

P. 116, L. 24 – P. 117, L. 1
P. 117, L. 18 – P. 118, L. 15
P. 118, L. 24 – P. 119, L. 16
P. 119, L. 24 – P. 120, L. 9
P. 121, L. 4 – P. 122, L. 6
P. 122, L. 14-19
P. 124, L. 10 – P. 126, L. 13
P. 131, L. 7 – P. 133, L. 1
P. 133, L. 9-25
P. 135, L. 1 – P. 136, L. 1
P. 137, L. 18 – P. 138, L. 17
P. 143, L. 25 – P. 144, L. 6
P. 155, L. 8-22
P. 159, L. 5 – P. 160, L. 2
P. 160, L. 8-12
P. 160, L. 15 – P. 162, L. 6
P. 165, L. 8-12
P. 183, L. 12 – P. 185, L. 16

Exhibit 36
Exhibit 37
Exhibit 40

VETTER & WHITE



Please call if you have any questions.

Sincerely,

Gordon P. Cleary

GPC/lal

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

January 25, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are the confidentiality designations for the Finelli transcript:

<u>Confidential</u>

P. 8 L. 5 – P. 9 L. 9
P. 11 L. 2 – P. 12 L. 12
P. 15 L. 18 – P. 19 L. 12
P. 21 L. 9 – P. 37 L. 3
P. 37 L. 15 – P. 79 L. 11
P. 79 L. 19 – P. 92 L. 18
P. 93 L. 16 – P. 93 L. 25
P. 94 L. 9 – P. 104 L. 9
P. 105 L. 9 – P. 107 L. 12

Additionally, we are designating all exhibits Confidential, to the extent not already designated.

Sincerely,

Gordon P. Cleary

GPC/lal

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

HAN, P.C.
Providence,

JAN 6 2006

VETTER & WHITE

January 5, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are the confidentiality order designations for the Paul Kehoe deposition:

Confidential

Page 8, Line 20 to Page 9, Line 3
Page 9, Line 20 to Page 25, Line 3
Page 25, Line 22 to Page 26, Line 18
Page 27, Line 4 to Page 46, Line 2
Page 47, Line 12 to Page 49, Line 3
Page 50, Line 4 to Page 77, Line 10
Page 78, Line 19 to Page 98, Line 15

To the extent not already designated, Exhibits A, B, C, E, E1, G, G1, H, I, J, K, L, M, N and P are "Confidential."

Sincerely,

Gordon P. Cleary

GPC/lal

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

October 25, 2005

Todd D. White, Esq.
Adler Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Pursuant to the confidentiality order, Mikohn designates the following pages and exhibits from Kristie Lebreche's deposition as "confidential":

1) p. 26, line 8 through p. 29, line 8;
2) p. 30, line 25 through p. 32, line 10;
3) p. 34, line 8 through line 24;
4) p. 35, lines 14 and 15;
5) p. 38, line 1 through line 22;
6) p. 65, line 7 through page 68, line 16; and
7) Exhibits B, C, D, G, J, K and L (all exhibits except Exhibit A).

Feel free to call me if you have any questions.

Sincerely,

Michael J. Daly

MJD/

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

March 9, 2006

Todd D. White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903-1345

Re: Hasbro, Inc., et al.
vs. Mikohn Gaming Corp.

Dear Todd:

Here are our confidentiality designations for the 30(b)(6)-Schmidt deposition:

Confidential

P. 58, L. 7-11
P. 58, L. 23 – P. 59, L. 6
P. 60, L. 17 – P. 62, L. 7
P. 64, L. 14 – P. 65, L. 8
P. 67, L. 22 – P. 68, L. 9
P. 72, L. 20 – P. 73, L. 6
P. 77, L. 23 – P. 78, L. 6
P. 84, L. 18-24
P. 85, L. 9-18

Exhibits F through L are designated Confidential, to the extent not already designated.

Please call if you have any questions.

Sincerely,

Gordon P. Cleary

GPC/lal