RECEIVED
MAR 23 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al., )
Plaintiffs )
)
v. ) C.A. No. 05-0106/S
)
MIKOHN GAMING CORP., )
Defendant. )

3/27/06: PLAINTIFFS' OBJECTIONS ARE OVERRULED FOR THE REASON STATED AT TODAY'S HEARING
USMJ

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S CONFIDENTIALITY DESIGNATIONS**

Pursuant to the Stipulation and Protective Order Concerning Confidentiality of Discovery Materials ("Protective Order"), the Defendant Mikohn Gaming Corp. has designated as "confidential" certain deposition portions of present or former Hasbro employees. These employees include: Stephen Finelli, Krisitie LeBreche, Paul Kehoe, Pat Schmidt and Bruce Kelly. Hasbro has attached as Exhibit A the designations it received from Mikohn's counsel for each witness. In accord with the "Protective Order", Plaintiffs hereby object to the designations as confidential.

Pursuant to the Protective Order, the designation of 'Confidential' is for "trade secrets, confidential research and/or confidential commercial information." Defendants have designated as "confidential" vast portions of each present or former Hasbro employee's deposition transcripts which do not fit within any of the aforementioned categories.

In order not to inadvertently divulge confidential information in providing this objection, Plaintiffs have not attached the transcripts in question but do request a hearing on this matter. If acceptable, Plaintiffs suggest that this matter be scheduled heard at 10:00 a.m. on Monday, March 27, 2006, in conjunction with the hearing for discovery motions each side is pressing.

A / mo?p?
3/27/06