UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC., et al.
Plaintiffs

v. C.A. No. 05-0106/S

MIKOHN GAMING CORP.,
Defendant

**PLAINTIFFS' AND DEFENDANT'S JOINT**
**MOTION TO AMEND THE PROTECTIVE ORDER**

Plaintiffs Hasbro, Inc. and Hasbro International, Inc. and defendant Mikohn Gaming Corporation jointly move pursuant to F.R.C.P. 26(c) to amend paragraph 9(b) of the Stipulation and Protective Order Concerning Confidentiality of Discovery Materials entered by this Court on April 22, 2005. The proposed amendment is to reflect a change in personnel at Mikohn and to add Hasbro's general counsel to the list of individuals authorized to review documents designated "Confidential-Attorneys Eyes Only."

The parties file herewith the proposed order and a supporting memorandum of law. The parties do not request argument on this motion.

Todd D. White
Todd White, Esq., #5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX
twhite@apslaw.com

Michael J. Daly
Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Date: March 30, 2006

## CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Plaintiffs' and Defendant's Joint Motion To Amend the Protective Order by mailing first class mail, postage prepaid, on the 3rd day of April, 2006.

Lisa A. Lariviere

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al. Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S JOINT MOTION TO AMEND THE PROTECTIVE ORDER**

Plaintiffs Hasbro, Inc. and Hasbro International, Inc. and defendant Mikohn Gaming Corporation ("Mikohn") jointly move pursuant to F.R.C.P. 26(c) to amend paragraph 9(b) of the Stipulation and Protective Order Concerning Confidentiality of Discovery Materials ("Protective Order"), which identifies individuals authorized to view information designated "Attorneys Eyes Only."

The protective order provides that the parties may designate certain information as "Attorneys Eyes Only." Information so designated may be reviewed only by a limited group of individuals, including in-house counsel for the parties. Paragraph 9(b) of the confidentiality order currently identifies Mike Dreitzer, Esq. as an in-house counsel for Mikohn. Since entry of the order, Robert Ziems, Esq. has replaced Mr. Drieitzer and the parties jointly move to amend the confidentiality order to reflect the change. The parties further agree that paragraph 9(b) may be amended to include Hasbro's General Counsel, Bruce Kelly, Esq. as an individual authorized to view documents designated "Attorneys Eyes Only."

Todd White (MJD)

Todd White, Esq., #5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX
twhite@apslaw.com

Michael J. Daly

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gleary@vetterandwhite.com
mdaly@vetterandwhite.com

Date: ~~March~~ April 3, 2006

**CERTIFICATE OF SERVICE**

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum In Support of Plaintiffs' and Defendant's Joint Motion to Amend The Protective Order by mailing first class mail, postage prepaid, on the 3rd day of ~~March~~ april, 2006.

Lisa A. Lariviere