UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiff | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**ORDER**

BY AGREEMENT OF THE PARTIES, IT IS HEREBY ORDERED that paragraph 9(b) of the Stipulation and Protective Order Concerning Confidentiality of Discovery Materials ("Protective Order") entered by this Court on April 22, 2005, is amended as follows:

9. Restrictions on the Disclosure of Material Designated as Confidential-Attorneys Eyes Only. Confidential-Attorneys Eyes Only Material and all information contained therein shall not be disclosed to, or discussed with, any person except:

***

(b) in-house counsel for each party, specifically (Barbara Finigan, Christine Meehan and Bruce Kelly) for Hasbro and (Robert Ziems and Eric Abbott) for Mikohn Gaming and in-house staff specifically assigned to those counsel, but not other in-house counsel, staff or officers or employees of each party;

***

The remainder of the Protective Order shall remain in full force and effect.

AGREED BY:

Dated:

Todd White, No. 5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX
twhite@apslaw.com

Dated:

Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
mdaly@vetterandwhite.com

SO ORDERED:

Clerk

ENTER:

Smith, J.

Date: 4/7/06

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Order by mailing first class mail, postage prepaid, on the 3rd day of April, 2006.

Lisa A. Lariviere