UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/ML |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT MIKOHN GAMING CORPORATION'S RESPONSES TO PLAINTIFFS' SEVENTH SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Mikohn Gaming Corp. ("Mikohn") responds to plaintiffs' seventh supplemental document request as follows:

REQUEST NO. 1:

Please provide full and complete copies of any and all agreements or contracts between Mikohn Gaming Corp. (Progressive Gaming) and the owners of the Ripley's brand concerning the manufacture and distribution of Ripley's branded slot machines.

RESPONSE NO. 1:

Objection. Plaintiffs' request is overly broad and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving the objection, see documents MIK 3862-3883 previously produced, all of which have been designated **Confidential - Attorneys Eyes Only.**

REQUEST NO. 2:

Please provide all documents, agreements, contracts, drafts of agreements, and communications concerning the negotiations of each and every licensing agreement between Mikohn Gaming Corp. (Progressive Gaming) and the owners of the Ripley's brand relative to

Mikohn Gaming Corp. (Progressive Gaming) acquiring that name in order to manufacture and/or distribute slot machines.

RESPONSE NO. 2:

Objection. Plaintiffs' request is overly broad as to time as the original license agreements at issue in this suit were in effect between 1999 and the end of March 2002, and is not reasonably calculated to lead to the discovery of admissible evidence, because contracts involving other parties and other subjects are collateral, and irrelevant to the construction of the contracts in issue

REQUEST NO. 3:

Please provide copies of the payment reports sent by Mikohn (Progressive Gaming) to the owners of the Ripley's brand concerning the payments made to Ripley's under any existing agreement and/or contract.

RESPONSE NO. 3:

See Response No.2.

REQUEST NO. 4:

Please provide full and complete copies of any and all communications, agreements, contracts, drafts of agreements, and drafts of contracts between Mikohn (Progressive Gaming) and any other owner of any brand for which Mikohn (Progressive Gaming) manufactured and/or distributed said branded slot machine.

RESPONSE NO. 4:

See Response No.2.

REQUEST NO. 5:

Please provide full and complete copies of any and all communications and draft agreements or draft contracts between Mikohn (Progressive Gaming) and any other owner of any brand for which Mikohn (Progressive Gaming) contemplated but did not enter into a final agreement for the manufacture and/or distribution of said branded slot machine.

RESPONSE NO. 5:

See Response No.2.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: April 17 , 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant Mikohn Gaming Corporation's Responses to Plaintiffs' Seventh Supplemental Request for Production of Documents by mailing first class mail, postage prepaid, on the 17th day of April, 2006.

Lisa A. Lariviere

RECEIVED
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903-1345

APR 18 2006