UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFFS'**
**SUPPLEMENTAL INTERROGATORY NO. 1**

SUPPLEMENTAL INTERROGATORY NO. 1:

Please identify the following with regard to any branded slot machine that Mikohn manufactured and/or distributed from 1996 through the present:

a. the name of each brand;

b. the name and address of the entity which owns the particular brand;

c. the date that Mikohn first entered into said licensing agreement;

d. the date when any such licensing agreement terminated, and if not terminated, include the expiration date of any such licensing agreement; and

e. identify the basis on which the licensor was compensated, indicating if it was compensated on a "per game per day" basis, an averaged basis, a "unit" basis or some other method.

ANSWER:

Objection. Plaintiffs' interrogatory: is overly broad as to time as the original license agreements at issue in this suit were in effect between 1999 and the end of March 2002; is not calculated to lead to the discovery of admissible evidence because contracts involving other parties and other subjects are collateral, and irrelevant to the construction of the contracts at

issue in this suit; and the phrases "'per game per day' basis", "an averaged basis" and "a 'unit' basis" are vague, ambiguous and overly broad.

AS TO OBJECTIONS:

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: April 17 , 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant's Answer to Plaintiffs' Supplemental Interrogatory No. 1 by mailing first class mail, postage prepaid, on the 17th day of April, 2006.

Lisa A Lariviere

HAN, P.C.
Floor
-1345

APR 18 2006