UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant. | ) | |

**PLAINTIFFS' RESPONSES TO**
**DEFENDANT'S SECOND REQUEST FOR ADMISSIONS**

Objection. Plaintiffs object to Defendant's instructions accompanying its Request for Admissions. In responding to Defendant's request, Plaintiffs will comply with their obligations pursuant to the applicable Federal Rules of Civil Procedure.

REQUEST NO. 2:

Documents HA 06660 through HA 06735 are documents prepared by Hasbro employees in the course of their jobs, concerning matters as to which they were authorized to speak during the years 2004 and 2005.

RESPONSE NO. 2:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 3:

Documents HA 06740 through HA 06843 are documents prepared by Hasbro employees in the course of their jobs, concerning matters as to which they were authorized to speak during the years 2004 and 2005.

RESPONSE NO. 3:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 6:

Documents HA 06850 through HA 06878 are documents prepared by Hasbro employees in the course of their jobs, concerning matters as to which they were authorized to speak during the years 2002 through 2004.

RESPONSE NO. 6:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 7:

Documents HA 06941 through HA 06947 are documents prepared by Hasbro employees in the course of their jobs, concerning matters as to which they were authorized to speak during the year 2004.

RESPONSE NO. 7:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 8:

Documents HA 06974 through HA 06984 are documents prepared by Hasbro employees in the course of their jobs, concerning matters as to which they were authorized to speak during the years 2004 and 2005.

RESPONSE NO. 8:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 10:

Documents HA 07045 through HA 07047 are documents prepared by Hasbro employees in the course of their jobs, concerning matters as to which they were authorized to speak during the year 2004.

RESPONSE NO. 10:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 15:

Documents HA 06360 through HA 06450 were prepared or reviewed by Hasbro's 2004 audit team in the course of their job, concerning matters on which they were authorized to speak during 2004.

RESPONSE NO. 15:

Admitted to the extent that these documents were in the file of auditors from Hasbro and some documents were prepared by Hasbro employees, but denied as to the remainder of this allegation.

REQUEST NO. 16:

Documents HA 06451 through HA 06656 were prepared or reviewed by Hasbro's 2004 audit team in the course of their job, concerning matters on which they were authorized to speak during 2004, and the handwritten notations thereon are notations made by Hasbro's 2004 audit team.

RESPONSE NO. 16:

Admitted to the extent that these documents were in the file of auditors from Hasbro and some documents were prepared by Hasbro employees, but denied as to the remainder of this allegation.

REQUEST NO. 17:

Document HA 06658 was created by a Hasbro employee, in the course of his job, concerning matters on which he was authorized to speak in 2004.

RESPONSE NO. 17:

Admitted to the extent that the documents were prepared by a Hasbro employee or employees. Denied as to the remainder of this Request.

REQUEST NO. 18:

Documents HA 07996 through HA 08008 were created by Hasbro employees, in the course of their jobs, concerning matters on which they were authorized to speak in the years 2001 and 2002.

RESPONSE NO. 18:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 19:

Documents HA 08039 through HA 08108, and HA 08111 through HA 08117, were created by Hasbro employees, in the course of their jobs, concerning matters on which they were authorized to speak in the years 2001 and 2002.

RESPONSE NO. 19:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 21:

Documents HA 08155 through HA 08167 are copies of e-mails sent and received by Hasbro employees, in the course of their jobs, concerning matters on which they were authorized to speak in 2001.

RESPONSE NO. 21:

Admitted to the extent that some of the above-referenced documents are e-mails sent or received by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 22:

Documents HA 08169 through HA 08329 were prepared or reviewed by Hasbro's 2001 audit team, in the course of their jobs, concerning matters on which they were authorized to speak in 2001, and the handwritten notations thereon are notations made by Hasbro's 2001 audit team.

RESPONSE NO. 22:

Admitted to the extent that the documents were prepared or reviewed by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 23:

Documents HA 08331 through HA 08380 were prepared or reviewed by Hasbro's 2001 audit team, in the course of their jobs, concerning matters on which they were authorized to speak in 2001, and the handwritten notations thereon were made by Hasbro's 2001 audit team.

RESPONSE NO. 23:

Admitted to the extent that the documents were prepared or reviewed by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 25:

Documents HA 08433 through HA 08445 are documents prepared by Hasbro's 2001 audit team, in the course of their jobs, and concern matters on which they were authorized to speak in 2001and 2001.

RESPONSE NO. 25:

Admitted to the extent that the documents were prepared by Hasbro employees. Denied as to the remainder of this Request.

REQUEST NO. 27:

Documents HA 08850 through HA 08903 are copies of Mikohn royalty reports and checks received by Hasbro during the year 2001, and the handwritten notations thereon were made by Hasbro employees, in the course of their jobs, concerning matters on which they were authorized to speak.

RESPONSE NO. 27:

Admitted to the extent that these documents were received by Hasbro at some point in time, but denied as to the remainder of this Request.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: April 7, 2006