UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO INC., ET AL. :
:
VS. : C.A. NO.: 05-0106/S
:
MIKOHN GAMING CORP. :

VOLUME II

DEPOSITION OF PAUL ALEXANDER, a Witness in the above-entitled cause, taken on behalf of the Defendant, before Barbara Warner, Notary Public in and for the State of Rhode Island, at the offices of Vetter & White, 20 Washington Place, Providence, RI, on April 12, 2006 at 9:00 A.M.

PRESENT:
FOR THE PLAINTIFF............. ADLER, POLLOCK & SHEEHAN, P.C.
BY: TODD D. WHITE, ESQUIRE

FOR THE DEFENDANT............. VETTER & WHITE
BY: GORDON P. CLEARY, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920
401-946-5500

Page 198

Q. So you are saying there could be a good intent that would account for all of the information that Mikohn sent to Hasbro?
MR. WHITE: Objection. You can answer.
A. I could presume that. I can't go to the intent, I don't know.
Q. But what you see in the records themselves, do you see anything fraudulent in the records themselves?
MR. WHITE: Objection.
A. I don't believe I do.
MR. CLEARY: Why don't we take a break.
(OFF THE RECORD)
MR. CLEARY: Back on the record.
Q. Mr. Alexander, I am going to show you documents produced to us by Hasbro beginning with the number, HA06659 and ending with the number HA06735, if you want to just flip through those quickly. I will tell you what I am going to ask you about the documents. First, whether they were documents that were prepared by Hasbro

Page 199

employees, were the Hasbro employees preparing these records as part of their job, and whether the documents that they prepared are within the scope of the job of the Hasbro employees.
(WITNESS PERUSES DOCUMENT)
A. I will assume these are all the same. I don't want to flip through all of these work sheets.
Q. The documents you just looked at, were those prepared by Hasbro employees?
A. Yes.
Q. And they were prepared while the people were working at Hasbro?
A. Yes.
Q. Was it part of their job to prepare papers like these?
A. Yes.
Q. And in preparing these, they were authorized to write the things they did on them?
A. As part of their job.
Q. I would like to show you now documents HA06739 through HA06843. I will ask you the same questions as to these.

Page 200

A. These look to be another version of the same other documents, work papers, et cetera. Okay, I looked at them.
Q. Documents HA06739 through HA06843, are those documents prepared by Hasbro employees?
A. Yes.
Q. The people were employees of Hasbro at the time they prepared the documents?
A. Yes.
Q. The documents concern things that were part of the jobs of the people that created them?
A. Yes.
Q. And the people were authorized to write the things that they did on these documents?
A. Yes.
Q. I will show you documents HA06846 and 06847, do you recognize these to be documents prepared by Stephen Finelli?
A. I don't see his initials on the paper, but the handwriting looks somewhat like his handwriting.
Q. Are you prepared to say whether it is something that Stephen Finelli prepared?

Page 201

A. No.
Q. I am going to show you documents marked HA6850 through 6878. I will ask you to look through those.
(WITNESS PERUSES DOCUMENT)
A. Okay.
Q. Are documents HA6850 through 6878 documents prepared by Hasbro employees?
A. Yes.
Q. And were they prepared while the people worked for Hasbro?
A. Yes.
Q. Do the documents concern a part of the job of the people?
A. Yes.
Q. And were they authorized to create the documents that are there?
A. Yes.
Q. I am going to show you documents marked HA6941 through HA6947. Take a look at those, please.
(WITNESS PERUSES DOCUMENT)
A. Okay.
Q. Are documents HA6941 through 6947 documents prepared by Hasbro employees?





4b436a71-34bf-4239-b40a-ae11323fbf6a

Page 202

A. Yes.
Q. Were they working for Hasbro when they prepared the documents?
A. Yes.
Q. Did the documents concern a part of the job or jobs of the people that created them?
A. Yes.
Q. Were they authorized to create these documents?
A. Yes.
Q. I am going to show you what have been marked previously as HA6973 through HA6984.
A. Okay.
Q. Are documents HA6973 through 6984 documents prepared by Hasbro employees?
A. Yes.
Q. Were the people working for Hasbro when they created the documents?
A. Yes.
Q. Do the documents concern a part of the job of the people who created them?
A. Yes.
Q. Were they authorized to actually create the documents?
A. Yes.

Page 203

Q. I am going to show you what has been marked previously as documents HA7044 through HA7047.
A. Okay. I looked at those.
Q. Are documents HA7044 through HA7047 documents created by Hasbro employees?
A. Yes.
Q. Were those people working for Hasbro when they created the documents?
A. Yes.
Q. Do the documents concern matters that are part of the jobs that created them?
A. Yes.
Q. And were the people authorized to create the documents themselves?
A. Yes.
Q. I will show you what has been marked as documents HA7048 through 7125?
A. Okay. I looked at those.
Q. Do you recognize documents HA7048 through 7125 as Mikohn state location reports that were reviewed by Hasbro's 2004 audit team?
A. Based on the description on the reports, they appear to be Mikohn location reports, and the time period appears to be

Page 204

within the scope of the '04 audit. There is some indication we did some work on them to indicate what contract they were from.
Q. And there are also handwritten notes on some of the pages?
A. Yes.
Q. For example, HA7091?
A. Yes.
Q. There is a note there, the royalty statements submitted to Hasbro show 404 machines. This variance of seven machines was not explained or supported by Mikohn. The variance is in Hasbro's favor, PFGW; do you recognize that to be a handwritten note by one of the Hasbro 2004 audit teams?
A. I presume it would be by one of the Hasbro audit teams, because that is who should be writing on these.
Q. The handwritten notations that are in documents variance, 7048 through 7125, do they appear to be made by the Hasbro auditors?
A. What were the numbers again?
Q. 7048 through 7125.
A. I will say that some are. I am not

Page 205

sure of the origin of some of the other ones.
Q. What ones are you sure of?
A. I will say the ones I am not sure of. The ones crossed out on the report, I am not sure what the nature of or why the cross-out is there without further review.
Q. How about the Ts you see, the check marks and the handwritten notes, such as the one we just read from 7091?
A. They should correspond to tick mark legend 07045. Without going back page by page, I am equating them to that.
Q. In 2004 was the team from Hasbro that was auditing Mikohn, was it part of their job to review records like these state location reports?
A. Yes.
Q. And as part of their job, were they allowed or required to put in sort of check marks and tick marks and the handwritten notes you have seen exclusive of the lines drawn that you mentioned?
A. Yes. Standard audit work would be to make some indication on a page that you did



www.AlliedCourtReporters.com ALLIED COURT REPORTERS, INC. (401)946-5500 or (888)443-3767
4b436a71-34bf-4239-b40a-ae11323fbf6a

Page 206

something or are doing something.
Q. It was part of their job to do that?
A. Yes.
Q. They were allowed to do that or authorized to do that?
A. Yes.
Q. Mr. Alexander, I will show you what has been marked as documents HA6368 through 6450.
(WITNESS PERUSES DOCUMENT)
A. Okay.
Q. Mr. Alexander, documents HA6368 through 6450 appear to be documents prepared or reviewed by Hasbro's 2004 audit team?
A. I will say these were not prepared by the audit team, but they were obtained through the conduct of the audit. There are tick marks on here indicating a review was done.
Q. Some of the documents in HA6368 through 6450 were prepared by Hasbro employees, but a number of them were not?
A. Yes. I will answer yes to that.
Q. Those that were not prepared by the Hasbro employees, do they appear to be documents

Page 207

reviewed by Hasbro's 2004 audit team?
A. As well, I will caveat, there is writing on this piece of paper, or many of the pieces of paper, that is not, to my knowledge done, by the Hasbro audit team. There are markings on the documents I don't believe are from the auditors. There are some that I believe are from the auditors.
Q. The documents not prepared by the Hasbro employees, those indicate that they were reviewed as part of the 2004 audit?
A. They were included in the 2004 audit work.
Q. Now, the documents 6368 through 6371, and the very last one, 6450?
A. Yes.
Q. Those document were created by Hasbro employees?
A. Yes.
Q. And the people were working for Hasbro when they created the documents?
A. Yes.
Q. The documents concern matters that are part of the jobs of the people that created them?

Page 208

A. Yes.
Q. And the people that created them were authorized to actually create those documents?
A. Yes.
Q. Showing you what has been marked previously as documents HA6451 through 6656?
A. Okay. I have looked at these.
Q. Are documents marked HA6451 through 6656 documents prepared or reviewed by Hasbro's 2004 audit team?
A. They would not have been prepared, they would have been reviewed as part of the audits.
Q. There are a couple of sheets like, for example, 7567 that says trial balance TB transaction detail, cash receipts detail, 6-30-04, that document was prepared by Hasbro auditors?
A. That one was, yes.
Q. Also, throughout those documents there are various tick marks and checks that appear to correlate to a tick mark legend; is that correct?
A. Yes.

Page 209

Q. Were those tick marks applied to the documents by the Hasbro 2004 auditors?
A. Yes.
Q. Was it part of the job of the Hasbro auditors to review documents like these?
A. Yes.
Q. And was it part of the job of the Hasbro auditors to create the title page that we see, along with the tick marks that are throughout the document?
A. Yes.
Q. And they were authorized to do those things?
A. Yes.
Q. Showing you document HA6658, that looks to be a Schedule E similar to the Schedule E that we talked about during your deposition, correct?
A. Yes.
Q. It is not quite the same one, but it is like it?
A. Right. Similar to it, yes.
Q. I am going to show you what has been previously marked as HA7996 through 8006. I ask you to take a look at that.

Page 210

(WITNESS PERUSES DOCUMENT)
A. Okay. I have looked at that.
Q. Are the documents marked HA7996 through 8006 documents created by Hasbro employees?
A. Could you repeat that number, please?
Q. Beginning at 7996 through 8006?
A. 7996 through 8006.
Q. Were created by Hasbro employees?
A. Yes.
Q. Was it part of their job to create these kinds of documents?
A. Yes.
Q. The people were working for Hasbro at the time these documents were created?
A. Yes.
Q. Were they authorized to actually prepare this document?
A. Yes.
Q. I am going to ask you to take a look at documents previously marked HA8039 through 8108.
(WITNESS PERUSES DOCUMENT)
A. Okay. I have looked at them.
Q. You can look at, if you like, but I think you are looking beyond the last number I

Page 211

gave you.
A. What was the last number?
Q. 8108.
A. Okay. Sorry.
Q. The documents marked HA8039 through 8108, were those created by Hasbro employees?
A. Yes.
Q. The people were working for Hasbro at the time they created the documents?
A. Yes.
Q. It was part of their job to create documents like these?
A. Yes.
Q. And these particular documents, the people who created them were actually authorized to create them?
A. Yes.
Q. I would like to show you what was previously marked as HA8111 through 8117.
(WITNESS PERUSES DOCUMENT)
A. Okay. I looked at those.
Q. Documents HA8111 through 8117 were created by Hasbro employees?
A. Yes.
Q. And the people were working for Hasbro at

Page 212

the time, they created the documents?
A. Yes.
Q. It was part of their job to create documents like those?
A. Yes.
Q. And the specific documents, the people were authorized to create them?
A. Yes.
Q. Showing you HA8155 through 8167, could you take a look at those documents?
(WITNESS PERUSES DOCUMENT)
A. Okay. I looked at those.
Q. Documents 8155 through 8167 are E-mails to and from various Hasbro employees?
A. I think there is a Mikohn person or two in here also.
Q. Let's exclude the Mikohn person. As to those E-mails in 8155 through 8167 created by Hasbro employees, were those E-mails created as part of their jobs?
MR. WHITE: Objection. You can answer.
A. I am not sure this E-mail is created by, there is a Mikohn person. I am not sure if they created it. There is

Page 213

correspondence via E-mail between Hasbro employees and it looks like the piece that is attributable them was done by them.
Q. The piece attributable to the Hasbro employees, does it concern their jobs?
A. Yes.
Q. Were the Hasbro employees authorized to use the E-mail system and send E-mails such as the documents in 8155 through 8167?
MR. WHITE: Objection. You can answer.
A. Hasbro has E-mail and it is a method of communication available to employees to communicate. Specific authorizations, I will talk to the auditors, they were allowed to use E-mail to correspond.
Q. Mr. Alexander, I will show you what has been previously marked as HA8169 through 8329. If you could take a look at those.
(WITNESS PERUSES DOCUMENT)
A. Okay. I looked at those.
Q. Mr. Alexander, were documents HA8169 through 8329 documents that were prepared or reviewed by Hasbro's 2001 audit team?
A. Yes.

Page 214

Q. It was part of the job of the Hasbro auditors to prepare the documents in that range of numbers that were prepared by them?
A. They did not prepare them, they reviewed them.
Q. There are certain documents that were prepared by the Hasbro auditors typically on graph paper; is that correct?
A. Yes. I just want to be clear because you just said prepared. They prepared some of the work papers, they reviewed a bunch of stuff.
Q. And document 8076, excuse me HA8306, was prepared by a Hasbro employee; is that correct?
A. Yes.
Q. The documents prepared by the Hasbro employees, were they prepared while the people were working for Hasbro?
A. Yes.
Q. Are the documents concerned with part of the job of the people that created them?
A. Yes.
Q. And were they authorized to create the

Page 215

actual documents that they did come up with?
A. Yes.
Q. Mr. Alexander, I show you documents previously marked HA8331 through 8380.
(WITNESS PERUSES DOCUMENT)
A. Okay. I looked at those.
Q. Are documents 8331 through 8380 documents that were prepared or reviewed by Hasbro's 2001 audit team?
A. Yes.
Q. Certain of the documents in that range were actually prepared by Hasbro employees, such as 8331, 8332, 8333, 8353, 8354, 8355 and 8356?
A. Yes.
Q. And 8357 and 8358?
A. Yes.
Q. And 8359 and 8360?
A. Yes.
Q. Those documents, were the people who prepared them working for Hasbro at the time they created them?
A. Yes.
Q. Do those documents relate to a part of the

Page 216

job of each of the people who created them?
A. Yes.
Q. And were they authorized to create, in fact, those exact documents?
A. Yes.
Q. I will show you what have been previously marked as documents HA8394 through 8430.
(WITNESS PERUSES DOCUMENT)
A. Okay. I looked at those.
Q. Are documents 8394 through 8430 documents that were reviewed and relied on by Hasbro's 2001 audit team?
MR. WHITE: Objection. You can answer.
A. These documents appear to come out of our work papers. An audit is an audit. We may not have looked at every single item in here. And there are ones I don't see an indication we looked at, so we would not have relied on those.
Q. Are these documents documents that are found in the audit papers for Hasbro's 2001 audit team?
A. They appear to be, yes.
Q. And you are saying you know these documents

Page 217

were not relied on or you do not know?
A. I can't say that I know one way or the other.
Q. Showing you what have been marked as documents HA8433 through HA8473, would you take a look at those, please.
(WITNESS PERUSES DOCUMENT)
A. Okay.
Q. Are documents HA8433 through HA8473 documents prepared or reviewed by Hasbro's 2001 audit team?
A. They appear to be, yes.
Q. As to the documents from HA8433 through HA8445, are those documents created by Hasbro employees?
A. Yes.
Q. Were the people who created them working for Hasbro at the time?
A. Yes.
Q. Do the documents concern matters that were part of the job or jobs of the people that created them?
A. Yes.
Q. Were the people who created them authorized to prepare, in fact, those documents?

Page 218

A. Yes.
Q. If you could take a look at HA8446 and 8447, please.
A. Okay.
Q. Tell me if this is a portion of the Yahtzee contract that was relied on by the Hasbro 2001 audit team?
MR. WHITE: Objection. You can answer.
A. It is part of the Yahtzee contract. Those are the work papers in preparation for the audit.
Q. HA8448 and 8449, are those documents created by Hasbro employees?
A. Yes.
Q. Were the people working for Hasbro at the time they created the documents?
A. Yes.
Q. Do the documents concern a part of their job or jobs?
A. Yes.
Q. And were the people authorized to create these actual documents?
A. Yes.
Q. Take a look at 8453 and 8454?

Page 219

A. Okay.
Q. Do those pages appear to be a portion of the Hasbro/Mikohn license agreement that the 2001 audit team used in the course of its work?
A. Yes.
Q. Documents HA8455 and 8462, were those documents created by Hasbro employees?
A. Yes.
Q. Were the people working for Hasbro at the time?
A. Yes.
Q. Do the documents concern a part of the job or jobs of those people?
A. Yes.
Q. And were the people who created the documents authorized to actually create these documents?
A. Yes.
Q. Go to 8472 and 8473.
A. Okay.
Q. Are those two pages a portion of a Hasbro/Mikohn licensing agreement that was used by the Hasbro 2001 audit team?
A. Yes.

Page 220

Q. I ask you to look at documents HA8850 through 8903.
(WITNESS PERUSES DOCUMENT)
A. Okay. I looked at those.
Q. Are documents HA8850 through 8903 copies of Mikohn royalty reports and checks received by Hasbro during 2001?
A. The ones that are here with a date on them, I can say yes. I am not sure that these are actually necessarily received in that time period. I don't see any indication that they are.
Q. Can you say whether any of the documents in 8850 through 8903 were used by Hasbro in computing the amount Hasbro claims Mikohn underpaid?
A. There appear to be some. 8867.
Q. There appear to be some royalty reports like 8867 that have handwritten computations going along the right side of the royalty report?
A. Yes.
Q. Mr. Alexander, I will show you what have been marked as HA8790 through HA9097 and ask you to take a look at them.

Page 221

(WITNESS PERUSES DOCUMENT)
A. Okay.
Q. Are documents HA8790 through HA9097 copies of Mikohn royalty reports and checks with associated documents sent to Hasbro during the years 2000 and 2001?
A. They appear to be, yes.
Q. Do the documents 8970 through 9097 show any indication they were used by Hasbro in 2004 to calculate what Hasbro says Mikohn underpaid?
A. These numbers are right, I believe, yes. The indication is on the right side. These numbers that we manually entered.
Q. The numbers found on HA9052?
A. Yes.
MR. CLEARY: Let's take a break.
(OFF THE RECORD)
MR. CLEARY: Back on the record.
Q. Mr. Alexander, at the last deposition session you told us that you periodically reported to Mr. Hargreaves and perhaps someone else on the status of audits your