UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v.

MIKOHN GAMING CORPORATION,
Defendant.

Civil Action No.: 05-106 ML

**PLAINTIFFS' MOTION TO COMPEL AND ANSWER TO ITS THIRD SUPPLEMENTAL INTERROGATORY**

NOW COMES the Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby move to compel the Defendant, Mikohn Gaming Corporation ("Mikhon") to provide an answer to the Interrogatory listed below. Hasbro certifies that it has in good faith conferred with Mikohn in an attempt to secure this disclosure without court action.

**SUPPLEMENTAL INTERROGATORY NO. 1:**

Please identify the name and address of each auditor (or audit firm) which provided external auditing services for Mikhon between 1999 and 2005, as well as the year and general time frame in which the destructive audit was conducted.

**ANSWER:**

Objection. The interrogatory seeks information that will not reasonably lead to the discovery of admissible evidence. Without waiving this objection, the identities of Mikhon's outside auditors are stated in financial statements filed with the SCC, and as available to Plaintiffs as the identities are to Defendant.

**REASON DEFENDANT'S RESPONSE IS INADEQUATE:**

The Defendant has indicated that this interrogatory will not reasonably lead to the discovery of admissible evidence. The identity of the external auditors provides the Plaintiffs the opportunity to see whether or not the auditors reviewed the licensing agreements in question

and/or the method of payment that Mikhon underwent to satisfy the royalty obligations owed to Hasbro pursuant to the Agreements. This is directly relevant to the issue at hand. Moreover, Mikhon's objection that the identity of the auditors is available and because they are on documents filed with the SEC it is completely without merit. Mikhon is not directing Hasbro to review documents that Mikhon has provided in its document production. Mikhon is requiring Hasbro to see if it can obtain the information through a third-party as opposed to simply providing the names of the short list of external auditing firms in the years they performed the audit. This information is completely within Mikhon's control and they are abusing the process by not simply answering this interrogatory.

WHEREFORE, Hasbro respectfully requests this Court order Mikhon to file a responsive answer giving the requested information within the next fifteen (15) days.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 5 day of May, 2006, I caused a true copy of the Plaintiff's Motion to Compel and Answer to its Third Supplemental Interrogatory to be sent by regular mail, postage prepaid to the following counsel of record:

Gordon P. Cleary, Esq.
Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Todd D. White

*380365_1*