KLR

**Attachment B**

# MICHAEL T. TOUSIGNANT, CPA
## DIRECTOR OF ACCOUNTING AND AUDITING SERVICES

**EXPERIENCE**

Mr. Tousignant began his public accounting career with the Providence office of a national accounting firm in 1986 before joining Kahn, Litwin, Renza & Co., Ltd. in 1992. He has been the Director of Accounting & Auditing Services since 1993 and has overall responsibility for the operations of the accounting and auditing department of the firm, as well as providing auditing and consulting services for a variety of clients. In addition, he is the Director of Strategic Placement Services and performs executive searches for clients who are in need of financial executives within their organizations.

Mr. Tousignant has had extensive experience in assisting clients within such industries as manufacturing and distributing, retail, construction, hospitality, not-for-profit, financial services and real estate. He has also provided litigation support to several attorneys throughout New England.

**PROFESSIONAL AND COMMUNITY ACTIVITIES**

Mr. Tousignant is the past Chairman of the Board of Directors for the American Red Cross Rhode Island Chapter and has been a member of various boards of directors for other not-for-profit organizations throughout his career.

He completed the Leadership Rhode Island program through the Greater Providence Chamber of Commerce.

He is a member of the American Institute of Certified Public Accountants (AICPA) and the Rhode Island Society of Certified Public Accountants.

**EDUCATION**

Bryant College, B.S. in Business Administration, *summa cum laude*, 1986