UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**MIKOHN'S OJBECTION TO PLAINTIFFS' MOTION TO COMPEL ANSWER TO SUPPLEMENTAL INTERROGATORY NO. 1**

Defendant Mikohn Gaming hereby objects to plaintiffs' motion to compel an answer to Supplemental Interrogatory No. 1. As grounds for this objection, Mikohn represents that plaintiffs have already moved to compel an answer to Supplemental Interrogatory No. 1. Defendant's supporting memorandum is filed herewith.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: May 22, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Mikohn's Objection to Plaintiffs' Motion To Compel Answer to Supplemental Interrogatory No. 1 by mailing first class mail, postage prepaid, on the 22nd day of May, 2006.

Lisa A. Lariviere

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF MIKOHN'S OJBECTION TO PLAINTIFFS' MOTION TO COMPEL ANSWER TO SUPPLEMENTAL INTERROGATORY NO. 1**

Plaintiffs Hasbro have already filed a motion to compel respecting Supplemental Interrogatory No. 1. In their motion to compel filed on April 19, 2006, Hasbro moved to compel "production of certain documents and to compel a responsive answer to an interrogatory ... ." The interrogatory mentioned, attached as Exhibit B to the April 19, 2006 motion, is Supplemental Interrogatory No. 1.

The parties have filed their supporting memoranda on the April 19, 2006 motion, and should not have to do so a second time. Defendant Mikohn hereby incorporates its memorandum in support of its objection to the April 19, 2006 motion, and respectfully requests that the motion be denied.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: May 22, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Mikohn's Objection to Plaintiffs' Motion To Compel Answer to Supplemental Interrogatory No. 1 by mailing first class mail, postage prepaid, on the 22nd day of May, 2006.

Lisa A. Lariviere