UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., | ) | |
| Plaintiffs | ) | C.A. No. 05-0106/S |
| | ) | |
| v. | ) | |
| | ) | |
| MIKOHN GAMING CORP., | ) | |
| Defendant | ) | |

**MIKOHN'S OJBECTION TO PLAINTIFFS' MOTION TO COMPEL**
**ANSWER TO THIRD SUPPLEMENTAL INTERROGATORY**

Defendant Mikohn Gaming hereby objects to plaintiffs Hasbro's motion to compel an answer to its third supplemental interrogatory. As grounds for this objection, Mikohn submits its supporting memorandum.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: May 23, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Mikohn's Objection to Plaintiffs' Motion To Compel Answer to Third Supplemental Interrogatory by mailing first class mail, postage prepaid, on the 23d day of May, 2006.

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF MIKOHN'S OJBECTION TO PLAINTIFFS' MOTION TO COMPEL ANSWER TO THIRD SUPPLEMENTAL INTERROGATORY**

Mikohn objected to plaintiffs' third supplemental interrogatory on the ground that the identity of its auditors was made available to Hasbro, and found very easily in SEC filings available online at Mikohn's website. The identities of the auditors are revealed in Mikohn's filings, as is shown by the attached face page and independent auditors' consent for the Progressive Gaming (Mikohn) annual reports for the years 1999 through 2005. This is the information Hasbro requested and this is what was available to Hasbro.

For these reasons, Hasbro's motion should be denied.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: May 23, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Mikohn's Objection to Plaintiffs' Motion To Compel Answer to Third Supplemental Interrogatory by mailing first class mail, postage prepaid, on the 23rd day of May, 2006.

[signature]