10kWIZARD
SEC POWER SEARCH

# Form 10-K405

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: April 11, 2000 (period: December 31, 1999)

Annual report. The Regulation S-K Item 405 box on the cover page is checked

EXHIBIT 23.1

INDEPENDENT AUDITORS' CONSENT:

We consent to the incorporation by reference in Registration Statement Nos. 33-73506, 333-07441, 333-30525 and 333-30605 of Mikohn Gaming Corporation on Form S-8 of our report dated February 26, 2000, appearing in this Annual Report on Form 10-K of Mikohn Gaming Corporation for the year ended December 31, 1999.

DELOITTE & TOUCHE LLP

Las Vegas, Nevada
April 11, 2000

</TEXT>
</DOCUMENT>

10kWIZARD
SEC POWER SEARCH

# Form 10-K405

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: April 17, 2001 (period: December 31, 2000)

Annual report. The Regulation S-K Item 405 box on the cover page is checked

EXHIBIT 23.2

INDEPENDENT AUDITORS' CONSENT:

We consent to the incorporation by reference in Registration Statement Nos. 33-73506, 333-07441, 333-30525 and 333-30605 of Mikohn Gaming Corporation on Form S-8 of our report dated February 26, 2000 , appearing in this Annual Report on Form 10-K of Mikohn Gaming Corporation for the year ended December 31, 2000.

DELOITTE & TOUCHE LLP

Las Vegas, Nevada
April 16, 2001
</TEXT>
</DOCUMENT>

Created by 10KWizard www.10KWizard.com

10kWIZARD
SEC POWER SEARCH

# Form 10-K

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: April 16, 2002 (period: December 31, 2001)

Annual report which provides a comprehensive overview of the company for the past year

EXHIBIT 23.1

Consent of Independent Public Accountants

As independent public accountants, we hereby consent to the incorporation of our report included in this Form 10-K into Mikohn Gaming Corporation's previously filed Registration Statements on Form S-8 (File No. 33-73506), Form S-8 (File No. 333-07441), Form S-8 (File No. 333-30525) and Form S-8 (File No. 333-30605).

Arthur Andersen LLP

Las Vegas, Nevada
April 10, 2002

</TEXT>
</DOCUMENT>

10kWIZARD
SEC POWER SEARCH

# Form 10-K

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: April 15, 2003 (period: December 31, 2002)

Annual report which provides a comprehensive overview of the company for the past year

EXHIBIT 23.1

CONSENT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

Mikohn Gaming Corporation
Las Vegas, Nevada

We hereby consent to the incorporation by reference in the Prospectus constituting a part of the Registration Statements on Form S-8 (File Nos. 33-73506, 333-07441, 333-30525 and 333-30605) of our report dated April 14, 2003, relating to the consolidated financial statements of Mikohn Gaming Corporation appearing in the Company's Annual Report on Form 10-K as of December 31, 2002 and 2001 and for the three years in the period ended December 31, 2002.

BDO Seidman, LLP
Los Angeles, California
April 14, 2003

</TEXT>
</DOCUMENT>

10kWIZARD
SEC POWER SEARCH

# Form 10-K

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: March 30, 2004 (period: December 31, 2003)

Annual report which provides a comprehensive overview of the company for the past year

ITEM 4. CHANGES IN REGISTRANT'S CERTIFYING ACCOUNTANT.

(b) New Independent Accountant

On May 15, 2002, the Company engaged BDO Seidman, LLP ("BDO") as the Company's new principal independent accountant to audit the Company's financial statements, to replace Arthur Andersen LLP ("Andersen"). Andersen was terminated on April 29, 2002. The termination of Andersen and the engagement of BDO were both approved by the Board of Directors upon the recommendation of its Audit Committee.

During the two most recent fiscal years and through May 15, 2002, the Company has not consulted with BDO regarding either (i) the application of accounting principles to a specified transaction, either completed or proposed; or the type of audit opinion that might be rendered on the Company's financial statements; or (ii) any matter that was either the subject of a disagreement (as that term is defined in Item 304(a)(1)(iv) of Regulation S-K and the related instructions to Item 304 of Regulation S-K), or a reportable event (as described in Item 304(a)(1)(v) of Regulation S-K).

The Company has authorized Andersen to respond fully to any inquiries by BDO relating to its engagement as the Company's independent accountant.

Created by 10KWizard www.10KWizard.com

10kWIZARD
SEC POWER SEARCH

# Form 10-K

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: March 15, 2005 (period: December 31, 2004)

Annual report which provides a comprehensive overview of the company for the past year

**EXHIBIT 23.1**

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Mikohn Gaming Corporation
Las Vegas, Nevada

We hereby consent to the incorporation by reference in the Prospectus constituting a part of the Registration Statements on Form S-8 (File Nos. 33-73506, 333-07441, 333-30525, 333-30605 and 333-120327) and on Form S-3 (File No. 333-110623) of Mikohn Gaming Corporation of our reports dated February 22, 2005 relating to the consolidated financial statements and, the effectiveness of Mikohn Gaming Corporation's internal control over financial reporting which appears in the Company's Annual Report on Form 10-K.

BDO Seidman, LLP
Los Angeles, California
March 11, 2005

10kWIZARD
SEC POWER SEARCH

# Form 10-K

## PROGRESSIVE GAMING INTERNATIONAL CORP - PGIC

Filed: March 31, 2006 (period: December 31, 2005)

Annual report which provides a comprehensive overview of the company for the past year

**EXHIBIT 23.1**

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Progressive Gaming International Corporation
Las Vegas, Nevada

We hereby consent to the incorporation by reference in the Prospectus constituting a part of the Registration Statements on Form S-8 (File Nos. 33-73506, 333-07441, 333-30525, 333-30605 and 333-120327) and on Form S-3 (File Nos. 333-69450, 333-110623, 333-127977 and 333-129443) of Progressive Gaming International Corporation of our reports dated March 28, 2006 relating to the consolidated financial statements and the effectiveness of Progressive Gaming International Corporation's internal control over financial reporting, which included an adverse opinion on the effectiveness of internal control over financial reporting because of the existence of a material weakness, which appear in the Company's Annual Report on Form 10-K.

/s/ BDO Seidman, LLP
Los Angeles, California
March 28, 2006