5/25/06: DENIED AS MOOT DUE TO DEFENDANT'S PRODUCTION OF THE REQUESTED INFORMATION. USMJ

FILED
MAY 8 '06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and<br>HASBRO INTERNATIONAL, INC.,<br>Plaintiffs,<br><br>v.<br><br>MIKOHN GAMING CORPORATION,<br>Defendant. | : | Civil Action No.: 05-106~~ML~~ S |

**PLAINTIFFS' MOTION TO COMPEL AND ANSWER TO ITS THIRD SUPPLEMENTAL INTERROGATORY**

NOW COMES the Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby move to compel the Defendant, Mikohn Gaming Corporation ("Mikhon") to provide an answer to the Interrogatory listed below. Hasbro certifies that it has in good faith conferred with Mikohn in an attempt to secure this disclosure without court action.

**SUPPLEMENTAL INTERROGATORY NO. 1:**

Please identify the name and address of each auditor (or audit firm) which provided external auditing services for Mikhon between 1999 and 2005, as well as the year and general time frame in which the destructive audit was conducted.

**ANSWER:**

Objection. The interrogatory seeks information that will not reasonably lead to the discovery of admissible evidence. Without waiving this objection, the identities of Mikhon's outside auditors are stated in financial statements filed with the SCC, and as available to Plaintiffs as the identities are to Defendant.

**REASON DEFENDANT'S RESPONSE IS INADEQUATE:**

The Defendant has indicated that this interrogatory will not reasonably lead to the discovery of admissible evidence. The identity of the external auditors provides the Plaintiffs the opportunity to see whether or not the auditors reviewed the licensing agreements in question