UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,
Plaintiffs,

v.

MIKOHN GAMING CORPORATION,
Defendant.

Civil Action No. : 05-106 ML

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Michael L. Rosten

DATE: August 24, 2006

TIME: 1:00 p.m.

LOCATION: Associated Reporters of Nevada, 2300 West Sahara Avenue, Suite 770, Box 17, Las Vegas Nevada 89102

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of MICHAEL ROSTEN at Associated Reporters of Nevada, 2300 W. Sahara Avenue, Suite 770, Box 17, Las Vegas, NV 89102. The deposition will commence at 1:00 p.m. on Thursday, August 24, 2006 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

/s/ Todd D. White

Todd D. White (# 5943)
Jeffrey K. Techentin (# 6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

## CERTIFICATE OF SERVICE

I hereby certify that on this 24 day of July, 2006, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Associated Reporters of Nevada
2300 West Sahara Avenue
Suite 770, Box 17
Las Vegas, NV 89102

/s/ Todd D. White

*388352_1.doc*