# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | |
| v. | Civil Action No.: 05-106 S |
| MIKOHN GAMING CORPORATION, Defendant. | |

**PLAINTIFFS' RESPONSES TO DEFENDANT'S**
**FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

REQUEST NO. 1:

Documents HA 06659 through HA 06735:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 1:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 2:

Documents HA 06740 through HA 06843:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

<u>RESPONSE NO. 2</u>:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

<u>REQUEST NO. 3</u>:

Documents HA 06845 through HA 06847:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

<u>RESPONSE NO. 3</u>:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

<u>REQUEST NO. 4</u>:

Documents HA 06850 through HA 06878:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 4:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 5:

Documents HA 06941 through HA 06947:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 5:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 6:

Documents HA 06973 through HA 06984:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 6:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

<u>REQUEST NO. 7</u>:

Documents HA 06985 through HA 07006:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

<u>RESPONSE NO. 7</u>:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

<u>REQUEST NO.8</u>:

Documents HA 07044 through HA 07047:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

<u>RESPONSE NO. 8</u>:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 9:

Documents HA 07134 through HA 07137:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 9:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 10:

Documents HA 06360 through HA 06450:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 10:

a. Denied.

b. Denied.

c. Denied.

REQUEST NO. 11:

Documents HA 06658:

a. contains statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 11:

a. Admitted.

b. Admitted.

c. Admitted.

REQUEST NO. 12:

Documents HA 07996 through HA 08006:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 12:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 13:

Documents HA 08039 through HA 08108, and HA 08111 through HA 08117:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 13:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 14:

Documents HA 08155 through HA 08167:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 14:

a. Admitted only to the extent that the documents may contain some statements by Hasbro employees; denied to the extent the documents also contain statements by non-Hasbro employees.

b. Admitted only to the extent that the documents may contain some statements by Hasbro employees; denied to the extent the documents also contain statements by non-Hasbro employees.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 15:

Documents HA 08169 through HA 08171:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 15:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 16:

Documents HA 08331 through HA 08333:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 16:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

REQUEST NO. 17:

Documents HA 08432 through HA 08445:

a. contain statements by one or more Hasbro employees;

b. made while such person or persons worked for Hasbro; and

c. the statements concern a matter or matters within the scope of the employment of such person or persons.

RESPONSE NO. 17:

a. Admitted.

b. Admitted.

c. Hasbro can neither admit nor deny this Request as each statement would need to be reviewed with each person who made it to make such a determination.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: July 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of JULY 2006, I caused a true copy of the within document to be sent by regular mail to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq..
Vetter & White
20 Washington Place
Providence, RI 02903

*386341_1.doc*