# EXHIBIT C

**Mikohn Audit Strategy Memo**
**Mikohn Gaming**
**IAD #01035**

**Background**
Mikohn Gaming Corporation ("Mikohn"- Nasdaq: MIKN) is a diversified supplier to the casino gaming industry worldwide. Mikohn develops, manufactures, and markets proprietary slot games, table games, and advanced player tracking systems for slot machines and table games. The Company conducts its operations directly and through subsidiaries that are generally wholly owned. Its primary domestic subsidiaries are Mikohn Nevada, Progressive Games, Inc. (PGI), MGC, Inc., Mikohn International, Inc. and Casino Excitement, Inc. Activity related to proprietary games, including all Hasbro licensed products, is recorded on the books of Mikohn Progressive Games (table games) and Mikohn Nevada (slots).

*Table Games*
Hasbro licenses the Monopoly, Yahtzee, and Clue/Cluedo properties to Mikohn for casino table games. Per discussion with Pat Schmidt, Hasbro VP Licensing & Promotions, the Yahtzee and Clue table games have not yet received approval by the Nevada Gaming Commission and therefore are not in operation. The Monopoly table games have been in operation since 2000. Mikohn leases the tables to the casinos (no participation contracts for tables) and Hasbro receives a percentage of the revenue (10% for Monopoly.)

See detail testing of table game royalty statements at D3.3.

See completeness testing via table game fixed asset detail at D2.

*Slot Machines*
Hasbro licenses the Battleship, Yahtzee, Clue/Cluedo, and Trivial Pursuit properties to Mikohn for use in casino slot machines. This includes traditional "stepper" slot machines and video slot machines. The Trivial Pursuit and Clue/Cluedo slot machines have not yet received approval by the Nevada Gaming Commission and therefore are not in operation. Per review of the Mikohn Nevada Trial Balance as of September 30, 2001 and December 31, 2000, we noted that Mikohn earns rental income and route income related to the Battleship and Yahtzee slot machines. The jurisdiction within which the income is earned governs whether it is classified as route income or rental income. In general, route income relates to participation- type agreements and rental income relates to lease agreements.

A participation contract provides for Mikohn to receive a share of profits earned by a given machine. The casino using the Mikohn machine sends a statement to Mikohn each month detailing the machine activity. The statement includes details of the period's drop (coin played), jackpots, and fills (coin put in machine by casino.) The machine's gross win is the drop less jackpots and fills. Typically, Mikohn is entitled to 20% of the machine's gross win. The cash received is recorded as income directly on the books of Mikohn Gaming Corp (because that is the name on the contracts), and then reclassed to Mikohn Nevada. Income accruals are booked directly to Mikohn Nevada.

For lease contracts related to the slot machines, Mikohn receives a fixed amount per machine per day (generally $59 or $75.) Mikohn bills the casino for the lease, and the receivable and related income is booked through another subsidiary, Mikohn Centralized Billing. At the end of the month, the income is reclassed to Mikohn Nevada.

Hasbro is entitled to a share of slot machine profits based on the cash received by Mikohn for each Hasbro licensed product. For example, if the average cash receipts for "Yahtzee video" machines is between $0 and $40 per machine day (number of machines times the number of days in use), Hasbro receives a share of $4 per machine day for that licensed product. Mikohn sends a separate royalty statement each period for each Hasbro licensed product, which includes both participation and lease contracts.

HA 08105

B-1 P.W. 12/14/01