# EXHIBIT D

HASBRO, INC.

To: Patricia Schmidt
From: Internal Audit Department
Subject: Mikohn Gaming Corp.
Audit Period: Q4 1999 – Q2 2001
Date of Issue: February 14, 2002
Report Number: 01035

## Purpose

We have completed an examination of the Licensee's books of account and records pertaining to Hasbro, Inc. licensed properties to reasonably ensure that there have been (excluding product quality requirements) no material violations of the licensing agreements in force for the period, and that all necessary royalty payments have been made in the proper amounts.

## Scope

Our examination was based on the "Royalty Review Program" developed by the Hasbro, Inc. Internal Audit Department.

The specific contracts that were subject to review are listed below.

| Property | Contract Number |
|---|---|
| Yahtzee | 1421 |
| Battleship | 1422 |
| Monopoly | 1423 |
| Yahtzee | 1424 |
| Clue | 1709 |
| Clue | 1710 |
| Trivial Pursuit | 1711 |

## Comments and Recommendations

### 1. Interest on Late Payments

#### Background

According to Section (2d) of the Agreements "The Licensee shall pay the Licensor interest on a late royalty payment at an interest rate of one and three fourths percent (1 3/4%) per month, or the highest rate permitted by law, whichever rate is lower, from the date the royalty payment should have been received by the Licensor until paid."

**3. Certificate of Insurance**

**Background**

According to Section 6(b) of the Agreements "Licensee agrees that it will obtain, at its own expense, product liability insurance from a recognized insurance company, providing adequate product liability insurance protection (at least in the amount of Two Million United States Dollars (U.S. $2,000,000.00) combined single limit of Bodily Injury Liability and Property Damage Liability for each occurrence and annual aggregate), naming Licensee as named insured and Licensor as additional named insured against any claims, suits, loss or damage arising out of any such actual or alleged defects in the Licensed Articles."

**Condition Noted**

We noted that Hasbro, Inc. is not named as an additional insured on the certificate of insurance. This may make it more difficult for Hasbro, Inc. to file claims because the claim must be made through Mikohn Gaming Corp., rather than with the insurer directly.

**Recommendation**

Unless otherwise directed, we will request that Mikohn add Hasbro, Inc. as an additional insured on all current and future contracts.

**Conclusion**

Based upon the audit procedures performed, we conclude that except for the comments noted herein, it appears that the Licensee has complied with the terms and conditions of the License Agreements and royalties have been properly reported and remitted to Hasbro, Inc.

Based on the foregoing and unless otherwise directed, we will request that Mikohn Gaming Corp. forward a check payable to Hasbro, Inc. for an amount equal to $45,780 representing $13,532 in royalties and $32,248 in interest.

Paul M. Kehoe
Senior Internal Auditor

Patrick Harrigan
Internal Auditor

Paul J. Alexander
Vice President of Internal Audit

cc: S. DiSanto, D. Dubosky, D. Hargreaves, R. Holt, T. Lucci, B. Nagler, T. Pasciuto