# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant. | ) | |

**PLAINTIFFS' RESPONSES TO**
**DEFENDANT'S REQUEST FOR ADMISSIONS**

Objection. Plaintiffs object to the Defendant's instructions accompanying its Request for Admissions. In responding to Defendant's Requests, Plaintiffs will comply with their obligations pursuant to the applicable Federal Rules and Civil Procedure.

REQUEST NO. 1:

EXHIBIT A (MIK 000111-134) is a true, accurate and genuine copy of the 1998 "Battleship" License Agreement for between Mikohn and Hasbro.

RESPONSE NO. 1:

Admitted.

REQUEST NO. 2:

EXHIBIT B (MIK 000197-220) is a true, accurate and genuine copy of the 1998 "Yahtzee" License Agreement between Mikohn and Hasbro.

RESPONSE NO. 2:

Admitted.

REQUEST NO. 3:

EXHIBIT C (MIK 000108-109) is a true, accurate and genuine copy of the amendment to

<u>REQUEST NO. 19</u>:

Mikohn furnished to Hasbro royalty statements, referenced as EXHIBIT H, which showed that the Mikohn revenues on which royalties were based were calculated by aggregating revenues from all machines and all days in a certain time period and dividing that total by the number of machine days in the same time period.

<u>RESPONSE NO. 19</u>:

This Request is admitted to the extent that undertaking mathematical calculations would lead to this conclusion. However, this Request is denied to the extent that any of the royalty statements expressly articulated how the calculations were performed or how the contract was to be interpreted.

<u>REQUEST NO. 20</u>:

Throughout the period that Mikohn was paying royalties to Hasbro before the 2002 amendments, Mikohn always used the method of calculation described in Request 19.

<u>RESPONSE NO. 20</u>:

Plaintiff can neither admit nor deny this request because it would require a review of every royalty report in question.

<u>REQUEST NO. 21</u>:

Hasbro knew that Mikohn was using the method of calculation described in Request 19 throughout the period that Mikohn was paying royalties to Hasbro before the 2002 amendments.

<u>RESPONSE NO. 21</u>:

Denied. Certain accounting personnel and/or auditors from Hasbro may have been aware of this calculation. Other personnel from Hasbro were unaware of this method of calculation.