sold or to which shipped and description of the Licensed Articles distributed and/or sold or otherwise provided by Licensee and, where the royalty described in Paragraph 2(a)(i), of the License Agreement Summary applies, the applicable gross revenue received by Licensee and deductible fees payable to third parties, to the date of Licensor's demand.

(d) Royalty Payments. Royalties in excess of any advance payment required and paid hereunder shall be due on the twenty-fifth (25th) day of the month following the calendar quarter in which earned, and payment shall accompany the statements furnished as required above. The receipt or acceptance by Licensor of any of the statements furnished pursuant to this agreement, or of any royalties paid hereunder (or the cashing of any royalty checks paid hereunder) shall not preclude Licensor from questioning the correctness thereof at any time within three (3) years after the expiration and/or termination of this License Agreement, and in the event that any inconsistencies or mistakes are discovered in such statements or payments, they shall immediately be rectified and the appropriate payment made by Licensee. Licensee shall not be permitted to reduce royalty payments for any reason without prior written approval from Licensor. Licensee shall pay Licensor interest on a late royalty payment at an interest rate of one and three fourths percent (1.75%) per month, or the highest rate permitted by law, whichever rate is lower, from the date the royalty payment should have been received by Licensor until paid. Royalty payments must be remitted to Licensor at the address first set forth above. The parties acknowledge that in certain instances it may be unlawful for Licensee to remit to Licensor the royalties described in this Agreement (e.g. because Licensee would require a license from the relevant gaming authorities, but such license has not been granted). In such instances, Licensee shall so notify Licensor and, at Licensor's option, either (1) Licensee shall hold such royalties for the benefit of Licensor until such time as it is lawful to pay such royalties to Licensor, or (2) the parties shall negotiate in good faith an alternate royalty or other payment which may lawfully be paid to Licensor, with the intention that, to the extent legally permitted, Licensor shall be given substantially the benefits of the original royalty. The parties agree that if Licensee makes a lease arrangement with its customer as a means of financing the purchase of a Licensed Article which is a gaming device, such gaming device shall be considered to be sold outright for purpose of this Agreement upon the inception of such lease. The parties acknowledge that the Licensed Articles include accessories which (A) Licensee may provide to its customers in connection with Licensed Articles which are gaming devices or services, and (B) utilize the Name. Examples of such accessories include electric signage which calls players' attention to the presence of gaming devices within a casino. Notwithstanding anything to the contrary in this Agreement, Licensee shall pay Licensor no royalties on such accessories. The parties acknowledge that it is customary in the gaming industry for gaming devices to be sold on a trial basis, meaning the customer has, for a limited period, the right to return the devices and unwind the transaction (the "Trial Period"). For any Licensed Articles placed on such trial basis, the royalty thereon shall be deemed to accrue only after the Trial Period (including any extensions thereof) has terminated, unless the Trial Period exceeds six (6) months, in which case such royalty shall accrue at the end of such six months.