UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., | ) | |
| Plaintiffs | ) | C.A. No. 05-0106/S |
| | ) | |
| v. | ) | |
| | ) | |
| MIKOHN GAMING CORP., | ) | |
| Defendant | ) | |

**STIPULATION**

Plaintiffs and defendant hereby stipulate that, for purposes of this action only, plaintiff Hasbro, Inc. is the entity that manufactured, distributed and sold the "Poker Casino Device" as referred to in defendant's counterclaims, that the acts and omissions of Tiger Games, if any, are Hasbro's acts and omissions and that Hasbro, Inc. will not raise as a defense that the proper entity has not been made a party to the counterclaims.

/s/Todd D. White
Todd D. White, No. 5943
ADLER, POLLOCK & SHEEHAN, P.C.
Attorneys for Plaintiffs
One Citizens Plaza - 8th Floor
Providence, Rhode Island 02903
(401) 274-7200
(401) 751-0604 FAX
twhite@apslaw.com

/s/Gordon P. Cleary
Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com

Dated: September 1, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I electronically filed this Stipulation on September 1, 2006. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Gordon P. Cleary