UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and<br>HASBRO INTERNATIONAL, INC.,<br>Plaintiffs, | : | |
| v. | : | Civil Action No. : 05-106/S |
| MIKOHN GAMING CORPORATION,<br>Defendant. | : | |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Scott Scherer

DATE: September 25, 2006

TIME: 8:00 a.m.

LOCATION: Associated Reporters of Nevada, 2300 West Sahara Avenue, Suite 770, Box 17, Las Vegas Nevada 89102

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of SCOTT SCHERER at Associated Reporters of Nevada, 2300 W. Sahara Avenue, Suite 770, Box 17, Las Vegas, NV 89102. The deposition will commence at 8:00 a.m. on Monday, September 25, 2006 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White_______________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: September 8, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2006, I electronically filed the attached Notice to Take Deposition with the Court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

_/s/ Todd D. White_____________

*392751_1.doc*