UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

MOTION TO EXTEND DEADLINE
FOR FILING DISPOSITIVE MOTION

Pursuant to Local Rule Cv 7, defendant Mikohn Gaming Corp. moves that the time for filing dispositive motions be enlarged from October 11, 2006 to October 20, 2006.

As grounds for this motion, Mikohn respectfully represents that transcripts of the parties' expert depositions were received on October 3, 2006. The depositions were taken, following receipt of the experts' reports, in accordance with the deadlines established at the July 14, 2006 status conference. The experts' deposition testimony and reports will have a significant bearing on issues to be addressed in a motion for summary judgment defendant Mikohn will file respecting the application of Nevada gaming law, among other issues. Additionally, Hasbro owes Mikohn discovery responses that may bear on the issues to be raised.

Mikohn represents that plaintiffs have no objection to the enlargement sought.

For these reasons, Mikohn respectfully requests that the enlargement to October 20, 2006 be granted. Pursuant to Local Rule Cv 7, no separate memorandum need be filed with this motion.

/s/ Gordon P. Cleary
Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: October 5, 2006

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I electronically filed the within motion on October 5, 2006. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-listed counsel of record has been effectuated by electronic means.

/s/ Gordon P. Cleary