UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant. | ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now come the Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and pursuant to Rule 56 of the Federal Rules of Civil Procedure hereby move for partial summary judgment on the issue of liability in the matter before the Court. This matter is appropriate for summary judgment because the issue of contractual interpretation is an issue that is to be decided by the Court. See 1800 Smith St. Assocs., LP v. Gencarelli, 888 A.2d 46, 52 (R.I. 2005). The undisputed evidence in this matter firmly establishes that the Defendant, Mikohn Gaming Corporation ("Mikohn") is liable to Hasbro for underpayments in Mikohn's utilization of the intellectual property "Yahtzee" and "Battleship" in the production, manufacture and lease of Mikohn's slot machines. Because the amount in controversy is an issue of fact, Hasbro is only moving for partial summary judgment in its papers.

In support of this motion, Hasbro has filed a sealed Memorandum of Law and a Statement of Undisputed Facts with the Court.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White_________________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: October 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2006, I electronically filed the attached Plaintiffs' Motion for Partial Summary Judgment with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

_/s/ Todd D. White_________________

*391581_2.doc*