UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant. | ) | |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and pursuant to Rule 56 of the Federal Rules of Civil Procedure hereby object to Defendant's Motion for Summary Judgment in the matter before the Court. The issues cited in the Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment do not establish that summary disposition should be granted in Defendant's favor. In fact, quite the opposite. The terms of the subject Hasbro/Mikohn Licensing Agreements at issue in this case are unambiguous and should be interpreted in light of their plain, usual and ordinary sense. See Sturbridge Home Builders, Inc. v. Downing Seaport, Inc., 890 A.2d 58, 63 (R.I. 2005). In so doing, summary judgment on liability should be granted to Hasbro.

However, in the event the Court finds some ambiguity in the terms of the contract, then the genuine issues of material fact raised by Hasbro establishes that summary judgment is not warranted in favor of Mikohn. Therefore, because judgment as a matter of law for Mikohn is clearly inappropriate when issues of material fact exist, Hasbro moves this Court to deny Defendant's Motion for Summary Judgment. In support of this Motion, Hasbro has filed a sealed Memorandum of Law and a Statement of Disputed and Undisputed Facts with the Court.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White__________________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Dated: November 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2006, I electronically filed the attached Plaintiffs' Objection to Defendant's Motion for Summary Judgment with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

_/s/ Todd D. White__________________

*398504_1*