UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT'S CONTINUED SUPPLEMENTAL**
**STATEMENT OF UNDISPUTED FACTS**

Pursuant to LR Cv. 56(a) defendant Mikohn Gaming Corporation[1] ("Mikohn") submits this Supplemental Statement of Undisputed Facts in support of its motion for summary judgment.

35. Former Mikohn CFO John Garner stated that "per game per day" in the gaming industry contemplates the average revenue of a group of machines. Exhibit Q (Garner Tr. p. 66 l. 21-25).

/s/ Gordon P. Cleary
Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: November 6, 2006

[1] Now known as Progressive Gaming International, Inc.

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I electronically filed the within Continued Supplemental Statement of Undisputed Facts on November 21, 2006. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-listed counsel of record has been effectuated by electronic means.

/s/ Gordon P. Cleary