# EXHIBIT Q

participating, those were changing around month to month, but we were tracking it based on the payments received from that -- but that's how I would have done it.

Q. The number you would end up with doing it that way would be average win per day if they were reporting --

A. It would be a win per day based on that machine's activity for a month. I mean -- in a way, I see what you're saying. It wouldn't be this is what I earned on Monday. This is what I earned on Tuesday, because everybody in this industry knows that win per day is an accumulation over period of time. Most people use it on a monthly basis. That's my experience in this industry.

At the end of any one month if you as a customer send me a check for a thousand dollars for that one machine, I know you won roughly 30 plus dollars a day.

Q. On average?

A. Yes, on an average. But that's typically how it's always calculated, is that way. If you went to the casino and said what's your win per day on that machine, they would tell you $31 a day, whatever, $33 per day, whatever it turned out to be.