UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., | ) | |
| Plaintiffs | ) | C.A. No. 05-0106/S |
| | ) | |
| v. | ) | |
| | ) | |
| MIKOHN GAMING CORP., | ) | |
| Defendant | ) | |

MOTION TO ENLARGE TIME FOR
FILING PRETRIAL MEMORANDA

Defendant Mikohn Gaming Corp. hereby moves that the time to file pretrial memoranda be enlarged from July 12, 2007 to August 13, 2007. Defendant respectfully represents that plaintiffs have no objection to a thirty-day enlargement. Defendant's supporting memorandum is filed herewith.

/s/ Gordon P. Cleary
Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: June 18, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I electronically filed this Motion on June 18, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE
TIME FOR FILING PRETRIAL MEMORANDA

By the Court's pretrial order in this case, pretrial memoranda are presently due on July 12, 2007, thirty days from the June 12, 2007 decision on the parties' cross-motions for summary judgment.

Defendant Mikohn moves that the time for filing pretrial memoranda be enlarged thirty days to August 13, 2007. The scope of the case has been cut back by the summary judgment decision. However, a breach of contract claim as well as a trademark infringement counterclaim remains to be tried, the case is factually complicated, involving more than five years of transactions and communications between plaintiffs and defendant, and an unduly large number of exhibits need to be identified and culled from the discovery materials. In addition, numerous depositions have to be read and marked, and motions in limine need to be considered and perhaps filed.

Finally, plaintiffs have no objection to a thirty-day enlargement, and the parties believe the enlargement will help produce comprehensive and useful pretrial memoranda. For all of these reasons, defendant respectfully requests that the enlargement to August 13, 2007 be granted.

/s/ Gordon P. Cleary

Brooks R. Magratten, Esq., #3585
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: June 18, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I electronically filed this Memorandum on June 18, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary