UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al.,<br>Plaintiffs<br><br>v.<br><br>MIKOHN GAMING CORP.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0106/S |

**MIKOHN GAMING CORPORATION'S**
**BRIEF STATEMENT OF THE CASE AND**
**PROPOSED JURY VOIR DIRE QUESTIONS**

Pursuant to the Court's Order entered August 1, 2007, Mikohn Gaming Corporation respectfully submits the attached brief statement of the case and requested voir dire questions.

/s/ Gordon P. Cleary
Brooks R. Magratten, Esq., No. 3585
Gordon P. Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 28, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that I electronically filed Mikohn Gaming Corporation's Brief Statement of the Case and Proposed Jury Voir Dire Questions on August 28, 2007. Mikohn Gaming Corporation's Brief Statement of the Case and Proposed Jury Voir Dire Questions are available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

## BRIEF STATEMENT OF THE CASE

Plaintiffs in this lawsuit are Hasbro, Inc. and Hasbro International. I will refer to both plaintiffs as simply "Hasbro." Hasbro is a toy and game manufacturer. Hasbro licenses the brand names from its toys and games for use in casino gaming equipment.

The defendant is Mikohn Gaming Corporation. Mikohn is now called Progressive Gaming International Corporation. But, because it was called Mikohn when all of the events of this lawsuit happened, I am going to continue calling it Mikohn during the trial.

There are two disputes in this lawsuit. The first is a contract dispute. Hasbro claims that Mikohn underpaid royalties under two license agreements, one for the use of the trademark and game Battleship, the other for the use of the trademark and game Yahtzee.

The second dispute involves Hasbro's use of one of Mikohn's trademarks, Caribbean Stud, without Mikohn's permission. Hasbro concedes that it used the Caribbean Stud trademark without permission. The only issue in the second dispute is how much Mikohn is entitled to recover as damages.

## PROPOSED JURY VOIR DIRE QUESTIONS

General questions:

1. Have you ever been a party to a lawsuit?
   - If so, were you the plaintiff or the defendant?
   - If so, what type of case and did it go to verdict?
   - What was the outcome?
   - How long ago?
   - In what court?

2. Have you ever been a juror before?
   - If so, was it a civil or criminal case?
   - Would you describe it as a positive or negative experience?
   - In what court?
   - What was the outcome?

- How long ago?

3. Have you ever testified at a trial before?
   - For which side did you testify?
   - In what court did you testify?

Knowledge of witnesses/parties/attorneys; general bias:

4. You may hear the names of certain people who may testify or be mentioned during the course of the trial:

   - **Charles McCrea Jr.**: Mr. McCrea used to work for Mikohn in Nevada.
   - **Patricia Schmidt**: Ms. Schmidt used to work for Hasbro in Rhode Island. She is now working for G-Tech.
   - **Paul Alexander**: Mr. Alexander works for Hasbro in Rhode Island.
   - **Paul Kehoe**: Mr. Kehoe used to work for Hasbro in Rhode Island.
   - **Steve Finelli**: Mr. Finelli used to work for Hasbro.
   - **Jane Ritson-Parsons**: Ms. Parsons works for Hasbro in Rhode Island.
   - **Kristy LeBreche**: Ms. LeBreche works for Hasbro in Rhode Island.
   - **Robert Parente**: Mr. Parente works for Mikohn in Nevada.
   - **Michael Rosten**: Mr. Rosten is an accountant from Nevada.
   - **L. Ralph Piercy**: Mr. Piercy is an accountant from Nevada.
   - **Bruce Kelly**: Mr. Kelly works for Hasbro in Rhode Island.
   - **Donald Stevens**: Mr. Stevens used to work for Mikohn in Nevada.
   - **Scott Scherer**: Mr. Scherer is a Nevada attorney and a former member of the Nevada Gaming Control Board.
   - **Wendy Wolven**: Ms. Wolven works for Mikohn in Nevada.
   - **Steven DuCharme**: Mr. DuCharme is a consultant to casinos and a former member of the Nevada Gaming Control Board.
   - **Paul Vanasse**: Mr. Vanasse works for Hasbro in Rhode Island.
   - **Michael Tousignant**: Mr. Tousignant is an accountant with the firm Kahn, Litwin, Renza & Co. from Rhode Island.
   - **John Ferl**: Mr. Ferl used to work in Nevada. Now he lives in California.
   - **Greg Venturi:** Mr. Venturi is a lawyer from California.
   - **Larry Ruhe**: Mr. Ruhe used to work for Mikohn in Nevada.
   - **Dennis Van Hook**: Mr. Van Hook used to work for Mikohn in Nevada.
   - **Thomas Haas**: Mr. Haas used to work for Mikohn in Nevada.
   - **John McCann**: Mr. McCann used to work for Hasbro in Rhode Island.

- **<u>Barbara J. Finigan</u>**: Ms. Finigan works for Hasbro in Rhode Island.
- **<u>Lloyd Mintz</u>:** Mr. Mintz used to work for Hasbro.
- **<u>Sonny Gordon</u>:** Mr. Gordon used to work for Hasbro.
- **<u>Olaf Vancura</u>:** Mr. Vancura used to work for Mikohn.
- **<u>Howard Fine</u>**: Mr. Fine works for Hasbro.
- **<u>Dan Polanek</u>**: Mr. Polanek works for Hasbro.

Do you know any of these people?
Have you heard any of those names before?
If so, please explain your relationship.

5. The plaintiffs in this lawsuit are represented by a law firm named Adler Pollock & Sheehan. The lawyers who work for Adler, Pollock & Sheehan are:

Kip J. Adams
Victoria M. Almeida
Joseph Avanzato
Richard R. Baretta
Pamela E. Berman
Brian R. Birke
John F. Bomster
Robert P. Brooks
Philip Y. Brown
William F. Burke
Paul A. Campellone
Michael J. Chazan
John F. Corrigan
Jeffrey Crudup
Paul V. Curcio
Kenneth J. DeMourna
Mark O. Denehy
Joseph R. DiStefano
Sarah T. Dowling
Dennis H. Esposito
Rory Z. Fazendeiro
Michael F. Flaherty
Timothy P. Frawley
Stephen Geanacopoulos
Eduardo A. Gonzalez
Michael J. Grace
James A. Hall
Kenneth J. Hill
Katy A. Hynes
Stanley J. Kanter
Peter Lawson Kennedy
Jamie LaPorte
John F.X. Lawler
Robert E. Liguori
Minette M. Loula
April M. Luna
E. Hans Lundsten
Edward L. Maggiacomo
Kelly Martin Malone
Claudia J. Matzko
Brian J. McMenimen
Erica B. Mecler
Colleen M. Nevin
Elizabeth McDonough Noonan
James R. Oslwald
Katharine S. Perry
Willis H. Riccio
Michael D. Riseberg
Patricia K. Rocha
JeffreyT. Rotella
John D. Russell
Kristen W. Sherman
Alan M. Shoer
Robert I. Stolzman
Walter R. Stone
John A. Tarantino
Jeffrey K. Techentin
R. Bart Totten
Patrick T. Voke
Todd D. White
Edward F. Whitesell, Jr.

David A. Wollin
Kyle Zambrano

Do you know any of these people?
Have you heard any of those names before?
If so, please explain your relationship.

6. The defendant in this lawsuit is represented by a law firm named Vetter & White. The lawyers who work for Vetter & White are:

Benjamin V. White
Gordon P. Cleary
George E. Lieberman
Brooks R. Magratten
Kimberly A. Simpson
George M. Vetter
Timothy M. Bliss
Catherine A. Shaghalian
Michael J. Daly
Thomas Connolly

Do you know any of these people?
Have you heard any of those names before?
If so, please explain your relationship.

7. Have you or any member of your family or anyone with whom you are close worked for Hasbro or Mikohn?

8. Have you or any member of your family or anyone with whom you are close done business with either Hasbro or Mikohn?

9. Do you or any member of your family or anyone with whom you are close have some other connection with either Hasbro or Mikohn?

10. Do you have any knowledge or feelings respecting either Mikohn or Hasbro that would prevent you from acting impartially if selected to be a juror in this case?

<u>Education/Knowledge of Accounting</u>:

11. Did you graduate high school?

12. Did you graduate college?

13. Do you hold any graduate degrees?
   - If so, what?

14. Did any of you study business or accounting?

15. Are you otherwise trained in business or accounting?

16. Do any of you own a business?

- Do you do your own accounts payable and accounts receivables?
- If so, do you use a software program?

17. Are you responsible for your home finances?
    - Do you balance your own checkbook?

Negotiating contracts/setting prices:

18. Does your work involve negotiating or drafting contracts?
    - Are you responsible for setting prices?

19. Have any of you ever negotiated a contract?

20. Were you dissatisfied with the contract that resulted?

21. Did any arguments or disputes arise after the contract was signed?
    - What was the nature of the dispute?
    - How was it resolved?

Gambling:

22. Part of Mikohn's business involves developing slot machines and card tables and leasing them to casinos. Part of Hasbro's business involves licensing the names of its games for use in casino gaming equipment. Have any of you ever used a slot machine or played at a casino?
    - How often?
    - What casino(s)?
    - Have you ever played a Yahtzee or Battleship slot machine?

23. Have you ever played cards at a casino?
    - How often?
    - What games?
    - Have you ever heard of CARIBBEAN STUD poker?
    - Have you ever played CARIBBEAN STUD poker?
    - Have you ever seen or heard of a handheld electronic game that allows you to play CARIBBEAN STUD poker

24. Do you have any strong feelings about gambling?
    - Are they positive or negative?

25. Do any of you or any of your family members have jobs in the gaming industry?

26. Were any of you involved in the recent ballot question on whether to permit a casino in Rhode Island?

27. Did you support a casino in Rhode Island?

28. Did you oppose a casino in Rhode Island?

Trial:

29. The trial of this matter may take up to ten days. Do any of you have any medical conditions or other pressing matters that would prevent you from giving this matter your full, undivided attention and unbiased consideration?

30. Are there any other reasons why any of you believe you could not hear and decide the case without prejudice or bias?

31. Hasbro, as you may know, is a Rhode Island-based company. Mikohn is based in Las Vegas, Nevada. Is there anyone here who feels they would be more likely to decide this case in favor of Hasbro because it is a local company?