UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant. | ) | |

**PLAINTIFFS' STATEMENT OF CASE AND PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. (which we will call collectively "Hasbro") entered into two licensing agreements with the Defendant, Mikohn Gaming Corporation. The Licensing Agreements were essentially to allow Mikohn to utilize Hasbro's brand names, Yahtzee and Battleship, in slot machines that Mikohn manufactured and distributed. The two Licensing Agreements are identical except for the named product: Yahtzee or Battleship. This dispute centers around the manner in which royalty payments were to be calculated under the two Agreements. Hasbro claims that that they were underpaid based on the language of the Agreements. Mikohn claims that they paid Hasbro consistent with the language of the Agreements.

In addition, Mikohn has filed a counterclaim against Hasbro, asserting that Hasbro improperly utilized Hasbro's trademark "Caribbean Stud Poker". This is known as trademark infringement. Hasbro has admitted that it has infringed by using the name "Caribbean Stud Poker" in a handheld poker game without first obtaining Mikohn's permission. Therefore, the sole issue in this dispute in this counterclaim is determining whether and/or how much Mikohn is entitled to in damages

**PROPOSED VOIR DIRE**

1. Have any members of this Panel, or their family members, worked for the Defendant Mikohn Gaming Corporation, a/k/a Progressive Gaming?

2. Have any members of this Panel, or their family members, worked for the Plaintiffs Hasbro, Inc. or Hasbro International?

3. Do any members of this Panel, or their family members, have any affiliation with Mikohn Gaming Corporation, a/k/a Progressive Gaming?

4. Do any members of this Panel, or their family members, have any affiliation with Hasbro, Inc. or Hasbro International, Inc?

5. Do any members of this Panel, or their family members, work in the gaming (legalized gambling) industry?

6. Do any members of this Panel, or their family members, work in the toy industry?

7. Do any members of this Panel, or their family members, work in any industry that is closely linked or associated with the slot machines?

8. Do any members of this Panel, or their family members, do anything in their professional lives related to licensing products or licensing trademarks?

9. Do any members of this Panel, or their family members, do anything in their professional lives related to leasing products or trademarks?

10. Have any of the members of this Panel, or their family members, been a defendant in a civil lawsuit before? If so, please describe where the case was filed, what the case was about and the result of the case.

11. Have any members or this Panel, or their family members, been a plaintiff in a civil lawsuit before? If so, please describe where the case was filed, what the case was about, and the result of the case.

12. Have any members of this Panel, or their family members, sat on a criminal or civil jury before? If so, please indicate what court had jurisdiction, what the dispute was about, whether the jury deliberated and the result of that deliberation.

13. Do any members of this Panel, or their family members, have any feeling either positively or negatively about the gaming (legalized gambling) industry? If so, please describe your feeling and the basis of that feeling.

14. Do any members of this Panel, or their family members, have any strong feelings about the existence of casinos, either in this jurisdiction or in any jurisdiction in the United States? If so, please describe your feeling and what the basis of that feeling.

15. Are you aware of any reason why you would be unable to render a fair and impartial verdict based solely on the evidence presented before you in a case concerning a purported breach of contract with regard to the lease of Yahtzee and Battleship slot machines?

16. Do any members of this Panel, or their family members, have experience in conducting audits? If so, please describe such experience.

17. Do any members of this Panel, or their family members, have experience in drafting contracts? If so, please describe such experience.

18. Do any members of this Panel, or their family members, have experience in general accounting? If so, please describe such experience.

19. Do any members of this Panel, or their family members, have experience in any manner in making or calculating royalty payments? If so, please describe such experience.

For the Plaintiffs
Defendants-in-Counterclaim,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

*/s/Todd D. White*________________

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2007, I provided through electronic filing to the following counsel of record:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*/s/ Todd D. White*________________

*425446_1.doc*