UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al.,<br>Plaintiffs<br><br>v.<br><br>MIKOHN GAMING CORP.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0106/S |

**PLAINTIFFFS' SUPPLEMENTATION TO ITS**
**PRETRIAL MEMORANDUM AND EXHIBIT LIST**

Plaintiffs, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") hereby supplement its trial exhibit list as follows:

78. Exemplar of the Tiger Poker Casino Game (used to establish the product utilizing the Caribbean Stud Poker Trademark.

Plaintiffs also supplement their proposed witness list by indicating that **Lloyd Mintz** may be called in the plaintiffs' Case-in-Chief. If Mr. Mintz testifies it is expected that he will testify about the specific licensing agreements at issue in this case, as well as his negotiations and discussions with personnel from Mikohn on related licensing issues.

For the Plaintiffs
Defendants-in-Counterclaim,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

*/s/ Todd D. White*

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2007, I electronically filed the attached Plaintiffs' Supplementation to its Pretrial Memorandum and Exhibit List with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*/s/ Todd D. White*

*427378_1.doc*