UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 05-0106/S |
| MIKOHN GAMING CORP., Defendant. | ) | |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE EVIDENCE OF HASBRO'S NET WORTH OR GROSS SALES**

Plaintiffs Hasbro International, Inc. and Hasbro, Inc. ("Hasbro") hereby move in limine to preclude any reference made or evidence introduced at trial as to the net worth or gross sales of the "Hasbro" organization. Contained within several of Mikohn's briefs and/or legal memoranda are references that Hasbro is a "three billion dollar company." The net value, gross sales or stock price of Hasbro International, Inc. and/or Hasbro, Inc. has absolutely no relevance or bearing on the matters to be adjudicated. Mikohn is simply trying to inflame the jury by establishing that a company of substantial value is seeking additional monies under a contract. Plaintiffs are unaware of any rationalization which would allow reference to Hasbro's sales figures and/or net worth in an opening statement, a closing argument or in the introduction of evidence.

Plaintiffs concede that if they make an issue of Hasbro's capital, net sales or financial worth, then it may become a proper area for cross-examination. However, barring Plaintiffs "opening the door", such reference or introduction of evidence is simply done to prejudice Plaintiffs, in violation of Rule 403 of the Federal Rules of Evidence, and should be precluded.

For the Plaintiffs
Defendants-in-Counterclaim,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

*/s/ Todd D. White*

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2007, I electronically filed the attached Plaintiffs' Motion in Limine with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*/s/ Todd D. White*

*426440_1.doc*