UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT MIKOHN GAMING**
**<u>CORORATION'S MOTION TO SEAL MOTIONS IN LIMINE</u>**

Mikohn Gaming Corporation ("Mikohn") moves pursuant to LR Gen 102(a) and pursuant to the Stipulation and Protective Order this Court entered on April 22, 2005 for an order sealing:

a. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude Collateral Contracts Between Mikohn and Casinos, supporting memorandum and attached exhibits;

b. Defendant Motion In Limine To Exclude Hasbro's 2005 Audit Report and Demand Letter, supporting memorandum and attached exhibits;

c. Defendant Mikohn Gaming Corporation's Motion In Limine To Preclude Hasbro From Introducing Testimony Regarding Contract Negotiations, supporting memorandum and attached exhibits;

d. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Michael Tousignant, supporting memorandum and attached exhibits;

e. Defendant Mikohn Gaming Corporation's Motion In Limine to Exclude the Testimony of Lawrence Ruhe, John Garner, Denis Van Hook and Thomas Haas, supporting memorandum and attached exhibits;

f. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Patricia Schmidt, supporting memorandum and attached exhibits; and

g. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Paul Alexander, supporting memorandum and attached exhibits.

Mikohn's supporting memorandum is filed herewith.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: September 4, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within motion by hand delivery on the 4th day of September, 2007.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,
Plaintiffs

v.

MIKOHN GAMING CORP.,
Defendant

C.A. No. 05-0106/S

**DEFENDANT MIKOHN GAMING CORORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO SEAL MOTIONS IN LIMINE**

Defendant Mikohn Gaming Corporation ("Mikohn") moves pursuant to LR Gen 102(a) and § 13 of the Stipulation and Protective Order Concerning Confidentiality of Discovery Material, entered as an order of this Honorable Court on April 22, 2005 (hereafter "Protective Order"), to file under seal the following documents, which are filed contemporaneously with this motion:

a. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude Collateral Contracts Between Mikohn and Casinos, supporting memorandum and attached exhibits;

b. Defendant Motion In Limine To Exclude Hasbro's 2005 Audit Report and Demand Letter, supporting memorandum and attached exhibits;

c. Defendant Mikohn Gaming Corporation's Motion In Limine To Preclude Hasbro From Introducing Testimony Regarding Contract Negotiations, supporting memorandum and attached exhibits;

d. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Michael Tousignant, supporting memorandum and attached exhibits;

e. Defendant Mikohn Gaming Corporation's Motion In Limine to Exclude the Testimony of Lawrence Ruhe, John Garner, Denis Van Hook and Thomas Haas, supporting memorandum and attached exhibits;

f. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Patricia Schmidt, supporting memorandum and attached exhibits; and

g. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Paul Alexander, supporting memorandum and attached exhibits.

The Protective Order provides the parties with a two-tier level of protection for "maintaining the confidentiality of certain sensitive or proprietary information that may be disclosed during the course of this action" by allowing appropriate discovery material, including deposition testimony, to be designated either "CONFIDENTIAL" or "CONFIDENTIAL – OUTSIDE COUNSEL ONLY." Protective Order at § 5.

All of the above listed motions in limine contain deposition testimony and/or documents that were deemed to contain sensitive or proprietary information and were designated "CONFIDENTIAL" or "CONFIDENTIAL – OUTSIDE COUNSEL ONLY." Testimony adduced at the depositions and/or the documents appended to the above named motions included the terms of confidential agreements and information regarding the internal operations of Mikohn and/or Hasbro. The deposition testimony was prepared and communicated on the premise that it would not be placed in public channels.

Mikohn moves to file the above listed documents under seal because they refer to and include deposition testimony that contains sensitive or proprietary information and that has been previously designated "CONFIDENTIAL" or "CONFIDENTIAL – OUTSIDE COUNSEL ONLY." Mikohn respectfully requests that the motion to seal be granted.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

**Dated: September 4, 2007**

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within memorandum by hand delivery on the 4h day of September, 2007.