UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al.,<br>Plaintiffs<br><br>v.<br><br>MIKOHN GAMING CORP.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0106/S |

**PLAINTIFFS' MOTION TO SEAL**
**OPPOSITIONS TO DEFENDANT'S MOTION IN LIMINE**

Plaintiffs, Hasbro International, Inc. and Hasbro, Inc. ("Hasbro") move pursuant to L.R. Gen. 102(a) and pursuant to the Stipulation and Protective Order this Court entered on April 22, 2005, for an Order sealing the following Oppositions to Motions in Limine:

1. Hasbro's Opposition to Mikohn's Motion in Limine to Exclude Collateral Contracts between Mikohn and Casinos.

2. Hasbro's Opposition to Mikohn's Motion in Limine to Exclude Hasbro's 2005 Audit Report and Demand Letter.

3. Hasbro's Opposition to Mikohn's Motion in Limine to Preclude Hasbro from Introducing Testimony Regarding Contract Negotiations.

4. Hasbro's Opposition to Mikohn's Motion in Limine to Exclude the Testimony of Michael Tousignant.

5. Hasbro's Opposition to Mikohn's Motion in Limine to Exclude the Testimony of Lawrence Ruhe, John Garner, Dennis Van Hook and Thomas Haas.

6. Hasbro's Opposition to Mikohn's Motion in Limine to Exclude the Testimony of Patricia Schmidt.

7. Hasbro's Opposition to Mikohn's Motion in Limine to Exclude the Testimony of Paul Alexander.

Hasbro is seeking to file these under seal in deference to Mikohn's desire for the same. As the Court has indicated, if these Motions are not appropriately to be filed under seal they can be unsealed at some time in the future.

For the Plaintiffs
Defendants-in-Counterclaim,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

*/s/ Todd D. White*

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2007, I electronically filed the attached document with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

Brooks R. Magratten, Esq.
Gordon Cleary, Esq.
Michael Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

*/s/ Todd D. White*

*427991_1.doc*