UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT MIKOHN GAMING CORPORATION'S OBJECTION TO HASBRO'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF HASBRO'S NET WORTH OR GROSS SALES**

Defendant Mikohn Gaming Corporation ("Mikohn") hereby objects to plaintiff Hasbro, Inc./Hasbro International's ("Hasbro's") Motion In Limine to Preclude Evidence of Hasbro's Net Worth or Gross Sales. Mikohn's supporting memorandum is filed herewith.

_/s/ Michael J. Daly
Brooks R. Magratten, Esq., No. 3585
Gordon P. Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Date: September 7, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Jeff Techentin, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that the enclosed Defendant Mikohn Gaming Corporation's Objection To Hasbro's Motion In Limine to Preclude Evidence of Hasbro's Net Worth or Gross Sales/Supporting Memorandum was electronically filed with the Court using the ECF system and that the above listed counsel will be electronically served through the ECF system, on September 7, 2007.

_/s/ Michael J. Daly_______________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT MIKOHN GAMING CORPORATION'S OBJECTION TO HASBRO'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF HASBRO'S NET WORTH OR GROSS SALES**

## Introduction

In this breach of contract action, Plaintiff Hasbro, Inc./Hasbro International, Inc. ("Hasbro") against Mikohn Gaming Corporation ("Mikohn"),[1] Hasbro has moved to preclude evidence of its net worth or gross sales. Mikohn objects.

## Discussion

Consideration of a party's size and sophistication is commonplace when the reasonableness of action (or inaction) is an issue. See Popular Leasing USA, Inc. v. Turner Const. Co., 2005 WL 2874741, *1 (E.D.Mo. 2005) (size and sophistication relevant to waiver). Moreover, size and sophistication is highly relevant to a party's ability to the negotiate terms of a contract. See Cooperative Finance Assoc. v. Garst, 871 F. Supp. 1168, 1172 (1995) (citing Pheonix Leasing, Inc. v. Sure Broadcasting, Inc., 843 F. Supp. 1397, 1384-85 (D. Nev. 1994) (opportunity to negotiate terms, conspicuousness of provision); Conn. Nat'l Bank v. Smith, 826 F. Supp. 60-61 (court considered parties'

[1] Mikohn Gaming Corporation has since changed its name to Progressive Gaming International, Inc., but for purpose of this motion, shall be referred to as "Mikohn."

ability to negotiate terms or only to accept preprinted contract, and surveying application of these and other factors by other courts)).

Mikohn does not intend to belabor the issue, but the fact that Hasbro is a Fortune 500 company with access to significant resources – including teams of auditors, lawyers and accountants – suggests that it knew or should have known how royalties were being calculated. This is highly relevant to issues such as waiver. It is also relevant to Hasbro's course of performance, particularly since Hasbro has taken the position that it did not know that royalties were being calculated based on Mikohn's gross revenue from the games.

For these reasons, defendant Mikohn asks that this Court deny Hasbro's Motion In Limine to Preclude Evidence of Hasbro's Net Worth or Gross Sales.

_/s/ Michael J. Daly

Brooks R. Magratten, Esq., No. 3585
Gordon P. Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Date: September 7, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Jeff Techentin, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

I hereby certify that the enclosed Defendant Mikohn Gaming Corporation's Objection To Hasbro's Motion In Limine to Preclude Evidence of Hasbro's Net Worth or Gross Sales/Supporting Memorandum was electronically filed with the Court using the ECF system and that the above listed counsel will be electronically served through the ECF system, on September 7, 2007.

_/s/ Michael J. Daly_______________