# EXHIBIT A

**Hasbro, Inc. and Hasbro International, Inc. v. Mikohn Gaming Corporation**
**Attachment C**
**Summary of Qualifications**

## MICHAEL L. ROSTEN, CPA, CFE, CVA

**EDUCATION:**

California State University, Bachelor of Science – Accounting 1985

**PROFESSIONAL CERTIFICATIONS:**

- Certified Public Accountant – Nevada, California and Texas
- Certified Fraud Examiner
- Certified Valuation Analyst

**PROFESSIONAL ASSOCIATIONS:**

- Nevada Society of Certified Public Accountants
- American Institute of Certified Public Accountants
- Association of Certified Fraud Examiners
- Las Vegas Chapter, Association of Certified Fraud Examiners
- National Association of Certified Valuation Analysts

**PROFESSIONAL EXPERIENCE:**

***Piercy Bowler Taylor & Kern, CPAs;*** Las Vegas, NV; 2004-Present

- Duties involve management and performance of litigation support and forensic accounting engagements, including coordination and interface with lawyers, client management and target company management.
- Perform lost profits analyses and other economic damage calculations that include analysis of comparable business operations, contract provisions and financial records.
- Perform forensic/investigative accounting procedures on litigation support matters and suspected fraud matters (both pre-litigation and after litigation has been filed).

***Lane Gorman Trubitt, L.L.P., CPAs;*** Dallas, TX; 1994-2004

- Duties involved management of litigation support and forensic accounting engagements, including coordination and interface with lawyers, client management and target company management.
- Areas of litigation support and forensic accounting concentration have included general commercial matters, contract matters, partnership disputes, real estate investments, property management, lease arrangements and financial services. Specific industries include property management, loan portfolio liquidation, real estate lease arrangements, retail and healthcare.
- Legal issues have included Breach of Contract, Breach of Fiduciary Duty and Embezzlement. Performed numerous forensic investigations for plaintiff cases. Performed a Court Ordered accounting for the 68th District Court; forensic procedures detected an operating cash receipt diversion in violation of a temporary restraining order.
- Performed lost profits analyses and other economic damage calculations that included analysis of comparable business operations, contract provisions and financial records.
- Audit experience included operating ventures, investment vehicles, development stage companies and SEC-regulated concerns in various industries: manufacturing, real estate, intellectual property, real estate property management and not-for-profit.

*Han & Associates, PC, CPAs;* Dallas, TX; 1994

- Senior auditor for a Washington, DC-based public accounting firm.
- Responsibilities included testing financial transactions and internal control structure of a real estate and loan portfolio asset manager under contract with the Resolution Trust Corporation.
- Performed procedures to determine contract compliance/compliance with Federal Laws and Regulations, and to detect violations of fraud, waste and abuse statutes.

*Mitchell Jobe & Company;* Dallas, TX; 1992-1994

- Senior auditor for a Dallas-based professional services consulting firm.
- Responsibilities included testing financial transactions and internal control structure of real estate/loan portfolio asset managers and property managers under contract with the Resolution Trust Corporation.
- Performed procedures to determine contract compliance/compliance with Federal Laws and Regulations, and to detect violations of fraud, waste and abuse statutes.
- Prepared proposals for professional services work with the RTC and FDIC, including drafting of preliminary planning procedures and budgets to derive engagement time lines and cost proposals.

*Wallace Sanders & Company;* Dallas, TX; 1991-1992

- Senior auditor for a Dallas-based certified public accounting firm.
- Audit duties involved performing and managing audits of 50 real estate limited partnerships, including 70 multi-family and commercial properties. Many of these partnership entities were operating under voluntary bankruptcy proceedings.
- Litigation support duties included research into generally accepted accounting principle treatment of Acquisition, Development and Construction Loans by a savings and loan association on an accounting malpractice matter.

*Kenneth Leventhal & Company;* Dallas, TX and Los Angeles, CA; 1986-1991

- Senior auditor for a National certified public accounting firm.
- Audit responsibilities included performing and managing audits for large real estate developers/investors, including SEC-regulated entities.
- Management consulting responsibilities included researching and documenting investigation into accounting malpractice claims in the savings and loan industry against "Big Six" CPA firms and non-judicial debt restructure of large real estate companies, including Lincoln Property Company.

**TESTIFYING:**

- Mark A. Wingert v. Midwest Medical Supply Co., LLC — No. 03-02381-F
  District Court, Dallas County, Texas, 116th Judicial District
  Lost Profits Computation
  Deposition testimony as counter-plaintiff expert witness, 2006
- Polly Barrett v. One Beacon Insurance Company, et al — No. A478553; Dept. V
  District Court, Clark County, Nevada
  Damages Analysis
  Deposition and trial testimony as plaintiff expert witness, 2005
- Republic Foods, Inc. and Donald Bagg v. Jimmy Ivy, Jerry Lowe, Robert Goldman, et al — No. 02-08477-G
  District Court, Dallas County, Texas, 134th Judicial District
  Compliance with Standards and Rules/Code of Conduct
  Deposition testimony as plaintiff expert witness, 2004
- Aristocrat Fund XXXIII GP, Inc., et al v. Alfred Puetter, et al — No. 03-05580-J
  District Court, Dallas County, Texas, 191st Judicial District
  Compliance with Standards and Rules/Code of Conduct
  Testified at TRO/Injunction Hearing, 2004

**TESTIFYING, CONTINUED**

- Billy J. Mullins, Jr. and Faraway Enterprises, Inc. v. TestAmerica, Inc. and Sagaponack Partners, L.P. — No. 71Y4890080602
  American Arbitration Association
  GAAP Issues related to 3-year Operating Period
  Arbitration presentation as plaintiff expert witness, 2003
- ImageTek, Inc. v. Guaranty National Insurance Company — No. 2000-3698-4
  District Court, McLennan County, Texas, 170th Judicial District
  Insurance Claim Assessment - Fraud and Valuation Issues
  Trial testimony as defendant expert witness, 2002
- Lou Montanio, DDS v. James R. Glidewell Dental Ceramics, Inc. D/b/a Glidewell Laboratories; Heraeus Kulzer, Inc.; and Heraeus Kulzer GmbH — No. 99-02738G
  District Court Dallas County, Texas, 134th Judicial District
  Lost Profits – Breach of Warranty/Merchantability
  Presentation at mediation as defense expert witness, 2001
- BPW Rhythmic Records, LLC v. CDNow, Inc. and N2K, Inc. — No. 99 Civ. 11299 (LAK)
  U.S. District Court – Southern District of New York
  Lost Profits – Unilateral Breach of Contract by Defendant
  Deposition testimony as plaintiff expert witness, 2000
- Reactor+ Manufacturing (Shah Safari DBA) v. Gadzooks, Inc. — No. 98-07698-D
  Dallas County Court at Law No. 4
  Retail Markdown Contract Dispute
  Deposition testimony as plaintiff expert witness, 1999
- Clark & Riley v. City of Wilmer, et al — No. 3:96cv2575
  Federal District Court - North Texas
  Wrongful Termination Wage Dispute
  Trial testimony as substitute plaintiff expert witness, 1999

**PUBLICATIONS:**

- I have not published any articles, columns, and/or books within the last ten years.