# EXHIBIT B

# L. RALPH PIERCY, CPA

## EXPERIENCE HIGHLIGHTS:

Ralph Piercy is the President of Piercy, Bowler, Taylor & Kern. Mr. Piercy has had extensive experience with service-oriented enterprises, particularly those in the leisure time industries. He has been in charge of engagements providing audit, consulting, or valuation services for publicly-held and privately-owned businesses in multiple industries, with a concentration in casino hotels, other wagering venues (including slot route operators, race / sports books, card clubs, pari-mutuel betting, inter-casino linked games, and telephone and online bet facilitators), gaming and lodging allied services (including equipment lease and finance, equipment and systems manufacturers, and supply wholesalers), among others.

Mr. Piercy is the former Area Managing Partner of a national firm's southwestern region, which included offices in Los Angeles, Century City, Costa Mesa, San Diego, Phoenix, Tucson, and Las Vegas. Mr. Piercy was also the prior partner-in-charge of the national firm's Las Vegas based Leisure Time and Real Estate Advisory Services. He has also served as a court appointed accounting and valuation master in civil litigation cases and also provides general business and tax counseling to a wide variety of family-owned businesses and individuals.

His areas of specialization include the following:

- Auditing of casino hotel companies;
- Design and evaluation of internal control systems for casinos and hotels;
- Operations based management consulting for casino hotels including yield and productivity optimization; and
- Assessment of valuation and/or market feasibility for lodging and gaming developments and a wide variety of other businesses.

He has performed operational studies for various service industry companies including casino hotels in multiple jurisdictions. One such study quantified certain incremental costs of doing business in Atlantic City as compared to doing business in Nevada, and was cited as having influenced the casino regulators to modify certain regulations that restricted management's ability to maximize profits. Mr. Piercy has also performed special internal control and operational reviews for casinos in northern and southern Nevada, New Jersey, Illinois, Iowa, Mississippi, North and South Dakota, Aruba, the Bahamas, elsewhere in the Caribbean and various Native American nations.

## PROFESSIONAL CREDENTIALS, AFFILIATIONS AND ACTIVITIES:

Mr. Piercy is licensed as a certified public accountant in Nevada, California, and Mississippi and is a member of the CPA societies in those states and the American Institute of Certified Public Accountants. He is a member of the International Society of Hospitality Consultants, in which membership is available to a select few by invitation only. He is also licensed in Nevada as a certified general real estate appraiser.

He is a former member of the Board of Directors of the University of Nevada, Las Vegas, (UNLV) Alumni Association and the Nevada's CPA society's liaison with the Nevada University System. He serves as president of UNLV's Dean's advisory Council to the Department of Accounting.

## EDUCATION

Mr. Piercy has a bachelor's degree in business administration from UNLV.

Mr. Piercy has provided market analysis/valuation, operations consulting, or audit services for the benefit of the following casino gaming properties and entities, among others:

**LAS VEGAS, NEVADA**
- Aladdin Hotel and Casino
- American Casino Enterprises
- Anchor Coin
- Anthony's Casino
- Bally's Hotel and Casino
- Boardwalk Hotel and Casino
- Bourbon Street Hotel and Casino
- Caesar's Palace
- California Club
- Casino Royale
- Dunes Hotel and Country Club
- 4-Queens Hotel and Casino
- Fremont Hotel and Casino
- The New Frontier Hotel and Casino
- Hacienda Hotel and Casino
- Holiday Casino
- King 8 Hotel, Casino and Truck Stop
- Landmark Hotel and Casino
- Main Street Station
- Marina Hotel and Casino
- Nevada Gaming Control Board
- Nevada Palace
- Paddle Wheel Hotel and Casino
- Sahara Hotel and Casino
- Tropicana Hotel and Casino
- Union Plaza
- United Coin, Inc.
- Vacation Village

**NEVADA (OTHER)**
- Flamingo Hilton, Laughlin
- Fitzgerald's Reno
- Goldriver Gambling Hall, Laughlin
- Harrah's, Laughlin and Tahoe
- Hyatt Lake Tahoe
- Oasis Resort and Casino, Mesquite
- Reno Hilton
- Riverside, Laughlin

**CARIBBEAN**
- Alhambra Casino, Aruba
- Renaissance Aruba Beach Resort & Casino, Aruba
- Marriott Hotel & Crystal Palace Casino, Bahamas
- El Tropical Casinos (3), Puerto Rico
- Harbor Village, Bonaire
- Mullet Bay Club, St. Martin
- Royal Cabana Casino, Aruba
- The Casino at the Ritz-Carlton San Juan

**NATIVE AMERICAN GAMING**
- Little Six, Inc., dba Mystic Lake Casino Hotel, MN
- Fort Mojave Tribe, dba Avi Casino, NV
- Sisseton Wahpeton Sioux Tribe, ND and SD
- Sac and Fox Tribe, IA
- Table Mountain Band, CA
- Leech Lake Band of Chippewas, MN
- Tsay Corporation, NM

**ATLANTIC CITY, NEW JERSEY**
- Atlantis Hotel and Casino
- Resorts International

**OTHER JURISDICTIONS**
- California State Lottery
- Ladbroke's Casino San Pablo (California)
- The Bicycle Club (California)
- Illinois Gaming Board
- Miss Marquette Riverboat and Resort, IA
- Casino Gaming International, Ltd., MS
- Casino Magic Corp., MS
- Palace Casino, MS
- Youbet.com, Inc. (California)
- World Poker Tour Enterprises, Inc.