# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., and HASBRO INTERNATIONAL, INC.,<br>Plaintiffs,<br>vs.<br>MIKOHN GAMING CORPORATION,<br>Defendants. | Case No. 05-106 S |

COPY

VIDEOTAPED DEPOSITION OF CHARLES McCREA

Taken on Wednesday, August 23, 2006

At 1:03 p.m.

At 2300 West Sahara Avenue, Suite 770

Las Vegas, Nevada

Reported by: Kimberly E. Powell, CCR #484, RPR

royalty schedules that you provided to Hasbro; is that correct?

A. That's correct.

Q. And did Hasbro give input on those royalty schedules?

A. Yes.

Q. Of what type?

A. Well, all through the negotiations.

Q. All right. Earlier, Mr. White asked you about the meaning of the word game and royalty per game per day, and I think you testified that that would mean a slot machine?

A. Yes.

Q. Elsewhere in the agreement, is it possible that the term game refers to the class of machines using the name Yahtzee or Battleship?

MR. WHITE: Objection. Leading.

THE WITNESS: Well, certainly means that as well.

BY MR. MAGRATTEN:

Q. So if someone were to interpret the term game or games in these agreements to refer to the class of licensed product, would they be accurate, in your view?

MR. WHITE: Objection. Leading.

A. Yeah. I don't -- don't have any recollection of that.

Q. All right. Pending questions from Mr. Magratten, that's all I have. Thank you, sir.

MR. MAGRATTEN: Just one or two follow-ups.

RECROSS-EXAMINATION

BY MR. MAGRATTEN:

Q. Mr. McCrea, you testified earlier that Lloyd Mintz understood that royalties would be based on an average; is that correct?

A. Yes.

MR. WHITE: Motion -- objection.

BY MR. MAGRATTEN:

Q. What leads you to that conclusion?

A. Because all our discussions and negotiations concerning royalties were based on that assumption.

MR. WHITE: Motion to strike.

BY MR. MAGRATTEN:

Q. And at various times during this deposition, Mr. White has asked you why certain words or phrases are not put into the contract. And was that because you believed that Mr. Mintz understood that the royalties would be calculated based on an