# EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

HASBRO, INC., et al., )
Plaintiffs, )
vs. ) CASE NO. 05-0106
MIKOHN GAMING CORPORATION, et al., )
Defendants. )

COPY

VIDEOTAPED DEPOSITION OF DONALD STEVENS

Taken on Tuesday, August 22, 2006

At 9:01 o'clock a.m.

At 2300 West Sahara Avenue, Suite 770

Las Vegas, Nevada

REPORTED BY: DONNA E. MIZE, CCR NO. 675

Q. Prior to seeing it last night, had you seen it before when you were employed by Mikohn?

A. Yes.

Q. Let me direct your attention if you would to couple of sections in this agreement. Under section 2 on page 2 of this document called terms of payment, they use a phrase the games, feel free to read the line before it, and my question is what are the games?

MR. MAGRATTEN: Objection.

THE WITNESS: You mean what are the specific game types like Yahtzee and Battleship?

BY MR. WHITE:

Q. Right. This agreement actually appears to be a Yahtzee agreement?

A. Correct.

Q. What does the phrase the games refer to?

A. It could refer to slots and tables. I don't know without reading the agreement but most specifically slot machines, but we also had a table game agreement, and whether that's included or not, I don't know without really reviewing the whole agreement.

Q. So the phrase the games would either be slot machines or table games of the Yahtzee theme?

A. Yeah. I presume it is slots because this is