UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs | ) | C.A. No. 05-0106/S |
| v. | ) | |
| MIKOHN GAMING CORP., Defendant | ) | |

**DEFENDANT MIKOHN GAMING**
**CORORATION'S MOTION TO SEAL MOTIONS IN LIMINE**

Mikohn Gaming Corporation ("Mikohn") moves pursuant to LR Gen 102(a) and pursuant to the Stipulation and Protective Order this Court entered on April 22, 2005 for an order sealing:

a. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude Collateral Contracts Between Mikohn and Casinos, supporting memorandum and attached exhibits;

b. Defendant Motion In Limine To Exclude Hasbro's 2005 Audit Report and Demand Letter, supporting memorandum and attached exhibits;

c. Defendant Mikohn Gaming Corporation's Motion In Limine To Preclude Hasbro From Introducing Testimony Regarding Contract Negotiations, supporting memorandum and attached exhibits;

d. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Michael Tousignant, supporting memorandum and attached exhibits;

e. Defendant Mikohn Gaming Corporation's Motion In Limine to Exclude the Testimony of Lawrence Ruhe, John Garner, Denis Van Hook and Thomas Haas, supporting memorandum and attached exhibits;

f. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Patricia Schmidt, supporting memorandum and attached exhibits; and

g. Defendant Mikohn Gaming Corporation's Motion In Limine To Exclude the Testimony of Paul Alexander, supporting memorandum and attached exhibits.

Mikohn's supporting memorandum is filed herewith.

Brooks R. Magratten, No. 3585
Gordon P. Cleary, No. 1948
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: September 4, 2007

CERTIFICATE OF SERVICE

To:

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within motion by hand delivery on the 4th day of September, 2007.