VOLUME: I 11:58:00
PAGES: 1-191

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. 05-0106 S

HASBRO, INC., ET AL,
Plaintiffs,

vs.

MIKOHN GAMING CORP.,
Defendant.

DEPOSITION OF LLOYD MINTZ, a witness called on behalf of the Defendant, pursuant to the provisions of the Massachusetts Rules of Civil Procedure, before Jill Shepherd, Registered Professional Reporter, CLR and Notary Public, in and for the Commonwealth of Massachusetts, at the offices of Tobin, Sullivan, Fay & Greenbaum, on Friday, September 14, 2007, commencing at 12:00 p.m.

G & M COURT REPORTERS & ASSOCIATES
(617) 338-0030

2

APPEARANCES:

possible ways that anybody could get in touch with you. 12:28:57 12:28:59
A. Okay. 339.222.8795. 12:29:00
Q. Do you have any other phone numbers? 12:29:06
A. No. 12:29:08
Q. Is your home phone number listed in the phone book? 12:29:08 12:29:12
A. I believe so. 12:29:12
Q. What phone book would that be? 12:29:13
A. The Wellesley phone book. 12:29:16
Q. Do you know if your phone number is listed on the Internet? 12:29:18 12:29:25
A. I have no idea. 12:29:26





Q. What was the time frame when you worked for Hasbro? 12:29:27 12:29:34
A. September 1995 through early February 2000. 12:29:35
Q. What positions did you hold during that time? 12:29:46
A. I was the director of licensing for the first four years or so, and the vice president for the last six months. 12:29:50 12:30:01 12:30:05
Q. Vice president of what? 12:30:10
A. Of licensing. 12:30:11
Q. Okay. What were your responsibilities as director of licensing for Hasbro? 12:30:12 12:30:21
A. My primary responsibility was to maximize the value of Hasbro's intellectual property by licensing those properties to third-party licensees. 12:30:23 12:30:26 12:30:29 12:30:35

Q. What were your job responsibilities as vice president of licensing? 12:30:35 12:30:40
A. They didn't really change. 12:30:41
Q. Why did you leave Hasbro? 12:30:43
A. I wanted to start my own consulting business. 12:30:49
Q. So was -- strike that. 12:30:53
Were the positions that you held at Hasbro executive positions? 12:31:04 12:31:06
A. I don't know how Hasbro would have classified 12:31:09





them. 12:31:19
Q. What did you do for work after you left Hasbro? 12:31:19 12:31:28
A. I had my own licensing consulting business since February of 2000. 12:31:29 12:31:33
Q. What's the name of that business? 12:31:35
A. It's really just myself as an individual, but the d/b/a is Nine Oaks Group. 12:31:37 12:31:41
Q. Is Hasbro a client of yours? 12:31:55
A. No. 12:31:57
Q. What does Nine Oaks Group do? 12:32:04
A. I work with various manufacturers to help them identify intellectual property suitable for licensing and then negotiate agreements on their behalf. 12:32:08 12:32:11 12:32:15 12:32:17
Q. When you say "identify manufacturers" -- 12:32:18
A. No. Intellectual properties. I work with manufacturers to identify intellectual 12:32:27 12:32:30

properties. 12:32:32

Q. Okay. Thank you. Would Hasbro be one of the types of manufacturers that you might potentially work with? 12:32:32 12:32:38 12:32:39

A. No. 12:32:41

Q. No. Why not? 12:32:42





A. Most of my clients are small to medium-sized so they don't have in-house teams to do what I do for them. 12:32:48 12:32:52 12:32:54

Q. Would Hasbro be a potential business partner for any of your clients? 12:32:55 12:33:03

A. Yes. 12:33:04

Q. How so? What would be the nature of a potential relationship that you could see? 12:33:05 12:33:10

A. Well, they own various intellectual properties that would be suitable for potential licensing for various licensees. 12:33:12 12:33:15 12:33:17

Q. Have you been in touch with Hasbro in connection with your work for Nine Oaks Group? 12:33:22 12:33:34 12:33:37

A. Yes. 12:33:37

Q. Since the summer of 2004, how many times have you been in touch with anybody from Hasbro? 12:33:38 12:33:52

A. I have no idea. 12:33:55

Q. Several? 12:33:56

A. Yes. 12:33:59

Q. More than 50? 12:34:00

A. It would be a complete guess, at this point, 12:34:03

to how many times I have spoken to somebody 12:34:06
from Hasbro. I couldn't tell you about 12:34:09





Hasbro or anyone else that I have spoken to, 12:34:12
exactly how many times I have spoken to in 12:34:13
the last four or five years. 12:34:15
Q. Is it fair to say that you have had 12:34:16
consistent communication with Hasbro since 12:34:19
the summer of 2004? 12:34:21
A. Define "consistent." 12:34:22
Q. On a monthly basis? 12:34:31
A. No. 12:34:35
Q. Bi-monthly basis? 12:34:35
A. Probably not. 12:34:37
Q. How many times a year have you had contact 12:34:38
with anybody from Hasbro? 12:34:42
A. I think it depends on the year, but sometimes 12:34:43
almost none and other times probably dozens. 12:34:48
Q. Dozens of times in what time frame? 12:34:53
A. Over the course of a year, yeah. 12:34:57
Q. Since 2004, that's been the case? 12:35:00
A. Correct. Correct. 12:35:04
Q. Who have you spoken with at Hasbro? 12:35:05
A. Since 2004? 12:35:14
Q. Yes. 12:35:19
A. Tom Klusaritz, K-L-U-S-A-R-I-T-Z, Lynda 12:35:28
Connell, Mike Provost, Sherri Lucci. Those 12:35:37

Q. Yes. 01:59:06
A. I would not have thought about it enough to 01:59:07
remember all those details. 01:59:09
Q. Okay. After speaking with Mr. White -- 01:59:11
A. Yes. 01:59:17
Q. -- did you come to a revelation as to what 01:59:18
you believe the contracts required? 01:59:24
A. I thought about it more, yes. 01:59:26
Q. Okay. And this was before Mr. White showed 01:59:28
you the agreements themselves? 01:59:31
A. Yes. 01:59:33
Q. Okay. What made you think about it more? 01:59:34
A. Knowing that I was going to meet him and I 01:59:38
wanted to -- 01:59:41
Q. Okay. 01:59:42
A. -- sit back and think about it for a while as 01:59:45





far as what happened and why. 01:59:47
Q. Um-hum. Did you recall how the stepped 01:59:48
royalty payments would be applied under the 01:59:53
agreements? 01:59:56
A. Yes. 01:59:57
Q. What was your recollection? 01:59:58
A. Per game per day. 01:59:59
Q. What does that mean? 02:00:06
A. It means that every game that is out on a 02:00:07
casino floor on a daily basis generates a 02:00:11
certain amount of revenue for the casino 02:00:14

operator and subsequently to the licensee -- in this case Mikohn -- and therefore, Mikohn would then base its royalty payment to Hasbro on a daily basis based on the stepped royalty that was negotiated with them. 02:00:17 02:00:20 02:00:22 02:00:25 02:00:28

Q. Okay. So, in essence, that every game would receive a royalty? 02:00:29 02:00:37

A. Correct. 02:00:38

Q. By "game," you mean slot machine? 02:00:39

A. Correct. 02:00:42

Q. So your understanding of the agreement was that each slot machine would result in a royalty to Hasbro; is that correct? 02:00:42 02:00:49 02:00:59





A. Correct. 02:01:06

Q. Did you give any thought as to how the royalty would be determined? 02:01:11 02:01:13

A. I'm not sure I understand the question. 02:01:14

Q. If I understood you correct, you said that your recollection was that each -- strike that -- your recollection was that Hasbro would receive a royalty for each game for each day that it was in operation. 02:01:23 02:01:31 02:01:34 02:01:36 02:01:41

A. Correct. 02:01:43

Q. How would that royalty be determined? 02:01:44

A. Mikohn presented us with a stepped royalty proposal that had the potential to be far more lucrative than our prior agreement -- 02:01:48 02:02:03 02:02:07

Q. Okay. 02:02:09

A. -- or existing agreement with WMS Industries. 02:02:10
Q. Um-hum. 02:02:14
A. So the various steps along that chart would kick in depending upon the earning of each individual machine. 02:02:15 02:02:29 02:02:33
Q. Okay. "Each individual machine," you said? 02:02:34
A. Yes. 02:02:38
Q. That was your understanding of the agreement after the meeting with Todd? 02:02:38 02:02:45





A. Well, certainly while I was negotiating it that was my understanding, and I can't say I thought a lot about it between 1998 and now. 02:02:48 02:02:53 02:02:55
Q. Okay. 02:03:00
A. But in thinking about it again, yes. 02:03:01
Q. Okay. All right. After Todd had told you about the nature of the dispute and you came to your recollection of the agreement when you said he brought out several documents for you to look at? 02:03:02 02:03:22 02:03:25 02:03:31 02:03:33
A. Yes. 02:03:34
Q. Did he go through each of those documents individually? 02:03:35 02:03:40
A. Yes. 02:03:41
Q. How much time did he spend on each document? 02:03:41
A. Five minutes. 02:03:43
Q. On each document? 02:03:50
A. Approximately. 02:03:51

Q. About how long was each document? 02:03:52
A. We didn't look at the totality of every 02:03:54
document. 02:03:58
Q. Did you look at portions of the documents? 02:03:58
A. Yes. 02:04:00
Q. Were they portions that Todd would pick out 02:04:01





for you to look at? 02:04:04
A. Yes. 02:04:05
Q. Did you then come to another opinion after 02:04:05
you looked at those documents? 02:04:37
A. Only a confirmation. 02:04:39
Q. Okay. What did Todd tell you about those 02:04:50
documents? 02:04:53
A. I think he just told me what I was going to 02:04:54
be looking at each document since I, off the 02:04:59
top of my head, could not recall every piece 02:05:03
of correspondence that had gone back and 02:05:06
forth between myself and Mikohn. 02:05:09
Q. Okay. Did he tell you these are the 02:05:10
important parts of the documents? 02:05:13
A. I don't know if he told me outright, but I 02:05:15
assumed that he pulled the documents that he 02:05:20
thought were of the most importance for me. 02:05:22
Q. And within those documents, he pointed you to 02:05:25
the direction that he thought were most 02:05:28
important for you; is that correct? 02:05:32
A. I don't know that I would say he pointed me 02:05:35
in the direction, but he highlighted parts of 02:05:37

Q. Okay. Let's say Hasbro has one machine earning $90. 03:38:48 03:38:54
A. Hasbro or Mikohn? 03:38:56
Q. Mikohn. Strike that. 03:38:57
Let's say one of the Battleship slot machines earns $90 and two slot machines earn $5 each, what is Mikohn's gross revenue? 03:38:59 03:39:04 03:39:17
A. Gross revenue? 03:39:24
Q. Yes. 03:39:25
A. $100 for those three machines. 03:39:25
Q. Okay. 03:39:36
A. Right? 03:39:37
Q. Yes. 03:39:38





A. As long as we're defining "gross" the same way. That machine is earning what per day or gross, your example, those three machines together earned $100. 03:39:39 03:39:45 03:39:48 03:39:50
Q. So you are saying "gross revenue" could mean either of two things; is that correct? 03:39:52 03:39:55
A. The way you used it. 03:39:57
Q. And the way that I used it -- strike that. 03:39:59
Is there anything wrong with the reading "gross revenue" to mean revenues earned from multiple machines? 03:40:05 03:40:10 03:40:13
MR. WHITE: Objection. 03:40:16
A. Based on the way it's laid out here, I believe that is incorrect. 03:40:17 03:40:25
Q. In general? 03:40:26

A. In general accounting terms, it could certainly be used that way. 03:40:29 03:40:32
Q. What makes you believe it's wrong in here, if you are following this language? 03:40:33 03:40:37
A. Because we specifically included the royalty revenue per day per game to make sure that Hasbro maximized its revenue from each game. We wanted to tie our fortunes to the performance of our games. And that's why 03:40:38 03:40:42 03:40:46 03:40:51 03:40:55





this proposal/agreement was so attractive compared to the previous one we had done. 03:40:57 03:41:01
Q. You said that you wanted to maximize the revenue from your games? 03:41:03 03:41:06
A. Our game portfolio. 03:41:07
Q. Okay. So you wanted to maximize the money that, in this case, Hasbro would make for Battleship? 03:41:09 03:41:12 03:41:17
A. Correct. 03:41:17
Q. Okay. Now, was there ever any discussion about what "gross revenue" meant as it was used in paragraph 2.3? 03:41:18 03:41:42 03:41:46
A. Not to the best of my recollection. 03:41:48
Q. You never asked Mr. McCrea what "gross revenue" meant? 03:41:50 03:41:54
A. Not to the best of my recollection. 03:42:00
Q. Did you ever speak to anybody in Hasbro about what "gross revenue" meant? 03:42:03 03:42:05

A. Not to the best of my recollection. 03:42:08
Q. Did anybody ask you what "gross revenue" meant as it was used in 2.3? 03:42:10 03:42:17
A. Ask me from within Hasbro, do you mean? 03:42:21
Q. Yes. 03:42:24
A. Not to the best of my recollection. 03:42:25





Q. Anybody else asked you what "gross revenue" meant? 03:42:26 03:42:30
A. Not to the best of my recollection. 03:42:30
Q. If you look to page MIK 1001, still in Exhibit 8 -- 03:42:31 03:42:44
A. Okay. 03:42:47
Q. -- if you look at the fifth line down, again, here, where it says "Service, $2 per machine per day" -- do you see that? 03:42:48 03:42:54 03:42:58
A. Yes. 03:43:03
Q. Would it be fair to say that that's an estimated average service cost per machine per day? 03:43:04 03:43:07 03:43:10
MR. WHITE: Objection. 03:43:11
A. Is this any different from the last time we talked about this one? 03:43:11 03:43:17
MR. WHITE: That's my objection. 03:43:18
Q. You tell me. 03:43:21
A. I think it's the exact same. It's exactly -- 03:43:21
Q. Okay. Is it fair to say that this would be an average of $2 per machine per day? 03:43:24 03:43:25
MR. WHITE: Objection. 03:43:29

their projections of up to, it looks like 5,000 games at any one time. So that's probably where that -- and 2,000 number does appear here. But I might have picked a midpoint. 04:19:28 04:19:30 04:19:35 04:19:37 04:19:40
Q. Okay. So for example, here in Exhibit 6, which we were talking about -- 04:19:41 04:19:45
A. In which document? 04:19:48
Q. I believe you have it before you. 04:19:49





A. Exhibit 6, okay. 04:19:51
Q. Where you are saying that there could be 2,000 games in operation -- 04:19:54 04:20:01
A. Um-hum. 04:20:04
Q. -- you are saying that you wrote that as a midpoint, correct? 04:20:04 04:20:08
A. Yes, as best as I can recall. 04:20:12
Q. It could actually have been as many as 5,000; it was a possibility? 04:20:14 04:20:18
A. Based on Mikohn's forecasts. 04:20:18
Q. Okay. So to perform -- strike that.
How many royalty calculations would it take to identify individual royalties for 2,000 slot machines in a month? 04:20:21 04:20:29 04:20:31 04:20:42
A. I remember thinking when we were doing this at the time that it was going to be an extremely tedious calculation for Mikohn to perform, and it's equally tedious an audit 04:20:45 04:20:48 04:20:51 04:20:55

for Hasbro to perform. 04:20:58
Q. Did you say that to anybody at Mikohn? 04:21:00
A. I don't recall. 04:21:03
Q. Did you write that to anybody at Mikohn? 04:21:05
A. I don't recall. 04:21:08
Q. Did you say that to anybody at Hasbro? 04:21:08





A. I don't recall. 04:21:11
Q. Did you write that to anybody at Hasbro? 04:21:11
A. I don't recall. 04:21:14
Q. Am I correct in understanding that your 04:21:14
belief is based solely on documents that we 04:21:31
have seen today? 04:21:34
MR. WHITE: Objection. 04:21:38
A. My belief? 04:21:39
Q. Yes. 04:21:40
A. My belief of what? 04:21:40
Q. What the contract would require in terms of 04:21:42
how the royalty provision would be applied? 04:21:45
A. The first question I asked Todd was, "What 04:21:47
did the contract say"? 04:21:52
Q. Okay. 04:21:54
A. Because as I said, the contract was heavily 04:21:54
negotiated. 04:21:57
Q. Um-hum. 04:21:59
A. And literally line by line, and many, many, 04:21:59
many hours with John McCann and Charlie 04:22:05
McCrea. So it was covered -- it was 04:22:12
covered -- everything was so specific that 04:22:20