MIKOHN
Winning Solutions...Worldwide

Charles H. McCrea, Jr.
Executive Vice President
& General Counsel

July 17, 1998

Ex 8

FAXED 7-17-98

**VIA FACSIMILE 401-727-5595**

Lloyd J. Mintz
Director
Domestic Corporate Licensing
HASBRO, INC.
1027 New Port Avenue
Pawtucket, RI 02862-1059 USA

Re: Battleship - Slot Machine Games

Dear Lloyd:

This will summarize the major deal points Mikohn Gaming Corporation and Sigma Game, Inc. ("MIKN/SIGMA") are prepared to agree to with respect to the licensing of Hasbro's "Battleship" marks and copyrights for use in developing and marketing slot machine games.

1 **License.**

1.1 **Grant.** HASBRO shall grant MIKN/SIGMA an exclusive non-assignable license (the "License" or "License Agreement") to exploit all of the intellectual property owned by HASBRO relating to a game known as "Battleship" including all rights to issued trade marks and copyrights (collectively the "Intellectual Property").

1.2 **Scope.** The scope of the License shall be for the limited purpose of developing, testing, manufacturing, marketing, leasing, selling, installing and servicing slot machine games ("Games") for use in legal gaming operations.

1.3 **Territory.** The territory shall be the entire world, provided that MIKN/SIGMA must introduce the Game in certain geographic areas within specified dates as set forth below:

MIK 000996

| Geographic Area | Date* |
|---|---|
| Australia | 24 months |
| South America | 36 months |
| Europe | 36 months |
| Africa | 36 months |
| Asia | 48 months |

* From approval of Game by Nevada Gaming Commission.

In the event the Games are not introduced in any geographic area within the time period specified above, the License shall terminate with respect to such geographic area.

1.4 **Term.** The initial term of the license shall be 6 years commencing upon approval of the Game by the Nevada Gaming Commission. The license shall be subject to automatic renewal for one additional term of 6 years provided that MIKN/SIGMA have paid cumulative Royalties (including Advance Royalties) during the initial term of not less than $35 million.

If six months prior to the expiration of any term it reasonably appears to MIKN/SIGMA that it will not qualify for an automatic renewal of the license, MIKN/SIGMA shall notify HASBRO of that fact and for a thirty day period following receipt of such notice, HASBRO shall negotiate exclusively and in good faith with MIKN/SIGMA to reach agreement on terms for a further extension of the License ("Exclusivity Period"). If the parties have not agreed on terms for renewal of the License within the Exclusivity Period, HASBRO shall be free to license the Intellectual Property to any other person on such terms as HASBRO, in its discretion, deems reasonable.

2 **Royalty.**

2.1 **Initial Advance Royalty.** Upon the execution of the License Agreement MIKN/SIGMA shall pay HASBRO an Initial Advance Royalty of $50,000.

2.2 **Additional Advance Royalties.** Upon final approval of the Game by the Nevada Gaming Commission ("NGC Approval"), MIKN/SIGMA shall pay Additional Advance Royalties as follows:

Within 30 days after receipt of NGC Approval, MIKN/SIGMA shall provide written notice to HASBRO that the Game is deemed economically feasible for roll out to the gaming industry throughout the United States ("Notice of Success") and MIKN/SIGMA shall pay HASBRO Additional Advance Royalties of $100,000. Thereafter, on the first anniversary of the date of the Notice of Success, MIKN/SIGMA shall pay Additional Advance Royalties of $100,000 and on the second and third anniversaries of the date of the Notice of Success, MIKN/SIGMA shall pay Additional Advance Royalties of $125,000.

The Initial Advance Royalty and all Additional Advance Royalties shall be credited against MIKN/SIGMA's obligation to pay the Royalty described in Section 2.3 below.

2.3 **Royalty.** Throughout the term of the License Agreement, MIKN/SIGMA shall pay a Royalty to HASBRO, calculated as a percentage of gross revenue to MIKN/SIGMA generated from the sale or lease of the Games, as follows:

2.3.1 **Until MIKN/SIGMA Costs Are Recovered:**

| Lease Revenue to MIKN/SIGMA | Royalty Per Game/Day |
|---|---|
| Under $40 per day | $ 4.00 |
| $40-$49 per day | $ 6.95 |
| $50-$59 per day | $ 9.90 |
| $60-$69 per day | $12.85 |
| $70-$79 per day | $15.80 |
| $80-$89 per day | $18.85 |
| $90-$99 per day | $21.70 |
| $100-$109 per day | $24.65 |
| $110-$119 per day | $27.60 |
| $120-$129 per day | $30.55 |
| $130-$139 per day | $33.50 |
| Over $140 per day | $36.40 |

2.3.2 **After MIKN/SIGMA Costs Are Recovered:**

| Lease Revenue to MIKN/SIGMA | Royalty Per Game/Day |
|---|---|
| Under $40 per day | $ 4.00 |
| $40-$49 per day | $ 7.88 |

| | |
|---|---|
| $50-$59 per day | $11.76 |
| $60-$69 per day | $15.64 |
| $70-$79 per day | $19.52 |
| $80-$89 per day | $23.40 |
| $90-$99 per day | $27.28 |
| $100-$109 per day | $31.16 |
| $110-$119 per day | $35.04 |
| $120-$129 per day | $38.92 |
| $130-$139 per day | $42.80 |
| Over $140 per day | $46.66 |

3 **Cross-License.** MIKN/SIGMA shall cross-license its intellectual property embodied within the Game to HASBRO for use in products which have no casino gaming applications. HASBRO shall pay MIKN/SIGMA a royalty of 5% of net sales.

4 **"Poison Pill".** On terms and conditions to be agreed upon, HASBRO will have the right to terminate the License Agreement prior to final approval of the Game by the Nevada Gaming Commission (after beta test). Such terms and conditions shall include:

4.1 a delineation of the specific events which will allow HASBRO to exercise this right;

4.2 payment to MIKN/SIGMA of their fully burdened costs incurred in developing the Game, including certain agreed intangible costs, plus $1,000,000; and

4.3 restrictions on HASBRO in licensing the Intellectual Property to others for use in connection with slot machine games.

5 **Warrants.** Upon the execution of the License Agreement, Mikohn shall issue HASBRO 200,000 warrants to purchase MIKN/SIGMA common stock (the "Warrants"). The strike price shall be the closing price of Mikohn common stock on the date the License Agreement is executed. The Warrants shall be exerciseable when MIKN/SIGMA have achieved an installed base of 600 Games in accordance with the following schedule:

| Average Lease Revenue to MIKN/SIGMA | Warrants Per Game Exercisable |
|---|---|
| $60-$69 per day per Game | 20 |
| $70-$79 per day per Game | 30 |

MIKOHN



| | |
|---|---|
| $80-$89 per day per Game | 40 |
| $90-$99 per day per Game | 50 |
| $100-$109 per day per Game | 60 |
| $110-$119 per day per Game | 70 |
| $120-$129 per day per Game | 80 |
| $130-$139 per day per Game | 90 |
| Over $140 per day per Game | 100 |

6 **Enforcement Rights.** Enforcement of infringers is to be MIKN/SIGMA's obligation, provided HASBRO shall have an oversight role and rights to assume enforcement if not prosecuted timely and vigorously. HASBRO will retain any sums awarded if it assumes enforcement responsibility.

I have attached a revised business model based on these terms.

I look forward to talking to you.

Very truly yours,

Charlie

Charles H. McCrea, Jr.

CHMc:cm
Attachment (2 pages)
cc: Rich Irvine
w/attachment

# MIKOHN/SIGMA BATTLESHIP MODEL

**ASSUMPTIONS:**

- Cost of game: $6,000
- Cost of electronics and signs: $7,000
- Units: 50 per month
- Service: $2 per machine per day
- Sales cost and marketing: 10% of revenues
- Licensing costs: $100,000 for first two years
- Administration costs: 5.0%
- Development & Startup costs $1,000,000
  - Includes startup promotion, training & R & D
- 25% of games placed are stand alone
- [illegible]d alone games have a 7.5% of gross profit royalty
- Hasbro license per day increases after Mikohn/Sigma earns back their cost of the equipment
- Mikohn/Sigma recover costs midpoint of year three at $60 revenue per day
- Warrants are issued on a sliding scale with average revenue per game, starting after the first 600 games

**BASE CASE - PARTNERSHIP SHARE OF TOTAL WIN PER DAY** <u>$60</u>

| | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | CUMULATIVE |
|---|---|---|---|---|---|---|---|
| UNITS PLACED | 600 | 600 | 600 | | | | |
| AVERAGE UNITS IN PLACE DURING YEAR | 300 | 900 | 1500 | 1800 | 1800 | 1800 | |
| REVENUES TOTAL | 6,570,000 | 19,710,000 | 32,850,000 | 39,420,000 | 39,420,000 | 39,420,000 | 177,390,000 |
| LICENSE FEE TO HASBRO | 1,407,075 | 4,221,225 | 7,799,138 | 10,275,480 | 10,275,480 | 10,275,480 | |
| ROYALTY TO DEVELOPER | 108,563 | 325,688 | 542,813 | 651,375 | 651,375 | 651,375 | 2,931,188 |
| C[illegible] OF EQUIPMENT PLACEMENTS | 7,800,000 | 7,800,000 | 7,800,000 | 0 | 0 | 0 | 23,400,000 |
| SERVICE COSTS | 219,000 | 657,000 | 1,095,000 | 1,314,000 | 1,314,000 | 1,314,000 | 5,913,000 |
| SALES & MARKETING | 657,000 | 1,971,000 | 3,285,000 | 3,942,000 | 3,942,000 | 3,942,000 | 17,739,000 |
| ADMINISTRATIONS | 328,500 | 985,500 | 1,642,500 | 1,971,000 | 1,971,000 | 1,971,000 | 8,869,500 |
| LICENSING | 100,000 | 100,000 | 0 | 0 | 0 | 0 | 200,000 |
| ENGINEERING & DEVELOPMENT | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 1,000,000 |
| TOTAL COSTS | 11,620,138 | 16,060,413 | 22,164,450 | 18,153,855 | 18,153,855 | 18,153,855 | 104,306,565 |
| PRETAX CASH FLOW | | | | | | | |
| HASBRO | 1,407,075 | 4,221,225 | 7,799,138 | 10,275,480 | 10,275,480 | 10,275,480 | 44,253,878 |
| MIKOHN/SIGMA | (5,050,138) | 3,649,588 | 10,685,550 | 21,266,145 | 21,266,145 | 21,266,145 | 73,083,435 |
| WARRANTS EARNED | | 12,000 | 12,000 | | | | |

**HIGH CASE- PARTNERSHIP SHARE OF TOTAL WIN PER DAY** **$140**

| | | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | CUMULATIVE |
|---|---|---|---|---|---|---|---|---|
| UNITS PLACED | | 600 | 600 | 600 | | | | |
| AVERAGE UNITS IN PLACE DURING YEAR | | 300 | 900 | 1500 | 1800 | 1800 | 1800 | |
| REVENUES | TOTAL | 15,330,000 | 45,990,000 | 76,650,000 | 91,980,000 | 91,980,000 | 91,980,000 | 413,910,000 |
| LICENSE TO HASBRO | | 3,985,800 | 15,327,810 | 25,546,350 | 30,655,620 | 30,655,620 | 30,655,620 | 136,826,820 |
| ROYALTY TO DEVELOPER | | 272,813 | 818,438 | 1,364,063 | 1,636,875 | 1,636,875 | 1,636,875 | 7,365,938 |
| COST OF EQUIPMENT PLACEMENTS | | 7,800,000 | 7,800,000 | 7,800,000 | 0 | 0 | 0 | 23,400,000 |
| SERVICE COSTS | | 219,000 | 657,000 | 1,095,000 | 1,314,000 | 1,314,000 | 1,314,000 | 5,913,000 |
| SALES & MARKETING | | 1,533,000 | 4,599,000 | 7,665,000 | 9,198,000 | 9,198,000 | 9,198,000 | 41,391,000 |
| A[illegible]NISTRATIONS | | 766,500 | 2,299,500 | 3,832,500 | 4,599,000 | 4,599,000 | 4,599,000 | 20,695,500 |
| LICENSING | | 100,000 | 100,000 | 0 | 0 | 0 | 0 | 200,000 |
| ENGINEERING & DEVELOPMENT | | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 1,000,000 |
| TOTAL COSTS | | 15,677,113 | 31,601,748 | 47,302,913 | 47,403,495 | 47,403,495 | 47,403,495 | 236,792,258 |
| PRETAX CASH FLOW | | | | | | | | |
| | HASBRO | 3,985,800 | 15,327,810 | 25,546,350 | 30,655,620 | 30,655,620 | 30,655,620 | 136,826,820 |
| | MIKOHN/SIGMA | (347,113) | 14,388,253 | 29,347,088 | 44,576,505 | 44,576,505 | 44,576,505 | 177,117,743 |
| WARRANTS EARNED | | | 60,000 | 60,000 | | | | |

| LICENSE FEE UNTIL COSTS ARE RECOVERED | | LICENSE FEE AFTER COSTS ARE RECOVERED | | WARRANTS PER GAME AFTER FIRST 600 |
|---|---|---|---|---|
| Under $40 per day | 4.00 | Under $40 per day | 4.00 | |
| $40-$49 per day | 6.95 | $40-$49 per day | 7.88 | |
| [illegible]-$59 per day | 9.90 | $50-$59 per day | 11.76 | |
| $60-$69 per day | 12.85 | $60-$69 per day | 15.64 | 20 |
| $70-$79 per day | 15.80 | $70-$79 per day | 19.52 | 30 |
| $80-$89 per day | 18.85 | $80-$89 per day | 23.40 | 40 |
| $90-$99 per day | 21.70 | $90-$99 per day | 27.28 | 50 |
| $100-$109 per day | 24.65 | $100-$109 per day | 31.16 | 60 |
| $110-$119 per day | 27.60 | $110-$119 per day | 35.04 | 70 |
| $120-$129 per day | 30.55 | $120-$129 per day | 38.92 | 80 |
| $130-$139 per day | 33.50 | $130-$139 per day | 42.80 | 90 |
| over $140 per day | 36.40 | over $140 per day | 46.66 | 100 |