AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Hasbro, Inc. v. MiKohn Gaming Corp.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA05-106S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Todd White, Jeffrey Techentin | Gordon Cleary, Brooks Magratten, Michael Daly |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Sept. 17, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/17/07 | | | W-1 Lloyd Mintz |
| 16 | | 9/17/07 | ~~ID~~ | Full | e-mail dated June 3, 1998 |
| 17 | | " | ~~ID~~ | Full | e-mail dated June 9, 1998 |
| 42 | | " | ~~ID~~ | Full | Letter dated July 17, 1998 |
| 1 | | " | ~~ID~~ | Full | Yahtzee Worldwide Merchandising Agreement |
| | K9 | " | ~~ID~~ | Full | Memo Re: MiKohn proposals |
| | C3 | " | ~~ID~~ | Full | e-mails ~~to~~/from, Mr. McCrea and Mr. Mintz |
| | Y2 | " | ~~ID~~ | Full | Licensing Contract Form |
| | P9 | " | ~~ID~~ | Full | Licensing Contract Form / Battleship |
| | | 9/17/07 | | | W-2 John McCann |
| 4 | | 9/17/07 | | Full | Battleship Worldwide Merchandising Agreement |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.